# EXHIBIT 1-PART 2

# FILED UNDER SEAL



Best Offer:

**Make Offer**

♡ **Add to Watchlist**

Get 5.99% APR with 12 or 24 E...

**See terms →**

Ends 10/11, 11:59pm PT. Minimum purchase...

☐ **2-year protection plan** from SquareTrade - $6.99

| **Last item available** | More than 49% sold | 30-day returns |
| --- | --- | --- |

Shipping: **Calculate**
Item location: Temecula, California, United States
Ships to: United States  **See exclusions**

Delivery: Varies

Payments: PayPal | G Pay | VISA | MasterCard | AMERICAN EXPRESS | DISCOVER

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | **See terms and apply now**

Earn up to 5x points when you use your eBay Mastercard®. **Learn more**

Returns: 30 day returns. Buyer pays for return shipping
| **See details**

## Related sponsored items 1/2

Feedback on our s...



8.5" Electric Bluetooth Speaker...
**$199.99**
Free shipping

42V 2A Lithium Battery Charger for...
**$17.99**
$35.98
Free shipping

Original Segway Ninebot External...
**$125.00**
Free shipping
Popular

29.4V/2A Scooter Battery Charger...
**$11.99**
Free shipping

Hover-1 LIBERTY Hoverboard Electri...
**$84.99**
Free shipping
Popular

Replacement Charger For...
**$11.99**
Free shipping

Feedback
📝

| Description | Shipping and payments |
| --- | --- |

eBay item number: 363044469



| Description | Shipping and payments | | Re |

Seller assumes all responsibility for this listing.

Last updated on  Sep 28, 2020 09:09:07 PDT  View all revisions

### Item specifics

| Condition: | Used : ⓘ |
| Seller Notes: | "Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully operational and functions as intended. This item may be a floor model or store return that has been used. See the seller's listing for full details and description of any" |

| Model: | T580 | | Color: | Black |
| Modified Item: | No | | MPN: | Does Not Apply |
| Custom Bundle: | No | | Brand: | SwagTron |
| UPC: | 858212006606 | | | |

**Geeks**

geeks (109767 ⭐) 97.9%

🖂 Sign up for newsletter

Search within store

Visit Store:  Geeks

### Categories

Computers/Tablets & Networking  >

Consumer Electronics  >

Cell Phones & Accessories  >

## Black Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!)
### (Light Scratches and Blemishes)

- **Black Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!)**

- **General Features:**
- Color: Black
- Self-Balancing Hoverboard
- Built-in Dynamic Bluetooth Speaker: Roll up. Rock out. Connect your smartphone via Bluetooth and jam with your favorite tunes
- iOS/Android Companion App: Download the SWAGTRON app and unlock your hoverboard's full potential, including Advanced riding mode
- SentryShield technology and Smart Battery Management for multi-layered prote
- Ultra-durable ABS casing and 6.5" hard rubber tires with aluminum rimmed whe
- Non-slip foot pedals for a comfortable, more stable ride
- Solid motor and gear stabilization for tighter control at high speeds and downhill traction
- Learning mode and standard mode allow for all riding experience levels
- Bright LED lights
- LED battery indicator

Feedback

eBay item number:  3630446⁹

hoverboard's full potential, including Advanced riding mode

- Ultra-durable ABS casing and 6.5" hard rubber tires with aluminum rimmed wheels
- Non-slip foot pedals for a comfortable, more stable ride
- Solid motor and gear stabilization for tighter control at high speeds and downhill traction
- Learning mode and standard mode allow for all riding experience levels
- Bright LED lights
- LED battery indicator
- Eco friendly zero emission
- Lead-free components (RoHS compliant)

- **Specifications:**
- Safety Standards: UL 2272 certified
- Bluetooth Version: 2.1+EDR
- Speaker Specifications: 4Ω  3W / 2Ω  5W
- Maximum Speed: 7.5 MPH / 12.07 km/h
- Maximum Range: 8 miles
- Maximum Incline: 30°
- Turning Radius: 0 °
- Charge time: Less than 2 hours
- Maximum Rider Weight: 220 lbs / 100kg
- Minimum Rider Weight: 44 lbs / 20kg
- Chassis Height: 1.18-inches
- Pedal Height: 4.3-inches
- Terrain Type:  Flat

- **Battery Specifications:**
- Type: Lithium-ion
- Charging Time: 90- 100 minutes
- Voltage: 25.9Vdc, 2.6A
- Capacity: 67.34Wh
- Battery Shielding: Fire-Retardant plastic casing

- **Power Adapter Specifications:**
- Input: 100-240V ~ 50/60Hz
- Output: 29.4V===2A

- **Dimensions:**
- 7 x 23 x 4-inches (H x W x D, approximate)

## Package Includes:

- SWAGTRON Swagboard Vibe T580 Bluetooth Hoverboard
- Charging adapter

## equipment/Disclosures:



- **Notes:**
- **Model: T580**
- **UPC: 8 58212 00655 2**
-
- **Product Requirements:**
- Bluetooth smartphone device

Document title: Black Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) | eBay
Capture URL: https://www.ebay.com/itm/Black-Swagtron-Pro-T1-UL-2272-Certified-Hoverboard-charger-Included/363044693332?…
Capture timestamp (UTC): Fri, 02 Oct 2020 00:11:57 GMT

- **Notes:**
- **Model: T580**
- **UPC: 8 58212 00655 2**
- 
- **Product Requirements:**
- Bluetooth smartphone device
- SWAGTRON app
- Power outlet

Step on the Swagboard Vibe T580 and bring your soundtrack on your next neighborhood adventure. Cruise up to 7.5 miles per hour for a range up to 8 miles on a single battery charge. Or climb those 30-degree hills on campus and get to your next class with time to spare.

Unlock advanced features with the SWAGTRON companion app, compatible with iOS and Android. Check battery life, monitor system stats, track your route and more. Use the app to play music on the Vibe T580's built-in dynamic Bluetooth speaker, or switch riding modes between "Learning" and "Standard." Ready for a challenge? Activate "Advance mode" via the app and unleash the beast.

We've packed the Vibe T580 with loads of in-demand features. But doesn't mean we forgot the basics. Riding is as simple as start, steer and stop. Hop on the slip-safe foot pads and navigate with your feet. Intelligent gyroscopic sensors know where you want to go and powerful dual motors take you there. Just shift your weight to control the ride.

Like all SWAGTRON Swagboards, the Vibe T580 has passed rigorous safety tests for UL2272 certification. Our patented SentryShield® and Smart Battery Management technology offer additional multi-layered protection against over-voltage and extreme spikes in battery temperature.

Other features include bright LED headlights, on-board battery and system indicators and non-slip foot pads.

The Vibe T580 is sturdy enough to support riders between 44 and 220 pounds. It's also lightweight enough at just 20 pounds to be easily carried when you're on the go. Pair it with one of our Swagbags for the perfect complement to your Vibe.

Feedback

Sponsored items based on your recent views 1/3                                    Feedback or



Sponsored items based on your recent views  1/3

Feedback on our s

     

| SWAGTRON Swegboard T882... | Jetson Rave Extreme Terrain Hover... | Jetson Magma Self-Balancing W/ LED... | Open Box Swagtron T580 Hoverboard... | Open Box Swagtron T1 UL2272... | Open Box Swa T5 Kid Hoverb |
|---|---|---|---|---|---|
| $98.00 | $104.49 | $110.00 | $129.99 | $159.99 | $119.99 |
| Free shipping | $129.00 | + shipping | Free shipping | Free shipping | Free shipping |
| New | + shipping | Seller 100% positive | Pre-owned | Pre-owned | Pre-owned |
| | Pre-owned | | | | |

## Explore more sponsored options: Model

UL2272

   

| Hover-1 HORIZON Hoverboard Electri... | 6.5" Bluetooth Hoverboard LED Sel... | 6.5" Bluetooth Hoverboard LED Sel... | 6.5" LED Hoverboard Electric Self... |
|---|---|---|---|
| $139.99 | $129.98 | $109.99 | $129.99 |
| Free shipping | Free shipping | Free shipping | Free shipping |

## Explore more sponsored options: Color

Blue



White



Feedback

### Blue





6.5" Hoverboard Electric Self...

$129.99

Free shipping

6.5" Bluetooth Hoverboard Electri...

$109.99

Free shipping

6.5" Bluetooth Hoverboard LED...

$124.98

Free shipping
Popular

### White





6.5" Hoover board Hoverboard Electri...

$129.99

Free shipping

Bluetooth Hoverboard Wheel...

$129.97

Free shipping

6.5" White Hooverheart...

$119.99

Free shipping

---

### People who viewed this item also viewed 1/2

Feedback on our s








Blue Swagtron Pro T1 UL 2272 Certified...

$89.99

+ shipping

Open Box Swagtron T1 UL2272...

$159.99

Free shipping

Open Box Swagtron T5 Kid Hoverboard...

$119.99

Free shipping

Swagtron T881 Hoverboard Electri...

$41.00

+ $25.00 shipping
15 bids

SWAGTRON Swagboard T882...

$98.00

Free shipping
Popular

Used blue sw T1 hoverboard...

$100.00

+ shipping

---

Back to previous page

More to explore : Hoverboard Charger, Hoverboard, SwagTron Black Electric Scooters, 10" Hoverboard, Hoverboard with Bluetooth, Hoverboard Hoverboard Parts, 8" Hoverboard, SwagTron Electric Scooters, Aimpoint T1 Hunting Red Dot Scopes


Feedback

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Document title: Black Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) | eBay
Capture URL: https://www.ebay.com/itm/Black-Swagtron-Pro-T1-UL-2272-Certified-Hoverboard-charger-Included/363044693332?…
Capture timestamp (UTC): Fri, 02 Oct 2020 00:11:57 GMT

**Blue**













6.5" Hoverboard Electric Self...

$129.99

Free shipping

6.5" Bluetooth Hoverboard Electri...

$109.99

Free shipping

6.5" Bluetooth Hoverboard LED...

$124.98

Free shipping

**Popular**

**White**

6.5" Hoover board Hoverboard Electri...

$129.99

Free shipping

Bluetooth Hoverboard Wheel...

$129.97

Free shipping

6.5" White Hooverheart...

$119.99

Free shipping

## People who viewed this item also viewed 1/2

Feedback on our s













Blue Swagtron Pro T1 UL 2272 Certified...

$89.99

+ shipping

Open Box Swagtron T1 UL2272...

$159.99

Free shipping

Open Box Swagtron T5 Kid Hoverboard...

$119.99

Free shipping

Swagtron T881 Hoverboard Electri...

$41.00

+ $25.00 shipping

15 bids

SWAGTRON Swagboard T882...

$98.00

Free shipping

**Popular**

Used blue sw T1 hoverboard

$100.00

+ shipping

**Back to previous page**

More to explore : Hoverboard Charger, Hoverboard, SwagTron Black Electric Scooters, 10" Hoverboard, Hoverboard with Bluetooth, Hoverboard, Hoverboard Parts, 8" Hoverboard, SwagTron Electric Scooters, Aimpoint T1 Hunting Red Dot Scopes



About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

☰ amazon | Hello, Sign in Account & Lists ⌄ | Returns & Orders | Try Prime ⌄ | 🛒 Cart 0

Best Sellers | Customer Service | New Releases | Today's Deals | AmazonBasics | Prime Day is October 13-14

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

# XPRIT Hoverboard w/Bluetooth Speaker

Visit the XPRIT Store


★★★★½ ⌄ | 2,140 ratings
| 190 answered questions

Price: **$149.95** & FREE Shipping.
Details & FREE Returns

Get $10 off instantly: Pay ~~$149.95~~ **$139.95** upon approval for the Amazon Store Card. No annual fee.

Color: **Black**




- Max speed: 6mph; last about 45-75 mins
- Battery Charge Time: 2-3 hours until fully charged
- Max weight is 165lbs; minimum weight is 45lbs
- UL 2272 Certified
- Quick and easy hover board learning

New (2) from $149.95 + FREE Shipping





**$149.95**
& FREE Shipping. Details
& FREE Returns ⌄

Arrives: **Saturday, Oct 10**
Details

Fastest delivery: **Wednesday, Oct 7**
Order within 32 mins Details

**In Stock.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from | Amazon
Sold by | XPRITINC

**Add a Protection Plan:**
☐ 2-Year Protection for $15.99

☐ Add gift options

Select delivery location

Add to List

New (2) from
$149.95 + FREE Shipping ›

Share ✉ 🔵f 🔵 🔴

Have one to sell?
Sell on Amazon

## Frequently bought together



Total price: **$227.93**

Add all three to Cart

Add all three to List

Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_8?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:43:43 GMT

**Frequently bought together**



Total price: **$227.93**

[ Add all three to Cart ]

[ Add all three to List ]

ⓘ One of these items ships sooner than the other. Show details

☑ **This item:** XPRIT Hoverboard w/Bluetooth Speaker $149.95
☑ KKA Hoverboard Accessories, Hoverboard Seat Attachment Fits Self Balancing Scooter Go Cart Frame $63.99
☑ Cosmos Portable Waterproof Carrying Bag Handbag for 6.5 inches Two Wheels Self Balancing Smart… $13.99

## Products related to this item

Page 1 of 33

Sponsored ⓘ








| Hover-1 H1 Hoverboard Electric Scooter | Hover-1 Chrome 2.0 Hoverboard Electric Scooter | Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal | Hover-1 Charger Hoverboard Electric Scooter 10 inch Wheels Bluetooth Speaker and… | Hover-1 Helix Electric Hoverboard Scooter, Gun Metal |
|---|---|---|---|---|
| ★★★★½ 816 | ★★★★½ 185 | ★★★★½ 413 | ★★★★½ 212 |  |
| $239.99 ✓prime | $199.99 ✓prime | $189.99 ✓prime | $248.00 ✓prime | $179.99 ✓prime |

## Inspired by your recent shopping trends

Page 1 of 11






| CHO Spider Wheels Series Hoverboard UL2272 Certified Hover Board Electric Scooter… | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard… | HOVERSTAR HS 2.0v Hoverboard All-Terrain Two Wide Wheels Design Self Balancing Flash… | HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel… | LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified… |
|---|---|---|---|---|
| ★★★½ 26 | ★★★★½ 881 | ★★★½ 42 | ★★★½ 102 | ★★★★½ 748 |
| $106.00 - $116.67 | **#1 Best Seller** in Self Balancing Scooters | $118.99 | $118.99 | $124.99 |
|  | $134.99 |  |  |  |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $99.95 instead of $149.95!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $99.95 instead of $149.95**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



Head out to a family adventure with the SBW-666 Hoverboard. It is the perfect self balancing scooter for anyone in the family. The SBW-666 model has a minimum weight requirement of 45lbs, which is ideal for kids age 7 and up and can support an adult up to a capacity of 165lbs. Anyone can easily learn to master the hoverboard and ride like a pro within just minutes of practice!

