**SCHEDULE A**

**EBAY**

| No. | MERCHANT NAME | MERCHANT URL |
|-----|---------------|--------------|
| 1. | motopartssuperstore | https://www.ebay.com/usr/motopartssuperstore?_trksid=p2047675.l2559 |
| 2. | tbbinc | https://www.ebay.com/usr/tbbinc?_trksid=p2047675.l2559 |
| 3. | techclic | https://www.ebay.com/usr/techclic?_trksid=p2047675.l2559 |
| 4. | gra2es2ocia2c | https://www.ebay.com/usr/gra2es2ocia2c?_trksid=p2047675.l2559 |
| 5. | nhtusa | https://www.ebay.com/usr/nhtusa?_trksid=p2047675.l2559 |
| 6. | *super_stuff* | https://www.ebay.com/usr/*super_stuff*?_trksid=p2047675.l2559 |
| 7. | pixartcustoms | https://www.ebay.com/usr/pixartcustoms?_trksid=p2047675.l2559 |
| 8. | julislatter1 | https://www.ebay.com/usr/julislatter1?_trksid=p2047675.l2559 |
| 9. | hypermicrosystems | https://www.ebay.com/usr/hypermicrosystems?_trksid=p2047675.l2559 |
| 10. | mikikor | https://www.ebay.com/usr/mikikor?_trksid=p2047675.l2559 |
| 11. | capitolcash4you | https://www.ebay.com/usr/capitolcash4you?_trksid=p2047675.l2559 |
| 12. | big-bag.retailshop or ab_convenient | https://www.ebay.com/usr/ab_convenient |
| 13. | jcs_computer_store | https://www.ebay.com/usr/jcs_computer_store?_trksid=p2047675.l2559 |
| 14. | delmarvapicker | https://www.ebay.com/usr/delmarvapicker?_trksid=p2047675.l2559 |
| 15. | lasvegaslasers | https://www.ebay.com/usr/lasvegaslasers?_trksid=p2047675.l2559 |
| 16. | jacol-5928 | https://www.ebay.com/usr/jacol-5928?_trksid=p2047675.l2559 |
| 17. | claimthis | https://www.ebay.com/usr/claimthis?_trksid=p2047675.l2559 |
| 18. | geeks | https://www.ebay.com/usr/geeks?_trksid=p2047675.l2559 |

**AMAZON**

| No. | MERCHANT NAME | ASIN | MERCHANT URL |
|-----|---------------|------|--------------|
| 19. | BESTDEALEVER | B07N4CNZC1 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AMMOV770SERCK&sshmPath= |

| 20. | XPRITINC | B07DLLKS7T; B07HLC5V2T; B07DLK73BZ; B07DLKY3CD; B084KZ32TP; B084KWH521; B084KVDL5K; B07DLJP8GB; | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1EZRL31KYDY&sshmPath= |
|---|---|---|---|
| 21. | CXMScooter | B08B3CDSJ8; B08G87H165; B08B3LBGFH; B08B38H3QG; B07TWZZY9C | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A9SL8XSYVWJ7J&sshmPath= |
| 22. | Babyee | B08CS7VD1F; B08CS6WQR8 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3K7FR6477GWTF&sshmPath= |
| 23. | ξ YIZmo0 | B088D4VWNL; B088DWLCB7 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1DL87JE43IO5Y&sshmPath= |
| 24. | BESHGB | B083DVR9BK | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3RQYGH645JE3L&sshmPath= |
| 25. | TOMOLOO-US | B08HS5VVR4 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2FO3ELK9A4COF&sshmPath= |
| 26. | Gyroshoes | B07SJLP7JB; B07WPK7KY3; B07SKNY527; B07SJLNJ33 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2ARNHQ8SVCIBQ&sshmPath= |
| 27. | Runchenyun | B07PKSK93G; B08HW9TTBG; B07PLP2YBW | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AW9IVF0R92969&sshmPath= |

