# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD and UNICORN GLOBAL, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 20-cv-5905 |
| v. | ) **JURY TRIAL DEMANDED** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff Hangzhou Chic Intelligent Technology Co., Ltd. ("Plaintiff") states as follows:

1. Plaintiff is a limited company organized under the laws of China.

2. Plaintiff has no parent corporation and has no publicly held affiliates.

3. No publicly held company owns 10% or more of its stock.

Date: October 2, 2020

Respectfully Submitted,

LOEB & LOEB LLP

By:   /s/ *Adam Kelly*
      Adam Kelly
      Doug Masters
      Arthur Yuan
      321 North Clark Street, Suite 2300
      Chicago, Illinois 60654
      Tel.: 312-464-3100
      Fax: 312-464-3111
      Email: akelly@loeb.com

Email: dmasters@loeb.com
Email: ayuan@loeb.com

Christopher Binns (*pro hac vice* admission pending)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Fax: (212) 407-4990
Email: cbinns@loeb.com

*Attorneys for Plaintiffs*