Pair up your phone and blast your favorite tunes through the built-in wireless Bluetooth Speaker.

Safety Tip: To ensure a more joyful and safe ride we recommend to wear safety gear at all times when riding.







# Pick your favorite color

Multiple Colors Choices



## Pick your favorite color

Classic Style: Pick your favorite color. The classic sharp design is available in 5 different matte color finishes and a glossy multicolor camouflage finish.



Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_8?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:43:43 GMT



## Vibrant LED Lights

Long lasting bright LED colorful flashing lights are equipped on the wheels and fenders for a more fun and safe ride.







### UL2272-CERTIFIED

All of our electric scooters are made of top quality materials that have passed stringent testing to validate authenticity and secure operation.

### Anti Slip Rubber

Easier to control and maneuver. Swiftly responds to angle and speed.

### Solid Rubber Wheels

6.5" non-slip sturdy rubber tires ensure lasting smooth rides in your home or outdoor adventures.









| | 6.5" CLASSIC | 8.5" OFFROAD | 6.5" CHROME | 6.5" CHROME V2 | We recommend XPRIT Helmet for Your Safety |
|---|---|---|---|---|---|
| Wheel | 6.5" Solid w/ LED flash Light | 8.5" Solid Off-Road | 6.5" Solid w/ LED flash Light | 6.5" Solid w/ LED flash Light | |
| Battery | 2000mAh | 4000mAh | 2000mAh | 2000mAh | |
| Color Options | Black/Blue/Pink/Red/White | Black/White | Black/Blue/Gold/Purple | Black/Blue/Gold/Purple | |
| Wireless Speaker | ✓ | ✓ | ✓ | ✓ | |
| Recommended Max Weight | 165 lbs | 198 lbs | 165 lbs | 165 lbs | |
| Tested Max Weight | 220 lbs | 264 lbs | 220 lbs | 220 lbs | |
| Motor | 250W | Dual 250W | 250W | 250W | |

## Product details

Color: **Black**

**Is Discontinued By Manufacturer :** No

**Package Dimensions :** 26 x 10 x 10 inches

**Date First Available :** June 7, 2018

**Manufacturer :** XPRIT

**ASIN :** B07DLL1NTF

**Best Sellers Rank:** #3,495 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #3 in Self Balancing Scooters

**Customer Reviews:**
⭐⭐⭐⭐⯪ ⌄    2,140 ratings

# Videos

Page 1 of 2

### Videos for this product






# Videos

### Videos for this product









How can I fix this    0:22

Charles R Ovando

XPRIT Hoverboard w/Bluetooth Speaker (Black)    0:18

Ilona Nest

**Customer Review:** Great buy    0:06

Jennifer C.

**Customer R**
prefer the m

marlene souz

[ Upload your video ]

---

## Products related to this item

Sponsored ⓘ

Page 1 of 19











| UNI-SUN Chrome Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing... | UNI-SUN Hoverboard for Kids, 6.5" Self Balancing Hoverboard with Bluetooth and LED ... | UNI-SUN Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard ... | SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-... | Felimoda Hoverboard 6.5" Self Balancing Scooter, LED Light Wheel Scooter Two-Wheel ... |
|---|---|---|---|---|
| ★★★★☆ 603 | ★★★★☆ 259 | ★★★★☆ 61 | ★★★★☆ 2,326 | ★★★★☆ 447 |
| $114.99 | $114.99 | $124.99 | $139.99 | $124.99 |

---

## Customer questions & answers

🔍 Have a question? Search for answers

▲
10
votes
▼

**Question:** Does it come charged

**Answer:** Yes it did come charged. It lasted about 1 1/2 hours.
By Kimberly Soles on July 12, 2018
⌄ See more answers (1)

▲
7
votes
▼

**Question:** What's the weight limit?

**Answer:** 165lbs
By Charmaine Miles on August 4, 2018

▲
6
votes

**Question:** Does it come with a charger?

**Answer:** Yes, it comes with charger
By Grazie on June 27, 2018

---

**Question:** What the weight limit?

**Answer:** 165lbs
By Charmaine Miles on August 4, 2018

7 votes

**Question:** Does it come with a charger?

**Answer:** Yes, it comes with charger
By Grazie on June 27, 2018
⌄ See more answers (1)

6 votes

**Question:** What the minimum weight for the rider?

**Answer:** 45 pounds
By april on July 6, 2018
⌄ See more answers (1)

3 votes

See more answered questions (186)

## Customer reviews

⭐⭐⭐⭐½ 4.3 out of 5

2,140 global ratings



| | | |
|---|---|---|
| 5 star | | 71% |
| 4 star | | 10% |
| 3 star | | 4% |
| 2 star | | 3% |
| 1 star | | 12% |

⌄ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Easy to learn | ⭐⭐⭐⭐½ | 4.4 |
| Giftable | ⭐⭐⭐⭐½ | 4.4 |
| Easy to use | ⭐⭐⭐⭐½ | 4.3 |

⌄ See more

### Review this product

Share your thoughts with other customers

Write a customer review

## Customer images



See all customer images

### Read reviews that mention

| hoverboard | stopped working | battery life | bluetooth | easy to use |

| waste of money | fully charged | easy to learn | old son | last long |

| daughter loves | great price | bluetooth speaker | long time |

Top reviews ⌄

### Top reviews from the United States

 M. Kalinowski

⭐⭐⭐⭐⭐ **Great hoverboard, great looking, ruggedly built.**
Reviewed in the United States on May 7, 2019
Color: Black | Verified Purchase

Bought this for my 11 year old for Xmas. 6 mos in, the thing still works perfectly. Battery takes a long time to recharge (a day or so), but holds a charge for 6-9 hours of active use, which is amazing. The lights on this board make it nice looking. We don't use the music, so I can't comment on that. The board is very responsive, handling is great. It is pretty speedy too. Weight max of 150 appears to be about right, as stepmom rides the thing occasionally too. All around a great purchase. Very happy with it.



Share your thoughts with other customers

Write a customer review

Reviewed in the United States on May 7, 2019

Bought this for my 11 year old for Xmas. 6 mos in, the thing still works perfectly. Battery takes a long time to recharge (a day or so), but holds a charge for 6-9 hours of active use, which is amazing. The lights on this board make it nice looking. We don't use the music, so I can't comment on that. The board is very responsive, handling is great. It is pretty speedy too. Weight max of 150 appears to be about right, as stepmom rides the thing occasionally too. All around a great purchase. Very happy with it.

144 people found this helpful

Helpful | Comment | Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ **Great choice**

Reviewed in the United States on November 23, 2019

Color: Black | **Verified Purchase**

Arrived in excellent condition and enough juice in the battery for a quick ride. My daughter Picked it up quickly, as did my six year old. Solid choice, great lights, not any dxtras

113 people found this helpful

Helpful | Comment | Report abuse

 Jim

⭐⭐⭐⭐⭐ **Easy to order, got right away, simple to unpack and go - Great for my preteen!!!**

Reviewed in the United States on April 25, 2019

Color: Black | **Verified Purchase**

No fuss and no muss. I like things to be as they are promised and work as expected. I got this six months ago. Gave it to my preteen and he was "off to the races!!". He plugs it in every couple of days and still uses it to go to the mall, his friends house a couple of blocks away, and getting simple things for his mom from the corner store...
It was a big deal for him. Not quite like getting a car - but for a preteen, Ya!! This was my atta boy. I'm still getting smiles and Mom's threat to take it away has gotten his room clean more than once... This product and purchase was TOTALLY WORTH IT!!!

139 people found this helpful

Helpful | Comment | Report abuse

 Duncan

⭐⭐⭐⭐⭐ **HELLO SPEED!!!! IT'S FAST... VERY FAST... BUT EXTREMELY FUN!**

Reviewed in the United States on April 20, 2019

Color: Black | **Verified Purchase**

I got this and the go cart hook up and OMG is this thing extremely fast! I clocked it at max speed of 12mph. Photo above. It is so fun as an adult but I will NOT let my 8 year old daughter ride this without supervision or a helmet. It's so fast it scares me but it's EXTREMELY fun! The battery lasts a long time, I would recommend it for age 11 and up just because of the speed. A kid needs to be responsible enough to look for cars because cars will have a hard time seeing it. I got this instead of one of those jeep cars, It's worth the money for this and the go-cart hook up. https://www.amazon.com/Hiboy-HC-02-Hoverboard-Suspension-Attachment/dp/B07GB88247/ref=sr_1_1_sspa?crid=2MJ4TB9I1ULRZ&keywords=go+cart+hoverboard+attachment&qid=1555785715&s=gateway&sprefix=go+cart+hoover%2Caps%2C125&sr=8-1-spons&psc=1 Get them both. They are soooo fun! Even adults can ride on it.

Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_8?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:43:43 GMT

EXTREMELY fun! The battery lasts a long time, I would recommend it for age 11 and up just because cars will have a hard time seeing it. I got this instead of one of those jeep cars, It's worth the money for this and the go-cart hook up. https://www.amazon.com/Hiboy-HC-02-Hoverboard-Suspension-Attachment/dp/B07GB88247/ref=sr_1_1_sspa?crid=2MJ4TB9I1ULRZ&keywords=go+cart+hoverboard+attachment&qid=1555785715&s=gateway&sprefix=go+cart+hoover%2Caps%2C125&sr=8-1-spons&psc=1 Get them both. They are soooo fun! Even adults can ride on it.



118 people found this helpful

Helpful | Comment | Report abuse

 Diana Trevino

★★★★★ **He loves it!**
Reviewed in the United States on November 22, 2019
Color: Black | Verified Purchase

Perfect for the price. Came charged when he opened it. He loves it!

109 people found this helpful

Helpful | Comment | Report abuse

Jamie B.

★★★★★ **Best Gift Ever!!**
Reviewed in the United States on September 17, 2019
Color: Black | Verified Purchase

My 14 yr old daughter LOVES her hoverboard. She learned how to ride it instantly! The lights are bright and the ride is smooth. She enjoys riding around listening to music and even takes out dog for rides as well. She has learned tricks on it and it's comical to watch her ride around the house. She even does chores and sweeps the floor while riding it! Best purchase ever!

107 people found this helpful

Helpful | Comment | Report abuse

 Stephanie Ramborger

★★★★★ **Fun toy**
Reviewed in the United States on September 23, 2019
Color: Black | Verified Purchase

Kids fed ran into a few walls and over things and it held up. Good battery life

105 people found this helpful

Helpful | Comment | Report abuse

 Sazz

★★★★★ **My daughter says its hard at first but it gets easier and is a lot of fun in time!**
Reviewed in the United States on June 20, 2019
Color: Black | Verified Purchase

 Sazz

⭐⭐⭐⭐⭐ **My daughter says its hard at first but it gets easier and is a lot of fun in time!**

Reviewed in the United States on June 20, 2019

Color: Black | **Verified Purchase**

My daughter uses this hoverboard for loads of fun. She likes the bluetooth function, the lights and how fun it is to ride. Her friend got a hoverboard but hers is easier to ride as the pedals are connected. When we bought this hoverboard we didn't realize the pedals moved independently but my daughter found that she likes that a lot better. I insist that my daughter wears a helmet to protect her should she fall. She has really improved her skill at riding the board in only 2 days. She loves to spin around and has been riding up and down the sidewalk over the bumps with only 1 fall. I wasn't sure about her having one of these but she's gotten good at riding it in a short period of time. I can't comment about the battery life as of now. I will come back and review that at a later date.

105 people found this helpful

| Helpful | | Comment | Report abuse |

**See all reviews ›**

## Top reviews from other countries

**Translate all reviews to English**

 Tracy

⭐⭐⭐⭐⭐ **Love it**

Reviewed in Canada on January 1, 2019

Color: Pink | **Verified Purchase**



My 9 year old got this for Xmas and loves it. She's small for her age and only 51 lbs but after 25 minutes she was mastering it.

50 people found this helpful

Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ **Awesome!**

Reviewed in Canada on February 4, 2019

**Verified Purchase**

50 people found this helpful

Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ **Awesome!**

Reviewed in Canada on February 4, 2019

**Verified Purchase**



Amazing. This board rides so smooth and it's a good price 5 stars! :)



27 people found this helpful

Report abuse

 Demelza Tucker

⭐⭐⭐⭐⭐ **Great hooverboard for great price**

Reviewed in Canada on April 25, 2019

Color: Black | **Verified Purchase**

Bought this for my son who has wanted one for a while now but didnt want to spend to much, the price was great starting point. Love the lights on the wheels and the bluetooth speakers my son liked as an added bonus to this hooverboard. The board it self is a little heavy but not owning one before have nothing to compare it to. It has a smooth ride and was easy to use by my 9 year old.