| 28. | DGI PRoo | B07YBMKCQHB<br>07YBM82LQ<br>B081THX2PS<br>B081ZCS1H7<br>B081ZD5VF2<br>B07YBMWN1N<br>B07YBMB5QP<br>B07YBMMRBN<br>B081ZKYY1Y<br>B07V7GVBY1<br>B07V9WTYX6<br>B07V9YPZGS<br>B07V9YKLRS<br>B083LJ8Z74<br>B07YLCW2GZ<br>B07Z5JMYQF<br>B07YLDFKDB<br>B0824C5GXV | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2SNA5SXLTMOV5&sshmPath= |
| --- | --- | --- | --- |
| 29. | LKDOG | B083GC78YX<br>B083GCG535<br>B083GC525S<br>B083GC9H1D<br>B083GBPZXJ<br>B083GBM3NC<br>B0821SX2DJ<br>B085135Z3X<br>B083FBVJ4R<br>B083FC13ZP<br>B083FC2777<br>B083FBWD9J<br>B08D7342MW<br>B08D72VXQS<br>B08D7464LD<br>B08D72421J<br>B07W99Q2B7<br>B083GBFJXS | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A19LK36GJGMRGE&sshmPath= |

| 30. | HYPER GOGO BOARD | B08B848LT6<br>B0874L8GQM<br>B08747B9CP<br>B0874DYCHT<br>B08B848LT6<br>B07KXPGNX4<br>B08GXCR771<br>B07KXPTCKJ<br>B08GWZTK3Q<br>B08FHZLMKW<br>B08GWTKHCN | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3UKS7YAUJE6ZV&sshmPath= |
| 31. | LONGTIME USA | B081S4HZLV<br>B081S89WBS | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2LG9LXP9O306F&sshmPath= |
| 32. | TPS Power Sports | B07R3CGFKX<br>B07QZ4DGQQ<br>B07R186DC3 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3AXIKOL1MQLP1&sshmPath= |
| 33. | TECH CLIC | B08JNBRJWS<br>B07SRDB2N7 | https://www.amazon.com/gp/help/seller/at-a-glance.html?ref=dp_merchant_link?ie=UTF8&seller=A3N4GIYH43H23J&isAmazonFulfilled=1 |
| 34. | Better Choice Online | B0822ZMP42 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0822ZMP42&isAmazonFulfilled=0&ref_=olp_merch_name_2&seller=A1BVYXEL822RF0 |
| 35. | Zdeals | B0822ZMP42 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0822ZMP42&isAmazonFulfilled=0&ref_=olp_merch_name_4&seller=A111I7FGCUO8HR |
| 36. | EMC's Shop | B0822ZMP42 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0822ZMP42&isAmazonFulfilled=0&ref_=olp_merch_name_5&seller=A364VBBXXKBL0R |
| 37. | AUTOCOLOR ECOM | B0822ZMP42 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0822ZMP42&isAmazonFulfilled=0&ref_=olp_merch_name_6&seller=A1C35GPFDRO5TT |
| 38. | Dapper Gorilla | B0822ZMP42 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0822ZMP42&isAmazonFulfilled=0&ref_=olp_merch_name_7&seller=A119W6LLM79PKW |