20 people found this helpful

Report abuse

 Robert

⭐⭐⭐⭐⭐ **Hooverboard excitant** 😎🔧👍

Reviewed in Canada on January 5, 2019

Color: Blue | **Verified Purchase**

Super jouet pour petite fille de 10ans

17 people found this helpful

Report abuse

Translate review to English



Color: Blue | **Verified Purchase** 
Super jouet pour petite fille de 10ans

17 people found this helpful

Report abuse

Translate review to English

Faiz Ahmad

★★★★★ **Amazing hoverboard**
Reviewed in Canada on January 23, 2019
Color: Pink | **Verified Purchase**

Amazing hoverbroad. Very quite. Holds charge for a long time.

Weighs quite a bit. Lighter would be nicer

15 people found this helpful

Report abuse

**See all reviews ›**

## 4 stars and above

Sponsored ⓘ

Page 1 of 5












Hover-1 H1 Hoverboard Electric Scooter
★★★★½ 816
$239.99 ✓prime

Hover-1 Helix Electric Hoverboard Scooter, Gun Metal
★★★★½ 212
$179.99 ✓prime

TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover ...
★★★★½ 1,887
$199.99 ✓prime

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...
★★★★☆ 1,199
$106.00 ✓prime

Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal
★★★★½ 413
$189.99 ✓prime

**Pages with related products.** See and discover other items: electric board, Best hoverboards for adults

## Inspired by your browsing history

Page 1 of 13









Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_8?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:43:43 GMT

## Inspired by your browsing history

Page 1 of 13










Hover-1 Buggy Attachment for Transforming Hoverboard Scooter...
⭐⭐⭐⭐½ 2,079
$59.99

EVAPLUS 42V 2A Power Adapter PowerFast 3-Prong Inline Connector for Pocket Mod Sports...
⭐⭐⭐⭐ 7,795
$15.99

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two...
⭐⭐⭐⭐½ 214
$9.86 - $13.86

HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel...
⭐⭐⭐½ 102
$118.99

## Newer and similar items

Page 1 of 7








XPRIT 6.5" Self Balancing Hoverboard w/Wireless Speaker, Chrome Finish,...
⭐⭐⭐⭐ 4
$129.95 - $135.95

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards, Hover...
⭐⭐⭐⭐½ 167
$109.99 - $129.99

UNI-SUN Hoverboard for Kids, 6.5" Self Balancing Hoverboard with Bluetooth and LED...
⭐⭐⭐⭐½ 47
$114.99 - $139.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
⭐⭐⭐⭐½ 575
$139.99 - $149.99



**Your Browsing History**   **View or edit your browsing history ›**

Page 1 of 4

See personalized recommendations







**Sign in**

New customer? Start here.

**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies

Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_8?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:43:43 GMT

Hello
Select your address

Best Sellers | Customer Service | New Releases | Today's Deals | AmazonBasics | Whole Foods | Gift Cards

Prime Day is October 13-14

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters





6.5" · LONG BATTERY LIFE · LED Lights · Easily connect with your portable device · UL CERTIFIED SELF-BALANCING SCOOTER

Roll over image to zoom in

## XPRIT Hoverboard w/Bluetooth Speaker

Visit the XPRIT Store

★★★★☆ ∨ 2,146 ratings | 190 answered questions

Price: **$149.95** & FREE Shipping. Details & FREE Returns

Get $50 off instantly: Pay $99.95 upon approval for the Amazon Rewards Visa Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: Pink



- Max speed: 6mph; last about 45-75 mins
- Battery Charge Time: 2-3 hours until fully charged
- Max weight is 165lbs; minimum weight is 45lbs
- UL 2272 Certified
- Quick and easy hoverboard learning

New (2) from $149.95 + FREE Shipping



**$149.95**
& FREE Shipping. Details
& FREE Returns ∨

Arrives: **Sunday, Oct 11** Details

Fastest delivery: **Wednesday, Oct 7** Details

**In Stock.**

Qty: 1 ∨

Add to Cart

Buy Now

🔒 Secure transaction

Ships from Amazon
Sold by XPRITINC

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

⊙ Select delivery location

Add to List

New (2) from
$149.95 + FREE Shipping ›

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Frequently bought together




Total price: **$229.93**

Add all three to Cart

Add all three to List

ℹ These items are shipped from and sold by different sellers. Show details

☑ This item: XPRIT Hoverboard w/Bluetooth Speaker $149.95
☑ KKA Hoverboard Accessories, Hoverboard Seat Attachment Fits Self Balancing Scooter Go Cart Frame $65.99
☑ Cosmos Portable Waterproof Carrying Bag Handbag for 6.5 inches Two Wheels Self Balancing Smart... $13.99

## Inspired by your recent shopping trends

Page 1 of 15





Swagtron 82082-2 Swagboard Duro T8 Lithium-Free Hoverboard Startup Self Balancing...
★★★☆☆ 124
$119.00

EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terrain...
★★★★☆ 189
$452.82
Only 13 left in stock (more

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scooter
★★★★☆ 350
1 offer from $248.99

Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1...
★★★★☆ 477
$159.99
Usually ships within 3 to 5

Swagtron 82062-5
Swagboard Duro T8
Lithium-Free Hoverboard
Startup Self Balancing...
⭐⭐⭐☆☆ 124
$119.00

EYKOS Self Balancing
Scooter Hover Self-
Balance Board - UL2272
Certified, All-Terrain...
⭐⭐⭐⭐☆ 189
$452.82
Only 13 left in stock (more

Swagtron Swagboard
Pro T1 UL 2272 Certified
Hoverboard Electric Self-
Balancing Scooter
⭐⭐⭐⭐☆ 350
1 offer from $248.99

Hover-1 Drive
Hoverboard for Kids Self
Balancing Electric
Hoverboard, Black (H1...
⭐⭐⭐⭐½ 477
$159.99
Usually ships within 3 to 5

## Products related to this item

Sponsored ⓘ

Page 1 of 10

     

‹ ›

TOMOLOO Hoverboard,
Electric Self-Balancing
Smart Scooter, UL 2272
Certified Hover ...
⭐⭐⭐⭐½ 1,890
$199.99 ✓prime

Gyroor T581 Hoverboard
6.5" Off Road All Terrain
Hoverboard with
Bluetooth Speaker ...
⭐⭐⭐⭐½ 374
$229.00 ✓prime

Beston Sports Newest
Generation Electric
Hoverboard Dual Motors
Two Wheels Hoover B...
⭐⭐⭐⭐☆ 1,210
$106.00 ✓prime

cho Hoverboard Hover
Board Electric Scooter
Two-Wheel Smart Self
Balancing Speaker ...
⭐⭐⭐⭐☆ 45
$106.00 ✓prime

TOMOLOO Hoverboard
with Bluetooth Speaker
and LED Lights Self-
Balancing Scooter UL2...
⭐⭐⭐⭐½ 980
$199.99 ✓prime

Jetson Flash Self
Balancing Hoverboard
with Built In Bluetooth
Speaker | Includes A...
⭐⭐⭐⭐½ 143
$199.99 ✓prime

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $99.95 instead of $149.95!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



Head out to a family adventure with the SBW-666 Hoverboard. It is the perfect self balancing scooter for anyone in the family. The SBW-666 model has a minimum weight requirement of 45lbs, which is ideal for kids age 7 and up and can support an adult up to a capacity of 165lbs. Anyone can easily learn to master the hoverboard and ride like a pro within just minutes of practice!

Pair up your phone and blast your favorite tunes through the built-in wireless Bluetooth Speaker.

Safety Tip: To ensure a more joyful and safe ride we recommend to wear safety gear at all times when riding.



Safety Tip:





# Pick your favorite color



## Pick your favorite color

Classic Style: Pick your favorite color. The classic sharp design is available in 5 different matte color finishes and a glossy multicolor camouflage finish.









**Vibrant LED Lights**

Long lasting bright LED colorful flashing lights are equipped on the wheels and fenders for a more fun and safe ride.







**UL2272-CERTIFIED**

All of our electric scooters are made of top quality materials that have passed stringent testing to validate authenticity and secure operation.

**Anti Slip Rubber**

Easier to control and maneuver. Swiftly responds to angle and speed.

**Solid Rubber Wheels**

6.5" non-slip sturdy rubber tires ensure lasting smooth rides in your home or outdoor adventures.



| | 6.5" CLASSIC | 8.5" OFFROAD | 6.5" CHROME | 6.5" CHROME V2 | We recommend XPRIT Helmet for Your Safety |
|---|---|---|---|---|---|
| Wheel | 6.5" Solid w/ LED flash Light | 8.5" Solid Off-Road | 6.5" Solid w/ LED flash Light | 6.5" Solid w/ LED flash Light | |

Document title: Amazon.com: XPRIT Easter Sale Hoverboard w/Bluetooth Speaker (Pink)
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Pink/dp/B07DLKY3CD/ref=sr_1_1?…
Capture timestamp (UTC): Sat, 03 Oct 2020 01:13:35 GMT

Page 4 of 12

| | 6.5" CLASSIC | 8.5" OFFROAD | 6.5" CHROME | 6.5" CHROME V2 | We recommend XPRIT Helmet for Your Safety |
|---|---|---|---|---|---|
| Wheel | 6.5" Solid w/ LED flash Light | 8.5" Solid Off-Road | 6.5" Solid w/ LED flash Light | 6.5" Solid w/ LED flash Light | |
| Battery | 2000mAh | 4000mAh | 2000mAh | 2000mAh | |
| Color Options | Black/Blue/Pink/Red/ White | Black/White | Black/Blue/Gold/Purple | Black/Blue/Gold/Purple | |
| Wireless Speaker | ✓ | ✓ | ✓ | ✓ | |
| Recommended Max Weight | 165 lbs | 198 lbs | 165 lbs | 165 lbs | |
| Tested Max Weight | 220 lbs | 264 lbs | 220 lbs | 220 lbs | |
| Motor | 250W | Dual 250W | 250W | 250W | |

## Product details

Color: Pink

**Is Discontinued By Manufacturer :** No

**Package Dimensions :** 26 x 10 x 10 inches

**Date First Available :** June 7, 2018

**Manufacturer :** XPRIT

**ASIN :** B07DLL1NTF

**Best Sellers Rank:** #2,948 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #3 in Self Balancing Scooters

**Customer Reviews:**
⭐⭐⭐⭐½ ⌄    2,146 ratings

# Videos

Page 1 of 4

### Videos for this product



**Customer Review: Something I think al buyers should know**

Selena



**Customer Review: Love**

Amazon Customer



**Customer Review: *edit* as suspected issue, Probably will no...**

Jim



**Customer Review: Great**

Amazon Customer

[ Upload your video ]

## Products related to this item

Sponsored ⓘ

Page 1 of 10

     

Sponsored






**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...**
★★★★☆ 374
$229.00 ✓prime

**Magic hover Hoverboard Off Road All Terrain Balancing Scooter 6.5" T581 Flash ...**
★★★★☆ 126
$229.00 ✓prime

**TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2...**
★★★★☆ 980
$199.99 ✓prime

**Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...**
★★★★☆ 1,210
$106.00 ✓prime

**JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scoo...**
★★★★☆ 1,432
$134.99

**cho Hoverboard Hover Board Electric Scooter Two-Wheel Smart Self Balancing Speaker ...**
★★★★☆ 45
$106.00 ✓prime

# Customer questions & answers

🔍 Have a question? Search for answers

▲
10 votes
▼

**Question:** Does it come charged
**Answer:** Yes it did come charged. It lasted about 1 1/2 hours.
By Kimberly Soles on July 12, 2018
˅ See more answers (1)

▲
7 votes
▼

**Question:** What's the weight limit?
**Answer:** 165lbs
By Charmaine Miles on August 4, 2018

▲
6 votes
▼

**Question:** Does it come with a charger?
**Answer:** Yes, it comes with charger
By Grazie on June 27, 2018
˅ See more answers (1)

▲
3 votes
▼

**Question:** What the minimum weight for the rider?
**Answer:** 45 pounds
By april on July 6, 2018
˅ See more answers (1)

See more answered questions (186)

# Customer reviews

★★★★☆ 4.3 out of 5

2,146 global ratings

| | | |
|---|---|---|
| 5 star | | 71% |
| 4 star | | 11% |
| 3 star | | 4% |
| 2 star | | 3% |
| 1 star | | 12% |

˅ How are ratings calculated?

## By feature

Easy to learn ★★★★☆ 4.4
Giftable ★★★★☆ 4.4
Easy to use ★★★★☆ 4.3
˅ See more

## Customer images






See all customer images

## Read reviews that mention

hoverboard | stopped working | battery life | bluetooth | easy to use

waste of money | fully charged | easy to learn | old son | last long

daughter loves | great price | bluetooth speaker | long time

Top reviews ⌄

Document title: Amazon.com: XPRIT Easter Sale Hoverboard w/Bluetooth Speaker (Pink)
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Pink/dp/B07DLKY3CD/ref=sr_1_1?…
Capture timestamp (UTC): Sat, 03 Oct 2020 01:13:35 GMT

hoverboard    stopped working    battery life    bluetooth    easy to use

waste of money    fully charged    easy to learn    old son    last long

daughter loves    great price    bluetooth speaker    long time

## By feature

Easy to learn    ⭐⭐⭐⭐ 4.4

Giftable    ⭐⭐⭐⭐ 4.4

Easy to use    ⭐⭐⭐⭐ 4.3

⌄ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

---

Top reviews ⌄

### Top reviews from the United States

 M. Kalinowski

⭐⭐⭐⭐⭐ **Great hoverboard, great looking, ruggedly built.**

Reviewed in the United States on May 7, 2019

Color: Black | **Verified Purchase**

Bought this for my 11 year old for Xmas. 6 mos in, the thing still works perfectly. Battery takes a long time to recharge (a day or so), but holds a charge for 6-9 hours of active use, which is amazing. The lights on this board make it nice looking. We don't use the music, so I can't comment on that. The board is very responsive, handling is great. It is pretty speedy too. Weight max of 150 appears to be about right, as stepmom rides the thing occasionally too. All around a great purchase. Very happy with it.