4

| 39. | Insano Deals | B0822ZMP42 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0822ZMP42&isAmazonFulfilled=1&ref_=olp_merch_name_6&seller=A3E8EXL3NTMFKK |
|---|---|---|---|
| 40. | Mark's Best MarkDowns | B07KKXYMC8 | https://www.amazon.com/sp?_encoding=UTF8&asin=B07KKXYMC8&isAmazonFulfilled=0&ref_=olp_merch_name_1&seller=ATHN9UXLIB422 |
| 41. | ⓣoys◎nline | B07W5XGG55 | https://www.amazon.com/gp/aag/main/ref=olp_merch_name_2?ie=UTF8&asin=B07W5XGG55&isAmazonFulfilled=0&seller=A270GIASSJQ68C |
| 42. | WangQingYu | B08K3GKV4N | https://www.amazon.com/sp?_encoding=UTF8&asin=B08K3GKV4N&isAmazonFulfilled=0&ref_=olp_merch_name_1&seller=A2KEKYRU06HOCL |
| 43. | EVEHUT FAST SHIPPING | B07P7YDH74 | https://www.amazon.com/sp?_encoding=UTF8&asin=B07P7YDH74&isAmazonFulfilled=0&ref_=olp_merch_name_1&seller=A3SCA3083T1MI8 |
| 44. | TLH Commerce | B07P7YDH74 | https://www.amazon.com/sp?_encoding=UTF8&asin=B07P7YDH74&isAmazonFulfilled=0&ref_=olp_merch_name_2&seller=A1ADTPCVDEUHEK |
| 45. | Double D Ent | B07P7YDH74 | https://www.amazon.com/sp?_encoding=UTF8&asin=B07P7YDH74&isAmazonFulfilled=0&ref_=olp_merch_name_4&seller=A74AWMSMXSI96 |
| 46. | Online Nation | B07P7YDH74 | https://www.amazon.com/sp?_encoding=UTF8&asin=B07P7YDH74&isAmazonFulfilled=0&ref_=olp_merch_name_5&seller=A3825J31QI65PO |
| 47. | SUPERSERVICE ALWAYS | B07P7YDH74 | https://www.amazon.com/sp?_encoding=UTF8&asin=B07P7YDH74&isAmazonFulfilled=0&ref_=olp_merch_name_6&seller=A1NJMH3N65GHG1 |
| 48. | XTSP | B08JFT7228 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A14N9EUKT54BIK |
| 49. | THE E-COM STORE | B07NPYWW6K | https://www.amazon.com/sp?_encoding=UTF8&asin=B07NPYWW6K&isAmazonFulfilled=0&ref_=olp_merch_name_3&seller=A2ZWS25YG0P5DE |

| 50. | GCM Wholesale INC. (we record serial number) | B07NPYWW6K | https://www.amazon.com/sp?_encoding=UTF8&asin=B07NPYWW6K&isAmazonFulfilled=0&ref_=olp_merch_name_2&seller=A3TFW9R3OCAGUI |
| 51. | Thousands of Electronics | B0756JKGF9 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0756JKGF9&isAmazonFulfilled=0&ref_=olp_merch_name_1&seller=A1X9CPK511E62K |
| 52. | ShopJoeCo | B0756JKGF9 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0756JKGF9&isAmazonFulfilled=0&ref_=olp_merch_name_4&seller=A119CGF5JC6UQH |
| 53. | UxpressOne | B0756JKGF9 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0756JKGF9&isAmazonFulfilled=0&ref_=olp_merch_name_5&seller=A1MRD2EQVKXJP4 |
| 54. | shamoluotuo | B08B8W9B4C | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A10KEO42F1HYQ0&sshmPath= |
| 55. | Hyper Microsystems | B079P6F9P6 | https://www.amazon.com/gp/aag/main/ref=olp_merch_name_1?ie=UTF8&asin=B079P6F9P6&isAmazonFulfilled=0&seller=A3OJ302P7SZUMM |

## WALMART

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 56. | DropAir/RJS Enterprises | https://www.walmart.com/reviews/seller/101013790?offerId=5E771937515F4CD1BDE06C8DC2697F69 |
| 57. | Kizito global solutions LLC | https://www.walmart.com/reviews/seller/101017046?offerId=D616EAC51BBE4FC399FF60E540B92915 |
| 58. | D.G.I | https://www.walmart.com/ip/Flash-Wheel-Certified-Hoverboard-6-5-Bluetooth-Speaker-with-LED-Light-Self-Balancing-Wheel-Electric-Scooter-Chrome-Pink/375490504?variantFieldId=actual_color |
| 59. | Sinosource Inc. | https://www.walmart.com/reviews/seller/101031425?offerId=4DF07237F4204435AC578A6334B81F7C |
| 60. | UnbeatableSale | https://www.walmart.com/reviews/seller/1148?offerId=E21B6709F33C426C9A6DE4079BA3982D |