144 people found this helpful

[ Helpful ] | Comment | Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ **Great choice**

Reviewed in the United States on November 23, 2019

Color: Black | **Verified Purchase**

Arrived in excellent condition and enough juice in the battery for a quick ride. My daughter Picked it up quickly, as did my six year old. Solid choice, great lights, not any dxtras

113 people found this helpful

[ Helpful ] | Comment | Report abuse

 Jim

⭐⭐⭐⭐⭐ **Easy to order, got right away, simple to unpack and go - Great for my preteen!!!**

Reviewed in the United States on April 25, 2019

Color: Black | **Verified Purchase**

No fuss and no muss. I like things to be as they are promised and work as expected. I got this six months ago. Gave it to my preteen and he was "off to the races!!". He plugs it in every couple of days and still uses it to go to the mall, his friends house a couple of blocks away, and getting simple things for his mom from the corner store...

It was a big deal for him. Not quite like getting a car - but for a preteen, Ya!! This was my atta boy. I'm still getting smiles and Mom's threat to take it away has gotten his room clean more than once... This product and purchase was TOTALLY WORTH IT!!!

139 people found this helpful

[ Helpful ] | Comment | Report abuse

 Duncan

⭐⭐⭐⭐⭐ **HELLO SPEED!!!! IT'S FAST... VERY FAST... BUT EXTREMELY FUN!**

Reviewed in the United States on April 20, 2019

Color: Black | **Verified Purchase**

I got this and the go cart hook up and OMG is this thing extremely fast! I clocked it at max speed of 12mph. Photo above. It is so fun as an adult but I will NOT let my 8 year old daughter ride this without supervision or a helmet. It's so fast it scares me but it's EXTREMELY fun! The battery lasts a long time, I would recommend it for age 11 and up just because of the speed. A kid needs to be responsible enough to look for cars because cars will have a hard time seeing it. I got this instead of one of those jeep cars, It's worth the money for this and the go-cart hook up. https://www.amazon.com/Hiboy-HC-02-Hoverboard-Suspension-Attachment/dp/B07GB88247/ref=sr_1_1_sspa? crid=2MJ4TB9I1ULRZ&keywords=go+cart+hoverboard+attachment&qid=1555785715&s=gateway&sprefix =go+cart+hoover%2Caps%2C125&sr=8-1-spons&psc=1 Get them both. They are soooo fun! Even adults can ride on it.

---

12mph. Photo above. It is so fun as an adult but I will NOT let my 8 year old daughter ride this without supervision. It's quite fast as well. I'm able to ride it at a controlled and fun speed. At this time, I would recommend it for age 11 and up just because of the speed. A kid needs to be responsible enough to look for cars because cars will have a hard time seeing it. I got this instead of one of those jeep cars, It's worth the money for this and the go-cart hook up. https://www.amazon.com/Hiboy-HC-02-Hoverboard-Suspension-Attachment/dp/B07GB88247/ref=sr_1_1_sspa?crid=2MJ4TB9I1ULRZ&keywords=go+cart+hoverboard+attachment&qid=1555785715&s=gateway&sprefix=go+cart+hoover%2Caps%2C125&sr=8-1-spons&psc=1 Get them both. They are soooo fun! Even adults can ride on it.



118 people found this helpful

Helpful | Comment | Report abuse

 Diana Trevino

⭐⭐⭐⭐⭐ **He loves it!**
Reviewed in the United States on November 22, 2019
Color: Black | Verified Purchase

Perfect for the price. Came charged when he opened it. He loves it!

109 people found this helpful

Helpful | Comment | Report abuse

 Jamie B.

⭐⭐⭐⭐⭐ **Best Gift Ever!!**
Reviewed in the United States on September 17, 2019
Color: Black | Verified Purchase

My 14 yr old daughter LOVES her hoverboard. She learned how to ride it instantly! The lights are bright and the ride is smooth. She enjoys riding around listening to music and even takes out dog for rides as well. She has learned tricks on it and it's comical to watch her ride around the house. She even does chores and sweeps the floor while riding it! Best purchase ever!

107 people found this helpful

Helpful | Comment | Report abuse

 Stephanie Ramborger

⭐⭐⭐⭐⭐ **Fun toy**
Reviewed in the United States on September 23, 2019
Color: Black | Verified Purchase

Kids fed ran into a few walls and over things and it held up. Good battery life

105 people found this helpful

Helpful | Comment | Report abuse

 Sazz

⭐⭐⭐⭐⭐ **My daughter says its hard at first but it gets easier and is a lot of fun in time!**
Reviewed in the United States on June 20, 2019
Color: Black | Verified Purchase

My daughter uses this hoverboard for loads of fun. She likes the bluetooth function, the lights and how fun it is to ride. Her friend got a hoverboard but hers is easier to ride as the pedals are connected. When we bought this hoverboard we didn't realize the pedals moved independently but my daughter found that she likes that a lot better. I insist that my daughter wears a helmet to protect her should she fall. She has really improved her skill at riding the board in only 2 days. She loves to spin around and has been riding up and down the sidewalk over the bumps with only 1 fall. I wasn't sure about her having one of these but she's gotten good at riding it in a short period of time. I can't comment about the battery life as of now. I will come back and review that at a later date.

105 people found this helpful

Helpful | Comment | Report abuse

likes that a lot better. I insist that my daughter wears a helmet to protect her should she fall. She has really improved her skill at riding the board in only a few days. She loves to go up and down the driveway, grass, going up and down the sidewalk over the bumps with only 1 fall. I wasn't sure about her having one of these but she's gotten good at riding it in a short period of time. I can't comment about the battery life as of now. I will come back and review that at a later date.

105 people found this helpful

| Helpful | | Comment | Report abuse |

___

**See all reviews ›**

### Top reviews from other countries

Translate all reviews to English

 Tracy

⭐⭐⭐⭐⭐ **Love it**
Reviewed in Canada on January 1, 2019
Color: Pink | **Verified Purchase**



My 9 year old got this for Xmas and loves it. She's small for her age and only 51 lbs but after 25 minutes she was mastering it.

50 people found this helpful

Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ **Awesome!**
Reviewed in Canada on February 4, 2019
**Verified Purchase**



Amazing. This board rides so smooth and it's a good price 5 stars! :)



27 people found this helpful

Report abuse

 Demelza Tucker

⭐⭐⭐⭐⭐ **Great hoverboard for great price**

___



27 people found this helpful

Report abuse

**Demelza Tucker**

⭐⭐⭐⭐⭐ **Great hooverboard for great price**

Reviewed in Canada on April 25, 2019

Color: Black | **Verified Purchase**

Bought this for my son who has wanted one for a while now but didnt want to spend to much, the price was great starting point. Love the lights on the wheels and the bluetooth speakers my son liked as an added bonus to this hooverboard. The board it self is a little heavy but not owning one before have nothing to compare it to. It has a smooth ride and was easy to use by my 9 year old.

20 people found this helpful

Report abuse

**Robert**

⭐⭐⭐⭐⭐ **Hooverboard excitant** 😎🕺👍

Reviewed in Canada on January 5, 2019

Color: Blue | **Verified Purchase**

Super jouet pour petite fille de 10ans

17 people found this helpful

Report abuse

Translate review to English

**Faiz Ahmad**

⭐⭐⭐⭐⭐ **Amazing hoverboard**

Reviewed in Canada on January 23, 2019

Color: Pink | **Verified Purchase**

Amazing hoverboard. Very quite. Holds charge for a long time.

Weighs quite a bit. Lighter would be nicer

15 people found this helpful

Report abuse

See all reviews ›

---

**4 stars and above**

Sponsored ⓘ

Page 1 of 4








| Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B... | TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2... | JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scoo... | Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ... | Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A... | Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard... |
|---|---|---|---|---|---|
| ⭐⭐⭐⭐ 1,210 | ⭐⭐⭐⭐½ 980 | ⭐⭐⭐⭐½ 1,432 | ⭐⭐⭐⭐½ 374 | ⭐⭐⭐⭐½ 143 | ⭐⭐⭐⭐½ 122 |
| $106.00 ✓prime | $199.99 ✓prime | $134.99 | $229.00 ✓prime | $199.99 ✓prime | $139.99 |

**Pages with related products.** See and discover other items: Explore light boards for kids

 Beston Sports Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...
★★★★☆ 1,210
$106.00 ✓prime

 with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2...
★★★★☆ 980
$199.99 ✓prime

 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scoo...
★★★★☆ 1,432
$134.99

 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...
★★★★☆ 374
$229.00 ✓prime

 Balancing Hoverboard with Built In Bluetooth Speaker | Includes A...
★★★★☆ 143
$199.99 ✓prime

Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★☆ 122
$139.99

Pages with related products. See and discover other items: Explore light boards for kids

## Inspired by your browsing history

Page 1 of 10



 Hover-1 Buggy Attachment for Transforming Hoverboard Scooter...
★★★★☆ 2,091
$59.99

 GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two...
★★★★☆ 215
$9.86 - $13.86

 SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★☆ 2,343
$149.99

 JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel...
★★★★☆ 1,432
$114.99 - $139.99

 LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified...
★★★★☆ 751
$114.99 - $144.99

## Newer and similar items

Page 1 of 5



 XPRIT 6.5" Self Balancing Hoverboard w/Wireless Speaker, Chrome Finish,...
★★★★☆ 6
$129.95 - $135.95

 YHR Hoverboards UL2272 Certified with Wireless Bluetooth Speaker LED Wheel 6.5inch Self Balancing...
★★★★☆ 577
$114.99 - $139.99

 SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
$139.99

 TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...
★★★★☆ 1,890
$199.99 - $399.99

 SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★☆ 19
$139.99 - $289.00

### Your Browsing History    View or edit your browsing history ›

Page 1 of 3

      

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies

| Chrome Finish,… | Speaker LED Wheel | Balancing Hoverboard… | Wheel Self-Balancing… | Balancing Hoverboard… |
| --- | --- | --- | --- | --- |
| ★★★★★ | | ★★★★★ | | |
| $129.95 – $135.95 | $114.99 – $139.99 | $139.99 | $199.99 – $399.99 | $139.99 – $289.00 |

**Your Browsing History**   View or edit your browsing history ›                                                                 Page 1 of 3



     

See personalized recommendations

**Sign in**

New customer? Start here.

**Back to top** 

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

English

United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion
brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on
Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital
Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book Depository
Books With Free
Delivery Worldwide

Box Office
Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

☰ **amazon**

Hello, Sign in
Account & Lists ▾

Returns
& Orders

🛒 0 Cart

Hello
Select your address

Best Sellers   Customer Service   New Releases   Today's Deals   AmazonBasics

Prime Day is October 13-14

Sports & Outdoors   Sports & Fitness   Outdoor Recreation   Sports Fan Shop   Sports Deals   Outdoor Deals

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

UL CERTIFIED   LED Lights   Wireless Music

# CXMScooter Hoverboard 6.5 inch Self-Balance Scooter w/Bluetooth Speaker UL2272 Certified

Brand: CXMScooter

★★★★☆ ▾   12 ratings

**6% off**   Lowest price in 30 days

Was: ~~$169.99~~
Price: **$159.99** & **FREE Shipping**. Details
& **FREE Returns** ▾

You Save: **$10.00 (6%)**

Get $50 off instantly: Pay $109.99 upon approval for the Amazon Rewards Visa Card.

Color: **Blue**

   

- SAFETY CERTIFIED. UL 2272 Certified hover board has passed strict safety test to assure customer confidence
- LIGHTS ON PEDALS. Blue LED lights surround your foot,flashing and shining. What a amazing feeling!
- COLORFUL WHEEL LIGHTS. Colorful side lights make travel cheerful
- BUILT-IN SPEAKER. Play music to your board from your smart phone when you are riding. Including 1 carrying Bag Handbag
- GO IN ANY DIRECTION. The hover board can go in any direction you would like, all you have to do is control it with your weight and body. If you want to do circles, then all you have to do is make it go in circles





**$159.99**
& **FREE Shipping**. Details
& **FREE Returns** ▾

Arrives: **Saturday, Oct 10**
Details

Fastest delivery: **Thursday, Oct 8** Details

Only 20 left in stock - order soon.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Amazon
Sold by      CXMScooter

**Add a Protection Plan:**
☐ 2-Year Protection for $15.99

☐ Add gift options

📍 Select delivery location

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon







**VIDEO**



control it with your weight and
body. If you want to make it turn
all you have to do is make it go in
circles

BATTL BOX - OUTDOOR GEAR.
DELIVERED MONTHLY.

Roll over image to zoom in

## Products related to this item

Sponsored







Page 1 of 21

CBD Flash Hoverboard, Two-Wheel 6.5 inch Self Balancing Scooter with Bluetooth Spea...
★★★★★ 13
$199.99 ✓prime

Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal
★★★★☆ 413
$189.99 ✓prime

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...
★★★★☆ 991
$299.00 ✓prime

Hover-1 Helix Electric Hoverboard Scooter, Gun Metal
★★★★☆ 212
$179.99 ✓prime

Hover-1 H1 Hoverboard Electric Scooter
★★★★☆ 816
$239.99 ✓prime

## Inspired by your recent shopping trends






Page 1 of 11

HOVERSTAR HS 2.0v Hoverboard All-Terrain Two Wide Wheels Design Self Balancing Flash...
★★★☆☆ 42
$118.99

UNI-SUN Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing Hoverboard...
★★★★☆ 85
$134.99

UNI-SUN Hoverboard for Kids, Self Balancing Scooter 6.5" Two-Wheel Self Balancing...
★★★★☆ 379
$139.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★☆ 881
**#1 Best Seller** in Self Balancing Scooters
$134.99

HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel...
★★★☆☆ 102
$118.99

## Customers who bought this item also bought





FLYING-ANT
Hoverboard, 6.5 Inch
Self Balancing
Hoverboards, Hover…
⭐⭐⭐⭐½ 167
$109.99 - $129.99

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $109.99 instead of $159.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product details

Color:**Blue**

**Date First Available :** August 19, 2020

**ASIN :** B08G87H165

**Best Sellers Rank:** #438,412 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #259 in Self Balancing Scooters

**Customer Reviews:**
⭐⭐⭐⭐½ ⌄    12 ratings

# Videos

Page 1 of 4

### Videos for this product                    ### Videos for related products



6.5" R5 hoverboard video



Top 10 Best Hoverboard & Self
Balancing Scooters



Top 10 Latest Hoverboard & Self
Balancing Scooters



Gyroor Warr
Scooter Rev









| 0:20 | 12:12 | 15:11 | |
|------|-------|-------|--|

**6.5" R5 hoverboard video**

CXMScooter

**Top 10 Best Hoverboard & Self Balancing Scooters**

Top 10 Zone

**Top 10 Latest Hoverboard & Self Balancing Scooters**

Top 10 Zone

**Gyroor Warr... Scooter Rev...**

Top 10 Zone

Upload your video

---

## Products related to this item

Page 1 of 19

Sponsored ⓘ











**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...**
★★★★☆ 991
$299.00 ✓prime

**Felimoda Hoverboard 6.5" Self Balancing Scooter, LED Light Wheel Scooter Two-Wheel ...**
★★★★☆ 447
$124.99

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Pink**
★★★★☆ 652
$249.99 ✓prime

**Hover-1 Helix Electric Hoverboard Scooter, Camo**
★★★★☆ 257
$179.99 ✓prime

**EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terr...**
★★★★☆ 189
$458.42 ✓prime

---

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** weight limit?

**Answer:** Believe it said 65lbs-220lbs
By Kim G on August 24, 2020

---

## Customer reviews

★★★★☆ 4.7 out of 5

12 global ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 12% |
| 1 star | | 0% |

⌄ How are ratings calculated?

Top reviews ⌄

### Top reviews from the United States

 Christy V

★★★★★ **Great product**

Reviewed in the United States on September 5, 2020

Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Looks just like image , so far runs excellent and my son was very happy . He's 6 but his older sisters fit on it just as well

---

Document title: Amazon.com: CXMScooter Hoverboard 6.5 inch Self-Balance Scooter w/Bluetooth Speaker UL2272 Certified (Blue): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/CXMScooter-Hoverboard-Self-Balance-Bluetooth-Certified/dp/B08B3CDSJ8/ref=zg_bs_13130176011_88?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:45:27 GMT

Page 4 of 8

12 global ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 12% |
| 1 star | | 0% |

⌄ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Sturdiness | ★★★★★ | 4.7 |
| Battery life | ★★★★½ | 4.6 |
| Easy to learn | ★★★★½ | 4.5 |

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



Christy V

★★★★★ **Great product**
Reviewed in the United States on September 5, 2020
Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Looks just like image , so far runs excellent and my son was very happy . He's 6 but his older sisters fit on it just as well

[ Helpful ] | Comment | Report abuse

debra s

★★★★★ **Great board!**
Reviewed in the United States on September 5, 2020
Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Bought this for my 8yr old son and he loves it!

[ Helpful ] | Comment | Report abuse

Amazon Customer

★★★★★ **Well worth the money**
Reviewed in the United States on August 9, 2020
Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Awesome purchase

[ Helpful ] | Comment | Report abuse

Jordan Perez

★★★★★ **Its cool**
Reviewed in the United States on September 3, 2020
Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

It was nice and cool I ride it evreyday and it came new and it awesome I recommend u guys to buy it.

[ Helpful ] | Comment | Report abuse

Maraja Jones

★★☆☆☆ **Yikes**
Reviewed in the United States on August 23, 2020
Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

It's unstable. Its not sturdy enough for big kids, returned it and brought one from walmart.

[ Helpful ] | Comment | Report abuse

G. Reeve

★★★★★ **Fantastic hoverboard**
Reviewed in the United States on August 24, 2020
Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Great product. Durable and reliable.

[ Helpful ] | Comment | Report abuse

Dave

⭐⭐⭐⭐⭐ **Fantastic hoverboard**

Reviewed in the United States on August 24, 2020

Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Great product. Durable and reliable.

| Helpful | | Comment | Report abuse |

 Dave

⭐⭐⭐⭐⭐ **Great product**

Reviewed in the United States on September 6, 2020

Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Great product, first one came damaged and they quickly sent another

| Helpful | | Comment | Report abuse |

**See all reviews ›**

---

## 4 stars and above

Page 1 of 4

Sponsored ⓘ











| | | | | |
|---|---|---|---|---|
| Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ... | Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker \| Includes A... | EVAPLUS 42V 2A Power Adapter PowerFast 3-Prong Inline Connector for Pocket Mod Spor... | Segway Ninebot eKickScooter ZING E10 Electric Kick Scooter for Kids and Teens, Ligh... | 10th Birthday Decorations for Girls Party Supplies-Confetti Latex Balloon,Foil Myla... |
| ⭐⭐⭐⭐½ 369 | ⭐⭐⭐⭐½ 140 | ⭐⭐⭐⭐☆ 7,750 | ⭐⭐⭐⭐☆ 68 | ⭐⭐⭐⭐½ 111 |
| $229.00 ✓prime | $199.99 ✓prime | $15.99 ✓prime | $229.99 ✓prime | $24.99 ✓prime |

---

## Inspired by your browsing history

Page 1 of 13











| | | | |
|---|---|---|---|
| Hover-1 Buggy Attachment for Transforming Hoverboard Scooter... | EVAPLUS 42V 2A Power Adapter PowerFast 3-Prong Inline Connector for Pocket Mod Sports... | GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two... | HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel... |
| ⭐⭐⭐⭐½ 2,079 | ⭐⭐⭐⭐☆ 7,795 | ⭐⭐⭐⭐½ 214 | ⭐⭐⭐½ 102 |
| $59.99 | $15.99 | $9.86 - $13.86 | $118.99 |

Document title: Amazon.com: CXMScooter Hoverboard 6.5 inch Self-Balance Scooter w/Bluetooth Speaker UL2272 Certified (Blue): Sports &amp; Outdoors

Capture URL: https://www.amazon.com/CXMScooter-Hoverboard-Self-Balance-Bluetooth-Certified/dp/B08B3CDSJ8/ref=zg_bs_13130176011_88?...

Capture timestamp (UTC): Thu, 01 Oct 2020 15:45:27 GMT


Hover-1 Buggy Attachment for Transforming Hoverboard Scooter…

⭐⭐⭐⭐½ 2,079

$59.99

EVAPLUS 42V 2A Power Adapter PowerFast 3-Prong Inline Connector for Pocket Mod Sports…

⭐⭐⭐⭐☆ 7,795

$15.99

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two…

⭐⭐⭐⭐½ 214

$9.86 - $13.86

HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel…

⭐⭐⭐½☆ 102

$118.99

## Deals in magazine subscriptions

Page 1 of 13













EatingWell

⭐⭐⭐⭐½ 3,334

Print Magazine

$5.00

Family Handyman

⭐⭐⭐⭐½ 10,245

Print Magazine

$8.00

Southern Living

⭐⭐⭐⭐½ 3,147

Print Magazine

$13.97

Birds & Blooms

⭐⭐⭐⭐½ 2,844

Print Magazine

$8.00

## Your Browsing History   View or edit your browsing history   ›

Page 1 of 4

See personalized recommendations

**Sign in**

New customer? Start here.













---

### Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**Back to top**

### Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help





| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use | Privacy Notice | Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates



# Amazon

☰

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime ▾

🛒 0 Cart

📍 Hello
Select your address

Best Sellers    Customer Service    New Releases    Today's Deals    AmazonBasics

Prime Day is October 13-14

**Sports & Outdoors**    Sports & Fitness    Outdoor Recreation    Sports Fan Shop    Sports Deals    Outdoor Deals

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

## Hoverboard for Kids&Adult Two-Wheel Self Balancing Hoverboard with LED Lights Christmas Amazon Membership Day

Brand: Babyee

Price: **$131.99** + $21.99 shipping

Get $50 off instantly: Pay $81.99 $131.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Multicolor**

| | |
|---|---|
| **Brand** | Babyee |
| **Color** | Multicolor |
| **Number of wheels** | 2 |
| **Frame Material** | Alloy Steel |
| **Age Range (Description)** | Adult |

### About this item

- Package Included Required Accessory - a Charger and Help Manual for Reference
- UNIQUE LED & BLUETOOTH - Built-in wireless speaker can be easily connected to portable devices in second, just enjoy your favorite music or books without wearing headphones.
- PERFECT GIFT - Specially designed for beginners, amateurs, office workers, dog and cat walkers, free your feet - new way for transportation! So have fun with your family and friends!
- SELF BALANCING CONTROL SYSTEM - Full of technology and

**$131.99**
+ $21.99 shipping

Arrives: **Oct 27 - Nov 18**

Fastest delivery: **Oct 9 - 15**

Only 8 left in stock - order soon.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Babyee
Sold by      Babyee

Select delivery location

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

Document title: Amazon.com: Hoverboard for Kids&amp;Adult Two-Wheel Self Balancing Hoverboard with LED Lights Christmas Amazon Membership Day (Multicolor):…
Capture URL: https://www.amazon.com/Hoverboard-Two-Wheel-Balancing-Membership-Multicolor/dp/B08CS7VD1F/ref=sr_1_82?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:48:47 GMT

Page 1 of 8





headphones.
- PERFECT GIFT - Specially designed for beginners, amateurs, office workers, dog and cat walkers, free your feet - new way for transportation! So have fun with your family and friends!
- SELF BALANCING CONTROL SYSTEM - Full of technology and easy to learn for beginners and amateurs.
- About the Babyee - If you have any questions after purchasing, you can contact us at any time. If you are not satisfied with the product, we can give you a full refund.

Roll over image to zoom in



## Inspired by your recent shopping trends

<



UNI-SUN Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing Hoverboard…
★★★★½ 606
$139.99



FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash…
★★★★ 94
$139.99



HOVERSTAR Hoverboard All-New Mode- HS2.1 Two-Wheel Self Balancing Scooter with…
★★★★ 6
$108.99



LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified…
★★★★½ 212
$129.99



YHR Hoverboards UL2272 Certified with Wireless Bluetooth Speaker LED Wheel…
★★★★ 58
$124.99



>

## Products related to this item

Sponsored ⓘ

<





UNI-SUN Chrome Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing…
★★★★½ 603
$114.99



Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers…
★★★★½ 991
$299.00 ✓prime



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker…
★★★★½ 325
$279.00 ✓prime



FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards, Hover…
★★★★½ 167
$109.99



UNI-SUN Hoverboard for Kids, 6.5" Self Balancing Hoverboard with Bluetooth and LED …
★★★★½ 259
$114.99

>

Document title: Amazon.com: Hoverboard for Kids&amp;Adult Two-Wheel Self Balancing Hoverboard with LED Lights Christmas Amazon Membership Day (Multicolor):…
Capture URL: https://www.amazon.com/Hoverboard-Two-Wheel-Balancing-Membership-Multicolor/dp/B08CS7VD1F/ref=sr_1_82?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:48:47 GMT







UNI-SUN Chrome Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing...
★★★★½ 603
$114.99

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...
★★★★½ 991
$299.00 ✓prime

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker...
★★★★½ 325
$279.00 ✓prime

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards, Hover...
★★★★☆ 167
$109.99

UNI-SUN Hoverboard for Kids, 6.5" Self Balancing Hoverboard with Bluetooth and LED ...
★★★★½ 259
$114.99

## 4 stars and above

Sponsored ⓘ

Page 1 of 2

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...
★★★★½ 369
$229.00 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue
★★★★½ 652
$249.99 ✓prime

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A...
★★★★☆ 140
$199.99 ✓prime

Fuji Instax Mini 9 Instant Camera ICE Blue w/Case + Fuji Instax Film Value Pack (40...
★★★★½ 2,082
$99.95 ✓prime

Sproutbrite Educational Posters & Classroom Decorations Preschool - 11 - 20"x14" Ea...
★★★★½ 1,509
$15.95 ✓prime

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$121.99 instead of $131.99**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Feature:

Easy to handle
Self-balancing control
Motor 350W
Lithium battery capacity 1.8
Charging life 3-4H
Load weight 20-120KG
Endurance 8-10KM
The power switch LED indicator lights up when lit, and keeps flashing under protection. A beep sounds when the voice alert is on and the battery is low
Material: alloy metal
Bluetooth function can be connected to mobile phones to play songs

---

**Easy to handle**
**Self-balancing**
**Motor 350W**
**Lithium battery capacity 1.8**
**Charging life 3-4H**
**Load weight 20-120KG**
**Endurance 8-10KM**
**The power switch LED indicator lights up when lit, and keeps flashing under protection. A beep sounds when the voice alert is on and the battery is low**
**Material: alloy metal**
**Bluetooth function can be connected to mobile phones to play songs**
**Non-slip material to increase friction**


**Package Included:**


**1PC self-balancing 2 wheel mini hover board electric scooter skateboard**
**1 power adapter**
**1 set of protective gear**

---

## Product details

Color: **Multicolor**

**Date First Available :** July 11, 2020

**Manufacturer :** Babyee

**ASIN :** B08CS6WQR8

**Best Sellers Rank:** #203,078 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#133 in Self Balancing Scooters

# Videos

Page 1 of 4

### Videos for related products


**Top 10 Best Hoverboard & Self Balancing Scooters**
Top 10 Zone


**Top 10 Latest Hoverboard & Self Balancing Scooters**
Top 10 Zone


**Gyroor Warrior G2 Self Balancing Scooter Review**
Top 10 Zone


**The 10 Best Scooters**
Ezvid Wiki

Upload your video

---

## Products related to this item

Sponsored ⓘ

Page 1 of 36








## Products related to this item

Sponsored ⓘ

‹

    

›

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 in...
★★★★☆ 268
$167.00 ✓prime

CBD Flash Hoverboard, Two-Wheel 6.5 inch Self Balancing Scooter with Bluetooth Spea...
★★★★★ 13
$199.99 ✓prime

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...
★★★★☆ 369
$229.00 ✓prime

TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover ...
★★★★☆ 1,887
$199.99 ✓prime

Hover-1 Helix Electric Hoverboard Scooter, Gun Metal
★★★★☆ 212
$179.99 ✓prime

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

---

### Review this product

Share your thoughts with other customers

Write a customer review

---

**What other items do customers buy after viewing this item?**

Page 1 of 3

<











>

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel…
★★★★☆ 1,424
$109.99 - $139.99

UNI-SUN Hoverboard for Kids, 6.5" Self Balancing Hoverboard with Bluetooth and LED…
★★★★☆ 48
$114.99 - $139.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard…
★★★★☆ 124
**#1 Best Seller** in Self Balancing Scooters
$129.99 - $160.00

UNI-SUN Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing Hoverboard…
★★★★☆ 606
$114.99 - $139.99

Hover-1 Helix Electric Hoverboard Scooter
★★★★☆ 144
$179.99 - $395.98

## Inspired by your browsing history

Page 1 of 13

<











Hover-1 Buggy Attachment for Transforming Hoverboard Scooter…
★★★★☆ 2,079
$59.99

EVAPLUS 42V 2A Power Adapter PowerFast 3-Prong Inline Connector for Pocket Mod Sports…
★★★★☆ 7,795
$15.99

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two…
★★★★☆ 214
$9.86 - $13.86

HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel…
★★★☆☆ 102
$118.99

## Deals in magazine subscriptions

Page 1 of 13

<












Poets & Writers

Family Handyman

AllRecipes

Star Magazine [Print +

Document title: Amazon.com: Hoverboard for Kids&amp;Adult Two-Wheel Self Balancing Hoverboard with LED Lights Christmas Amazon Membership Day (Multicolor):…
Capture URL: https://www.amazon.com/Hoverboard-Two-Wheel-Balancing-Membership-Multicolor/dp/B08CS7VD1F/ref=sr_1_82?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:48:47 GMT



**Poets & Writers**
★★★★½ 322
Print Magazine
$14.96

**Family Handyman**
★★★★½ 10,245
Print Magazine
$8.00

**AllRecipes**
★★★★½ 3,590
Print Magazine
$5.49

**Star Magazine [Print + Kindle]**
★★★★☆ 386
Print Magazine
$46.28

**Your Browsing History**  **View or edit your browsing history**  ›    Page 1 of 4    See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**amazon**

English ⌄    United States

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling

**Amazon Business**
Everything For

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital

**Amazon Rapids**
Fun stories for kids on the go

---

Document title: Amazon.com: Hoverboard for Kids&amp;Adult Two-Wheel Self Balancing Hoverboard with LED Lights Christmas Amazon Membership Day (Multicolor):…
Capture URL: https://www.amazon.com/Hoverboard-Two-Wheel-Balancing-Membership-Multicolor/dp/B08CS7VD1F/ref=sr_1_82?…
Capture timestamp (UTC): Thu, 01 Oct 2020 15:48:47 GMT

Page 7 of 8

**Back to top**

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

🌐 English

🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

---

≡ amazon

Hello, Sign in
Account & Lists ▾

Returns
& Orders ▾

🛒 ⁰ Cart

Hello
Select your address

Best Sellers   Customer Service   New Releases   Today's Deals   AmazonBasics

Prime Day is October 13-14

Sports & Outdoors   Sports & Fitness   Outdoor Recreation   Sports Fan Shop   Sports Deals   Outdoor Deals

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

## CBPE 10" Latest Model Electric Hoverboard Dual Motors Two Wheels Smart Self Balancing Scooter with Built in Speaker LED Lights for Gift, Free Six-Piece Protective Gear Set

Brand: CBPE

★★☆☆☆ ▾    4 ratings

Price: **$299.99** & FREE Shipping

Get $50 off instantly: Pay $249.99 upon approval for the Amazon Rewards Visa Card.

- ▲ Super sturdy and durable: the 10-inch off-road hoverboard is made with a perfect combination of UL approved materials that make up its sturdy structure that guarantees durability, protecting you during racing and allowing you to enjoy this hoverboard for years to come. Of course we will prepare extra protective suits and bumper strip for you

- ▲ Off-road trips - With solid 10-inch tires and a 350-watt motor you can be sure of a smooth and easy ride on all terrains. So, feel free to drive on grass, land, gravel or wet surfaces. Ride like a warrior! It is also very convenient to use at home

- ▲ Unmatched performance: The CBPE self-balancing smart hoverboard takes you further and faster than any other on the market, while ensuring maximum safety. This hoverboard can easily reach up to 10-12 miles of top speed, ensuring you stay in control for the most pleasant driving experience



**$299.99**
& **FREE Shipping**

Arrives: **Oct 27 - Nov 18**

**In Stock.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    ξ YIZmo0
Sold by       ξ YIZmo0

⊙ Select delivery location

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon











 

Roll over image to zoom in

CBPE self-balancing smart hoverboard takes you higher and faster than any other on the market, while ensuring maximum safety. This hoverboard can easily reach up to 10-12 miles of top speed, ensuring you stay in control for the most pleasant driving experience

- ▲ Bluetooth speaker and LED lights: Built-in high-end speaker, with the first unique and unique design on the market with monomer chamber, exceptional sound quality, which easily connects to your smartphone with a lot of fun. The colorful LED lights come on freely to offer you extraordinary lighting while driving
- ▲ Safer self-balancing scooter: 100% driving test, all CBPE hover boards are designed and built to meet the highest levels of safety tests, passed CE certifications, RoHS and FCC



---

## Inspired by your recent shopping trends

Page 1 of 13



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth…
★★★★½ 325
$279.00



TOMOLOO Hoverboard UL2272 Certified 6.5" All Terrain Wheels App Controlled Electric Self…
★★★★☆ 15
$239.00



UNI-SUN Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing Hoverboard…
★★★★½ 606
$139.99



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and…
★★★★½ 369
$229.00



FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash…
★★★★☆ 94
$139.99

---

## Products related to this item

Page 1 of 23

Sponsored ⓘ







---

**Products related**

Sponsored ⓘ



PRINIC Hoverboard Seat Attachment Go Kart Accessories Conversion Kit, Transforming ...
★★★★★ 30
$65.98



Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...
★★★★☆ 1,206
$106.00 ✓prime



DOC Latest Model Electric Hoverboard Dual Motors Two Wheels Smart self Balancing Sc...
★★★★☆ 142
$98.00 ✓prime



TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2...
★★★★☆ 979
$199.99 ✓prime



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...
★★★★☆ 369
$229.00 ✓prime

## 4 stars and above

Sponsored ⓘ



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...
★★★★☆ 369
$229.00 ✓prime



Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue
★★★★☆ 659
$249.99 ✓prime



Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A...
★★★★☆ 142
$199.99 ✓prime



EVAPLUS 42V 2A Power Adapter PowerFast 3-Prong Inline Connector for Pocket Mod Spor...
★★★★☆ 7,800
$15.99 ✓prime



Uenjoy Electric Kids Ride On Cars Battery Motorized Vehicles with Remote Control, L...
★★★★☆ 227
$129.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $249.99 instead of $299.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

◆ Robust and resistant

The CBPE Hoverboard is made of durable aluminum and some parts in ABS to ensure a robust enough body that will surely stand the test of time. This means that you can use the hoverboard for a long time without having to worry about the longevity of the casing

## Product description

◆ Robust and resistant
The CBPE Hoverboard is made of durable aluminum and some parts in ABS to ensure a robust enough body that will surely stand the test of time. This means that you can use the hoverboard for a long time without having to worry about the longevity of the casing

◆ Music and lights
The high-quality music speaker and beautiful LED lights add to the magnificence of this off-road hoverboard.

◆ Powerful engine
Powered by powerful dual 350 watt motors with solid shock absorber tires, you can drive faster faster with greater stability.

◆ Self balancing
Its self-balancing mode helps you balance yourself in less than a minute.

◆ specificazione

Motor: 350 W
LED: colored LED lights
Maximum speed: 10.89 miles / hour
Charging time: 1.5 to 2 hours
Full charge distance: 7.5 ~ 9.5 miles
Safety: UL 2272 certified hoverboard
Music Speaker: Pro Music Speaker
Lithium-ion battery: 4.0 Ah / 36 V powerful battery.
Water resistant: IP54
Maximum load: 265 lbs/120KG
Net weight: 24 pounds/11KG
Maximum climbing angle: 35 °
Frame material: metal and aluminum
Tires: 10 inch / 180 mm solid rubber tires
Charging voltage: from AC100 to 240 V / 50-60 Hz

## Product details

**Date First Available :** May 9, 2020

**Manufacturer :** CBPE

**ASIN :** B088D4VWNL

**Best Sellers Rank:** #1,755,582 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#748 in Self Balancing Scooters

**Customer Reviews:**
★★☆☆☆ ⌄    4 ratings

# Videos

Page 1 of 4

### Videos for related products



Top 10 Best Hoverboard & Self Balancing Scooters



Top 10 Latest Hoverboard & Self Balancing Scooters



Gyroor Warrior G2 Self Balancing Scooter Review



The 10 Best Off Roading



**12:12**

Top 10 Best Hoverboard & Self Balancing Scooters

Top 10 Zone



**15:11**

Top 10 Latest Hoverboard & Self Balancing Scooters

Top 10 Zone

**9:26**

Gyroor Warrior G2 Self Balancing Scooter Review

Top 10 Zone



The 10 Best Off Roading

Ezvid Wiki

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 14



Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
★★★★☆ 659
$249.99 ✓prime



Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers…
★★★★★ 994
$299.00 ✓prime



DOC Latest Model Electric Hoverboard Dual Motors Two Wheels Smart self Balancing Sc…
★★★★☆ 142
$98.00 ✓prime



Hover-1 Helix Electric Hoverboard Scooter, Gun Metal
★★★★☆ 212
$179.99 ✓prime



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker…
★★★★☆ 325
$279.00 ✓prime

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

★★☆☆☆ 2.1 out of 5

4 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 27% |
| 3 star | | 0% |
| 2 star | | 28% |
| 1 star | | 45% |

Top reviews ▼

### Top reviews from the United States

 chris grant

★☆☆☆☆ **Equipment insufficient**

Reviewed in the United States on August 3, 2020

**Verified Purchase**

Why would this company supply gloves and knee pads that might fit a 5 year old child when



★★☆☆☆ **2.1 out of 5**

4 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | �as | 27% |
| 3 star | | 0% |
| 2 star | | 28% |
| 1 star | | 45% |

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Top reviews from the United States



 chris grant

★☆☆☆☆ **Equipment insufficient**

Reviewed in the United States on August 3, 2020

**Verified Purchase**

Why would this company supply gloves and knee pads that might fit a 5 year old child when this hoverboard is meant for adults ?furthermore the hoverboard operates for 30 minutes fully charged after 3 hours of charging. My 10 year old granddaughter is unable to go offroad with this board .The swagtron hoverboard that my 8 year old granddaughter owns rarely needs to be charged and flys around offroad.This hoverboard is more expensive than the swagtron board and the instruction are english . My 10 year granddaughter is devastated by this product considering her sister has a better quality hoverboard which cost less money

[ Helpful ] | Comment | Report abuse

JR

★★★★☆ **great but no instructions**

Reviewed in the United States on July 27, 2020

**Verified Purchase**

My son (10) loves this! It is larger than his beginner one and the features are nice---well, except we can't figure out how to change the language to English or turn the volume down. The board keeps talking to us in Mandarin (well, we think its Mandarin).

[ Helpful ] | Comment | Report abuse

See all reviews ›

## What other items do customers buy after viewing this item?

Page 1 of 2











Hover-1 Titan Electric Self-Balancing Hoverboard Scooter
★★★★½ 659
$249.99

Hover-1 Helix Electric Hoverboard Scooter
★★★★½ 144
$179.99 - $395.98

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel…
★★★★½ 1,426
$109.99 - $139.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard…
★★★★½ 124
**#1 Best Seller** in Self Balancing Scooters
$129.99 - $160.00

XPRIT 8.5" Wheel Hoverboard w/Bluetooth Speaker - All Terrain(UL2272…
★★★★☆ 270
$179.95 - $219.95



$249.99

$109.99 - $159.99





**#1 Best Seller** in Self Balancing Scooters

$129.99 - $160.00

$179.95 - $219.95

## Inspired by your browsing history

Page 1 of 13





Hover-1 Buggy Attachment for Transforming Hoverboard Scooter…
★★★★☆ 2,081
$59.99



EVAPLUS 42V 2A Power Adapter PowerFast 3-Prong Inline Connector for Pocket Mod Sports…
★★★★☆ 7,800
$15.99



GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two…
★★★★☆ 214
$9.86 - $13.86



HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel…
★★★☆☆ 102
$118.99



## Deals in magazine subscriptions

Page 1 of 13



Zoodinos
★★★★☆ 12
Print Magazine
$15.00



National Geographic Kids
★★★★☆ 5,914
Print Magazine
$15.00



Real Simple
★★★★☆ 6,407
Print Magazine
$10.00



Family Handyman
★★★★☆ 10,249
Print Magazine
$8.00

### Your Browsing History   View or edit your browsing history ›

Page 1 of 4

See personalized recommendations





**Sign in**

New customer? Start here.

**Back to top**

**Get to Know Us**
Careers

**Make Money with Us**
Sell products on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards

**Let Us Help You**
Amazon and COVID-19

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

   English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

---

  

# amazon

☰ | Hello, Sign in
Account & Lists ▾ | Returns & Orders | Try Prime ▾ | 🛒 0 Cart

Hello
Select your address | Best Sellers | Customer Service | New Releases | Today's Deals | AmazonBasics | Prime Day is October 13-14

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improver

amazon warehouse | Second chance doesn't mean second best

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

## Consider these available items



**TechClic 6.5" Hoverboard Electric Self Balancing Scooter LED Hoverboard Self...**
★★★★½ 55
$106.00 ✓prime



**ZJGH Self-Balancing Scooter Supports Bluetooth Music Suspension Automat...**
$488.99




Roll over image to zoom in

## YZX Self-Balancing Scooter 6.5-Inch Led Bluetooth Music Suspension Automatic Scooter All Terrain Climbing Out of Travel Tools

Brand: YZX

### Currently unavailable.
We don't know when or if this item will be back in stock.

- The whole car is shining brightly: Both sides are equipped with four-color changing lights, and the wheels are equipped with eight-color alternating lights. The cool and fun friends are stunned.
- Two-wheel motor: Equipped with 500W brushless dual motors, continuous strong power, speed up to 15Km / h, quiet and fast start, which can increase the mileage
- 6.5in rubber tire anti-slip: Natural rubber with special texture, better grip, non-slip, can bear 130KG pressure
- A gravity sensor is implanted to sense the change in body weight and formulate a protection scheme. Four-dimensional, flexible, balanced gravity up, down, left, and right
- After starting, start wit and balance escort, get on and off flexibly and smoothly to let you enjoy driving pleasure



**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Select delivery location

| Add to List |
| Add to Wedding Registry |

Share ✉   


PERSONALIZED FUNCTIONAL FITNESS NEEDS, DELIVERED TO YOUR DOOR.



down, left, and right

and off flexibly and smoothly to let you enjoy
driving pleasure

Roll over image to zoom in

    


GAINZBOX — PERSONALIZED FUNCTIONAL FITNESS NEEDS, DELIVERED TO YOUR DOOR.

## Products related to this item

Sponsored ⓘ

Page 1 of 14

    



| | | | | |
|---|---|---|---|---|
| Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers… | Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker… | UNI-SUN Chrome Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing… | EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terr… | UNI-SUN Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard … |
| ★★★★½ 994 | ★★★★½ 325 | ★★★★½ 606 | ★★★★☆ 189 | ★★★★☆ 61 |
| $299.00 ✓prime | $279.00 ✓prime | $114.99 | $458.42 ✓prime | $124.99 |

## Inspired by your recent shopping trends

Page 1 of 13

    

| | | | | |
|---|---|---|---|---|
| Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover… | DOC Latest Model Electric Hoverboard Dual Motors Two Wheels Smart self Balancing… | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard… | Swagboard Twist Lithium-Free Kids Hoverboard | EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terrain… |
| ★★★★☆ 1,206 | ★★★★☆ 142 | ★★★★½ 881 | ★★★★☆ 307 | ★★★★☆ 189 |
| $98.00 - $106.00 | $98.00 - $106.00 | #1 Best Seller in Self Balancing Scooters | 1 offer from $210.45 | $458.42 |
| | | $134.99 | | Only 15 left in stock (more |

## 4 stars and above

Sponsored ⓘ

Page 1 of 2

    

**4 stars and above**

Sponsored ⓘ

Page 1 of 2

    

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...
⭐⭐⭐⭐ 369
$229.00 ✓prime

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A...
⭐⭐⭐⭐ 142
$199.99 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue
⭐⭐⭐⭐ 659
$249.99 ✓prime

DEERC D10 Foldable Drone with Camera for Adults 720P HD FPV Live Video, Tap Flying,...
⭐⭐⭐⭐ 1,083
$49.99 ✓prime

kids/Adult Scooter with 3 Seconds Easy-Folding System, 220lb Folding Adjustable Sco...
⭐⭐⭐⭐ 374
$91.99 ✓prime

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

After starting, start wit and balance escort, get on and off flexibly and smoothly to let you enjoy driving pleasure

The whole car is shining brightly
Both sides are equipped with four-color changing lights, and the wheels are equipped with eight-color alternating lights. The cool and fun friends are stunned.

A gravity sensor is implanted to sense the change in body weight and formulate a protection scheme. Four-dimensional, flexible, balanced gravity up, down, left, and right

Two-wheel motor
Equipped with 500W brushless dual motors, continuous strong power, speed up to 15Km / h, quiet and fast start, which can increase the mileage

6.5in rubber tire anti-slip
Natural rubber with special texture, better grip, non-slip, can bear 130KG pressure

Climbing angle: about 25 "
Motor: about 500W*2
Body weight: about 9.5KG
Load range: about 130KG
Packing size: 640X250 × 240MM
Ground clearance of chassis: 30MM
Pedal height: 110MM
Battery type: lithium battery
Speed per hour: 10-15KM / H
Life time: 80 minutes
Endurance: 30km
Charging time: 1-2 hours
Voltage: 36 volts

Body weight: about 9.5KG
Load range: about 130KG
Packing size: 640×250×240mm
Ground clearance of chassis: 30MM
Pedal height: 110MM
Battery type: lithium battery
Speed per hour: 10-15KM / H
Life time: 80 minutes
Endurance: 30km
Charging time: 1-2 hours
Voltage: 36 volts
Capacity: 4.4 Ah
Tire size: 6.5 inches
Tire type: 6.5 inch solid tire
LED type
Two-color hub marquee; lighting; single-color taillight; two-color taillight; turn signal; power indicator

Products include:
Balance board * 1
Charger * 1
Instruction manual * 1
Protective gear * 6

## Product information

| Item Weight | 20.9 pounds |
| --- | --- |
| Manufacturer | ZZX |
| ASIN | B083DVR9BK |
| Best Sellers Rank | #1,485,966 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #693 in Self Balancing Scooters |

### Feedback

Would you like to **tell us about a lower price?** ˅

# Videos

Page 1 of 4

### Videos for related products






Top 10 Best Hoverboard & Self Balancing Scooters

Top 10 Zone

Top 10 Latest Hoverboard & Self Balancing Scooters

Top 10 Zone

Gyroor Warrior G2 Self Balancing Scooter Review

Top 10 Zone

The 10 Best Scooters

Ezvid Wiki

Upload your video

# Products related to this item

Page 1 of 4

Sponsored ⓘ

Document title: Amazon.com: YZX Self-Balancing Scooter 6.5-Inch Led Bluetooth Music Suspension Automatic Scooter All Terrain Climbing Out of Travel Tools: Home…
Capture URL: https://www.amazon.com/dp/B083DVR9BK
Capture timestamp (UTC): Thu, 01 Oct 2020 21:52:12 GMT

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 4











| Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue | Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ... | Jetson Z12 Extreme Terrain Hoverboard with LED Galaxy Light-Up Wheels, Bluetooth Sp... | Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A... | Swagtron Swagboard Twist 3 Self Balancing Hoverboard for Kids Multicolor LED Wheels... |
|---|---|---|---|---|
| ★★★★⯪ 659 | ★★★★⯪ 369 | ★★★★☆ 16 | ★★★★⯪ 142 | $109.99 ✓prime |
| $249.99 ✓prime | $229.00 ✓prime | $299.99 ✓prime | $199.99 ✓prime | |

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

**No customer reviews**

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

---

## Customers who viewed this item also viewed

Page 1 of 10

    

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All...
★★★★★ 2
$399.99
Only 7 left in stock (more...

Razor Hovertrax 1.5
★★★★☆ 111
$182.19 - $299.99

Hover-1 Helix Electric Hoverboard Scooter
★★★★½ 144
$179.99 - $395.98

Hover Hoverboard Electric Scooter
★★★★½ 820
$199.99 - $439.98

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
★★★★☆ 126
$179.99

---

## Inspired by your browsing history

Page 1 of 13

    

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter...
★★★★½ 2,081
$59.99

EVAPLUS 42V 2A Power Adapter PowerFast 3-Prong Inline Connector for Pocket Mod Sports...
★★★★☆ 7,800
$15.99

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two...
★★★★½ 214
$9.86 - $13.86

HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel...
★★★½☆ 102
$118.99

## Popular products inspired by this item

Page 1 of 4

    

## Popular products inspired by this item

Page 1 of 4








JNWEIYU Air Cushion Self-Balancing Scooter with Speaker LED Lights, Suitable for Children and Adults, Air Cushion…
$1,529.01

Qin Smart Self-Balancing Electric Transporter,Balance Scooter Smart Balance Car, Children's Adult…
$1,490.50

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All…
★★★★★ 2
$399.99

Magic hover Hoverboard Off Road All Terrain G-F1 Racing Self Balancing Hoverboard 8.5 for…
★★★☆ 20
1 offer from $1,088.00

### Your Browsing History    View or edit your browsing history  ›

Page 1 of 4

See personalized recommendations






**Sign in**

New customer? Start here.

---

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English

United States

**Back to top**

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



English

United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| **Sell on Amazon** | **Amazon Business** | **Amazon Fresh** | **AmazonGlobal** | **Home Services** | **Amazon Ignite** | **Amazon Rapids** |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| **Amazon Web Services** | **Audible** | **Book Depository** | **Box Office Mojo** | **ComiXology** | **DPReview** | **East Dane** |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| **Fabric** | **Goodreads** | **IMDb** | **IMDbPro** | **Kindle Direct Publishing** | **Prime Now** | **Amazon Photos** |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** | **Shopbop** | **Amazon Warehouse** | **Whole Foods Market** | **Woot!** | **Zappos** | **Ring** |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| **eero WiFi** | **Neighbors App** | **Amazon Subscription Boxes** | **PillPack** | **Amazon Renewed** | **Amazon Second Chance** | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



≡ **amazon**  Hello, Sign in Account & Lists · Returns & Orders · Try Prime · 0 Cart

Hello
**Select your address**

Best Sellers | Customer Service | New Releases | Today's Deals | AmazonBasics | Whole Foods | Gift Cards · **Prime Day is October 13-14**

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

🎥 VIDEO

### TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5" Wheel Electric Scooter for Kids and Adults

Visit the TOMOLOO Store

★★★★½  980 ratings

List Price: ~~$259.00~~
Price: **$199.99** & **FREE Shipping**. Details
& **FREE Returns**
You Save: **$59.01 (23%)**

Get $50 off instantly: Pay $149.99 upon approval for the Amazon Rewards Visa Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Black**

 $199.99    $199.99

- ※Get Free Hoverboard Bag---Just contact seller when you received the hoverboard.
- √UL2272 Certified & Approved by CPSC --- Guaranteed quality and safety.
- √Unique Tires—The updated tires have 4 different lights which can switch randomly.
- √Colorful Lights--- 5 different LED lights switching according to the music played via Bluetooth.
- √The Most Advanced Mainboard Program--- Ensures stability of users' riding experience.

New (2) from $199.99 + FREE Shipping

**$199.99**
& **FREE Shipping**. Details
& **FREE Returns**

Arrives: **Sunday, Oct 11** Details
Fastest delivery: **Thursday, Oct 8** Details

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   Amazon
Sold by   TOMOLOO-US

**prime**
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

⊙ Select delivery location

Add to List

---

New (2) from
$199.99 + FREE Shipping →

Share ✉ f 🐦 𝕡

Have one to sell?
Sell on Amazon

### Frequently bought together



Total price: **$275.97**

Add all three to Cart

Add all three to List

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5... $199.99
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $59.99
☑ TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover Electric Skate... $15.99

### Inspired by your recent shopping trends

Page 1 of 10

          

---

**Inspired by your recent shopping trends**








CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self...
⭐ 355
$134.99

YHR 6.5 Inch Hoverboard with Bluetooth W/Speaker, LED Wheels and LED Lights for...
⭐ 21
$134.99
Only 17 left in stock - orde...

TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover Board for Kids, Self...
⭐ 15
3 offers from $178.59

UNI-SUN Hoverboard for Kids, 6.5" Self Balancing Hoverboard with Bluetooth and LED...
⭐ 13
$124.99

CXMScooter Hoverboard 6.5 inch Self-Balance Scooter w/Bluetooth Speaker UL2272...
⭐ 18
1 offer from $299.99

Gyroor 6.5 Inch Swift with Flashed Wheel Smart Self Balancing Scooter with Music...
⭐ 68
$167.00

**Products related to this item**

Sponsored ⓘ








TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover ...
⭐ 1,890
$199.99 ✓prime

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ...
⭐ 299
$199.99 ✓prime

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...
⭐ 996
$299.00 ✓prime

TOMOLOO 6.5" Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adul...
⭐ 12
$229.99 ✓prime

TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter-UL2272 Certificated wi...
⭐ 12
$229.99 ✓prime

TOMOLOO Hoverboard UL2272 Certified 6.5" All Terrain Wheels App Controlled Electric...
⭐ 15
$239.00 ✓prime

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $149.99 instead of $199.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



THE UNIQUE
**COLORFUL**

---

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5&quot; Wheel Electric Scooter...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Self-Balancing-Certified/dp/B078H1YQPG/ref=sr_1_1?...
Capture timestamp (UTC): Sat, 03 Oct 2020 01:14:59 GMT
Page 2 of 11



Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5&quot; Wheel Electric Scooter…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Self-Balancing-Certified/dp/B078H1YQPG/ref=sr_1_1?…
Capture timestamp (UTC): Sat, 03 Oct 2020 01:14:59 GMT



**TOMOLOO Fire Kylin Q2-C--- The Unique Hover Board in Amazon**

**Product Specification**

Net Weight: 17.64lbs

Load: 44-165lbs

Max Speed:12km/h

Max Climbing Angle: 15°

Minimum Turning Radius: 10°

Battery Voltage :25.2 V

Battery Capacity :4Ah

Wheel Size: 6.5 inches

Bluetooth Range：Up to 33ft

Bluetooth Speaker: V4.2 with stereo sound quality

---

## Product details

Color:Black

**Date First Available :** September 10, 2020

**Manufacturer :** TOMOLOO

**ASIN :** B08HS5VVR4

**Best Sellers Rank:** #19,406 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #31 in Self Balancing Scooters

**Customer Reviews:**
⭐⭐⭐⭐⯪ ⌄        980 ratings

## Videos                                                                 Page 1 of 4

### Videos for this product

   

---

# Videos

### Videos for this product



1:33

**Best Chrismas Gift**

Lison ET



0:41

**Customer Review:** Long battery Life and VERY Safe!

karen ruj



0:17

**Customer Review:** Excellent Product....kids love this

Babu Raj



**Customer Review:** Hover

DM

Upload your video

---

## Products related to this item

Sponsored ⓘ

Page 1 of 14








TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover ...
★★★★½ 1,890
$199.99 ✓prime

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ...
★★★★½ 299
$199.99 ✓prime

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ...
★★★★½ 219
$199.99 ✓prime

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...
★★★★½ 996
$299.00 ✓prime

SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-...
★★★★½ 2,343
$139.99

TOMOLOO Wide Wheels Hoverboard with Wireless Bluetooth Speaker and Blue LED...
$229.99 ✓prime

---

# Customer questions & answers

🔍 Have a question? Search for answers



▲
0 votes
▼

**Question:** I cannot find where to contact seller to get my hoverboard bag... Please forward me a contact link

**Answer:** http://www.tomoloo.com/index.php?m=content&c=index&a=lists&catid=27&page=2
By e143slime8 on January 25, 2020

▲
0 votes
▼

**Question:** Why is the status indicator light blinking red ?

**Answer:** The book indicates if it is blinking red do not use it. Reference to owners manual. My grandson just opened his on Christmas and no red light.
By Donna L. Nott on December 26, 2018

⌄ See more answers (1)

▲
0 votes
▼

**Question:** We purchased K1-2 hoverboard in 2019 but have misplaced the charger. How can we purchase another one?

**Answer:** Amazon search Tomoloo charger. 100-240v~50/60hz
By Kevin U on May 13, 2020

▲
0 votes
▼

**Question:** I am trying to locate the carrying bag formy device... It should have been in the box... Correct?

**Answer:** I too, am trying to find out how to receive the carrying bag promised (I left a review). Other than here, I can find no way to contact anyone on how to receive this.
By e143slime8 on December 16, 2019

⌄ See more answers (4)

See more answered questions (132)

---



**Question:** [...]

**Answer:** I too, am trying to find out how to receive the carrying bag promised (I left a review). Other than here, I can find no way to contact anyone on how to receive this.

By e143slime8 on December 16, 2019

˅ See more answers (4)

See more answered questions (132)

## Customer reviews

★★★★½ 4.4 out of 5

980 global ratings



| | |
|---|---|
| 5 star | 76% |
| 4 star | 9% |
| 3 star | 3% |
| 2 star | 3% |
| 1 star | 9% |

˅ How are ratings calculated?

### By feature



| Giftable | ★★★★★ 4.8 |
|---|---|
| For beginners | ★★★★★ 4.7 |
| Bluetooth connectivity | ★★★★½ 4.6 |

˅ See more

### Review this product

Share your thoughts with other customers

Write a customer review

## Customer images



See all customer images

## Read reviews that mention



Top reviews

### Top reviews from the United States

**Karen M**

★★★★★ **Don't get the wheels wet!**

Reviewed in the United States on September 6, 2018

Color: Black | Verified Purchase

Now that we have had this product a few weeks I feel I can give a honest review. The good- self balancing is awesome. It's easy to ride. The music sounds really good even from 100 ft away from my cell phone. It's very sturdy and durable. The lights are a pretty fun touch. Speed is fast. It charges in less than 3 hrs.
The Bad- the amazon description said it holds up to 220lbs the box it comes in says 165lbs. It scratch very easy. It says it's water resistant but anytime water gets on the wheels it stops working. We've had to reset it 2 times and calibrate the self balancing just because there was a trace of water on the side walk. It gets pretty annoying! Other then that it's been great!



99 people found this helpful

Helpful | Comment | Report abuse

**karen ruj**

★★★★★ **Long battery Life and VERY Safe!**

Reviewed in the United States on December 26, 2018

Color: Black | Verified Purchase



My son loves the hover board. He says that it's easy to get on and to use. The Bluetooth is very loud and easy to connect. The battery charges quicksand lasts for several hours. According to him.... it's perfect and much better than other [...]

★★★★★ Long battery Life and VERY Safe!

Color: Black | Verified Purchase



My son loves the hover board. He says that it's easy to get on and to use. The Bluetooth is very loud and easy to connect. The battery charges quicksands lasts for several hours. According to him.... it's perfect and much better than other hover boards that we considered before purchasing this one.

142 people found this helpful

Helpful | Comment | Report abuse

 V Allen

★★★★★ Best hover board I could find... doesn't disappoint!

Reviewed in the United States on September 1, 2018

Color: Black | Verified Purchase

My daughter (9) LOVES her new hover board! It is much easier to "drive" than other hover boards she has tried. Was able to balance and center her gravity easily within the first few minutes of trying it out. It moves in any direction with ease. The directions were very clear and easy to understand. It only took a couple hours to initially charge the hover board and then it was ready to go! I easily paired it with my daughter's iPhone so she could play music through the hoverboard's speakers. The sound is better than I would have expected for a hoverboard, and it is all controlled from her iPhone. The lights on the hover board are very bright, which I love since people should be able to easily see her coming. The only thing I'm not crazy about is how heavy the hover board is, only because my 9 year old can't carry it very easily to a friend's house. But the weight is probably a good thing for security, balance, and safety. I did a lot of research before purchasing a hover board and this was the best one I could find without spending $300+. It was well worth the money! My daughter loves it!



43 people found this helpful

Helpful | Comment | Report abuse

 L&M S

★★★★★ Our 11-year daughter ABSOLUTELY LOVES this!!

Reviewed in the United States on August 16, 2018

Color: Black | Verified Purchase



Our 11-year old loves this hoverboard so much! She was able to learn how to ride it fairly quickly. The next day, she had her [hand-me-down] iPhone connected to it via bluetooth. She was playing Pandora music through the hoverboard speakers and was dancing around on the driveway with it. After almost 2 months of a lot of use, it's still going strong. It seems to be made of good quality material and strong construction, because she's riding it all over outside, even at the park, and it still looks great.

36 people found this helpful

Helpful | Comment | Report abuse

 Amazon Customer

outside, even at the park, and it still looks

36 people found this helpful

Helpful | Comment | Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ **My 10-year-old loves it!**
Reviewed in the United States on August 5, 2018
Color: Black | Verified Purchase

We have only had this for two days, so I can speak to longevity or anything like that, however I can say it is a solid toy so far. This was the only thing my son wanted for his birthday and I really hoped it wouldn't be a bust. He has been riding it around so much that one of his ankles is killing him from the new exercise. It is quiet and I have no fears that it is going to scratch or scuff my wood laminate floors in anyway.

Update, it was having trouble balancing after about a month and a half, but their customer service came though for me! It's a little slow, because they in China and will be replying in the middle of the night (but so are we for them). After being unable to permanently fix the problem, they have sent me a shipping label to return the original and will send me a new one for him. Glad they are so great to work with!

26 people found this helpful

Helpful | Comment | Report abuse

 Ness

⭐⭐⭐⭐⭐ **Buy with confidence**
Reviewed in the United States on October 14, 2019
Color: Black | Verified Purchase



My 7 year old son loves this thing. We've had it almost a year now and he rides it regularly. Great quality.

87 people found this helpful

Helpful | Comment | Report abuse

 L. Wilson

⭐⭐⭐⭐⭐ **Grandson's LOVE This Hoverboard**
Reviewed in the United States on August 22, 2018
Color: Black | Verified Purchase

I bought this for my grandson's 8th birthday and couldn't be more pleased. It arrived promptly, nicely packaged and charged up in just under 3 hours. My grandson mastered it in record time and he and his 9 year-old brother have played with it non-stop as long as there is daylight :) Great product, heavy duty and built to last. Highly recommend this hoverboard. Note: Read and follow the manufacturer's safety instructions to ensure your child's wellbeing.

24 people found this helpful

Helpful | Comment | Report abuse

⭐ Jeff Petersen

⭐⭐⭐⭐⭐ **Quality feel and pretty damn good sound actually!**
Reviewed in the United States on February 7, 2018
Color: Black | Verified Purchase

Both my two year old and 4 year old love it! First day the four year old little lady was up and cruising the dining room with no incidents! Working on getting the two year old cruising.

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5&quot; Wheel Electric Scooter…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Self-Balancing-Certified/dp/B078H1YQPG/ref=sr_1_1?…
Capture timestamp (UTC): Sat, 03 Oct 2020 01:14:59 GMT

Jeff Petersen

★★★★★ **Quality feel and pretty damn good sound actually!**
Reviewed in the United States on February 7, 2018
Color: Black | Verified Purchase

Both my two year old and 4 year old love it! First day the four year old little lady was up and cruising the dining room with no incidents! Working on getting the two year old cruising.

35 people found this helpful

Helpful | Comment | Report abuse

See all reviews ›

## 4 stars and above

Sponsored ⓘ                                                                Page 1 of 6

     

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ...
★★★★☆ 299
$199.99 prime

TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover ...
★★★★☆ 1,890
$199.99 prime

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ...
★★★★☆ 219
$199.99 prime

Gyroor Hoverboard Off Road All Terrain Warrior Hoverboards with 8.5 inch Tires, sel...
★★★★☆ 227
$299.00 prime

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...
★★★★☆ 374
$229.00 prime

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...
★★★★☆ 1,210
$106.00 prime

Pages with related products. See and discover other items: Best led scooters for kids, voyager air wheel hoverboard, Explore hoverboards for kids

## Inspired by your browsing history
                                                                Page 1 of 10

    

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter...
★★★★☆ 2,091
$59.99

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two...
★★★★☆ 215
$9.86 - $13.86

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★☆ 2,343
$149.99

KKA Hoverboard Accessories, Hoverboard Seat Attachment Fits Self Balancing Scooter...
★★★★☆ 405
$64.99

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel...
★★★★☆ 1,432
$114.99 - $139.99

### Newer and similar items
                                                                Page 1 of 5

TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-

TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with

Gyroor Swift Hoverboard Self Balancing Hoverboard with Music

TOMOLOO Hoverboard with Bluetooth Speaker and LED Light, UL2272




OFF ROAD

[< ]  [ > ]

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...**
★★★★☆ 1,890
$199.99 - $399.99

**TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover Board for Kids, Self...**
★★★★☆ 47
$199.99 - $299.99

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and...**
★★★★☆ 374
$229.00

**Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights,...**
★★★★☆ 269
$167.00 - $299.88

**TOMOLOO Hoverboard with Bluetooth Speaker and LED Light, UL2272 Certified 6.5" Two...**
★★★★☆ 37
$259.99



**Your Browsing History**   View or edit your browsing history   ›

Page 1 of 3

See personalized recommendations

[ Sign in ]

New customer? Start here.

     

[< ]  [ > ]

---

**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**amazon**

[ 🌐 English ]   [ 🇺🇸 United States ]

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |

---

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5&quot; Wheel Electric Scooter...

Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Self-Balancing-Certified/dp/B078H1YQPG/ref=sr_1_1?...

Capture timestamp (UTC): Sat, 03 Oct 2020 01:14:59 GMT

Wheel Self-Balancing...
Board for Kids, Self...
Bluetooth Speaker and...
Speaker LED Lights,...
Certified 6.5" Two...

$199.99 - $399.99
$199.99 - $299.99
$229.00
$167.00 - $298.88
$259.99

---

**Your Browsing History**   View or edit your browsing history   ›

Page 1 of 3

See personalized recommendations

**Sign in**

New customer? Start here.







---

**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates