# EXHIBIT 1
# FILED UNDER SEAL

  Translated to: English ▼   Show original    Options ▼   ☒



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**    **other**

Home  /  List of cases

| Prosecution time | Case number | Law firm | Brand |
|---|---|---|---|
| 2020/9/28 | 20-cv-5767 | Keith | Romero Britto |
| 2020/9/28 | 20-cv-5762 | GBC | MCM |
| 2020/9/28 | 20-cv-5741 | HSP5 | Emoji |
| 2020/9/25 | 20-cv-5719 | BAKER McKENZIE | Dyson |
| 2020/9/25 | 20-cv-5707 | HSP | Emoji |
| 2020/9/25 | 20-cv-5699 | HSP | Emoji |
| 2020/9/24 | 20-cv-5 | Keith | Slap Chop Chopper |

List of cases    Brand Library



Case representation

Law Firm Information

Trademark registration

common problem    other

| 2020/9/22 | 20-cv-5 623 | HSP | Emoji |
| 2020/9/22 | 20-cv-5 622 | Keith | Hula Hoop |
| 2020/9/22 | 20-cv-5 610 | Keith4 | JIMMY THE BULL |
| 2020/9/21 | 20-cv-6 1916 | SMG | The Beatles |
| 2020/9/21 | 20-cv-6 1915 | SMG | Goyard |
| 2020/9/21 | 20-cv-5 590 | GBC | Kendra Scott |
| 2020/9/21 | 20-cv-5 589 | AM Sullivan Law, LLC | (Unknown, AMS did not announce the brand name of the company) |
| 2020/9/21 | 20-cv-5 581 | GBC | Harley Davidson |
| 2020/9/18 | 20-cv-5 540 | GBC | National Professional Sports League NBA/MLB/NHL/NFL |
| 2020/9/17 | 20-cv-5 517 | Keith | Pink Floyd |
| 2020/9/17 | 20-cv-5 | GBC | Kenzo Takada Kenzo |

List of cases     Brand Library



Case representation

Law Firm Information

Trademark registration

common problem     other

| 2020/9/15 | 20-cv-5 454 | GBC | Converse |
| 2020/9/14 | 20-cv-5 446 | GBC | Costa Del Mar glasses |
| 2020/9/14 | 20-cv-5 444 | GBC | Monster Energy |
| 2020/9/11 | 20-cv-5 417 | GBC | Dior |
| 2020/9/11 | 20-cv-5 414 | GBC | Monster Energy |
| 2020/9/11 | 20-cv-5 390 | GBC | Nike |
| 2020/9/11 | 20-cv-5 378 | Keener & Associates, P.C. | Mister Twister Bait |
| 2020/9/11 | 20-cv-5 377 | HSP | Emoji |
| 2020/9/11 | 20-cv-5 376 | | Mister Twister Bait |
| 2020/7/13 | 20-cv-6 1404 | SMG | Audemars Piguet Audermars Piguet |
| 2020/9/10 | 20-cv-5 | GBC | Ray Ban & Oakley RayBan & Oakley |



| 2020/9/8 | 20-cv-5 278 | GBC | 纪范希 Givenchy |
|---|---|---|---|
| 2020/9/4 | 20-cv-5 256 | Keener & Associates, P.C. | （未知，Keener没有公布品牌方公司名） |
| 2020/9/4 | 20-cv-5 251 | AM Sullivan Law, LLC | （未知，AMS没有公布品牌方公司名） |
| 2020/9/4 | 20-cv-5 244 | GBC | 耐克 Nike |
| 2020/9/4 | 20-cv-5 241 | GBC | UGG |
| 2020/9/3 | 20-cv-5 223 | GBC | Twins Special拳击手套 |
| 2020/9/3 | 20-cv-5 216 | HSP | Emoji 表情 |
| 2020/9/2 | 20-cv-5 183 | GBC | 丽莉普利策 Lilly Pulitzer |
| 2020/9/2 | 20-cv-5 182 | Keener & A4ssociates, P.C. | Happy Bee |
| 2020/9/1 | 20-cv-5 152 | GBC | 耐克 Nike |
| 2020/8/31 | 20-cv-5 | Keener & Associates, | （未知，Keener没有公布品牌方公司名） |



List of cases     Brand Library

**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem     other**

| | | | |
|---|---|---|---|
| 2020/8/27 | 058 | AM Sullivan Law, LLC | 爱因斯坦 Einstein |
| 2020/8/27 | 20-cv-5049 | GBC | 欧克利 Oakley |
| 2020/8/27 | 20-cv-5047 | Keith | 蒙奇奇 Monchhichi |
| 2020/8/27 | 20-cv-5039 | SAPER LAW OFFICES, LLC | 雪花片 Brain Flakes |
| 2020/8/26 | 20-cv-5015 | HSP | 爱心熊 Care Bears |
| 2020/8/25 | 20-cv-5009 | Keener & Associates, P.C. | （未知，Keener没有公布品牌方公司名） |
| 2020/8/25 | 20-cv-5003 | Keener & Associates, P.C. | Magic Twisty魔术毛毛虫 |
| 2020/8/25 | 20-cv-4988 | HSP | 爱心熊 Care Bears |
| 2020/8/24 | 20-cv-61724 | SMG | 芬迪 Fendi |
| 2020/8/24 | 20-cv-1253 | FERENCE & ASSOCIATES LLC | FrogLog |
| 2020/8/24 | 20-cv-4 | GBC | 克罗心 Chrome Hearts |



**List of cases**  **Brand Library**

**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**  **other**

| 2020/8/21 | 911 | HSP | Emoji 表情 |
| 2020/8/20 | 20-cv-6 1681 | SMG | 路易威登 Louis Vuitton |
| 2020/7/20 | 20-cv-6 97 | Grant,Konvalinka&Harrison,P.C | 狗轮椅 Dog Wheelchair |
| 2020/8/20 | 20-cv-4 874 | HSP | Emoji 表情 （9/18初步禁令） |
| 2020/8/19 | 20-cv-4 859 | GBC | 小猪佩奇 Peppa Pig |
| 2020/8/19 | 20-cv-4 854 | HSP | 埃德·哈迪 ED HARDY |
| 2020/8/18 | 20-cv-4 828 | HSP | 瓦伦蒂诺·罗西 Valentino Rossi |
| 2020/8/17 | 20-cv-4 813 | Keener & Associates, P.C. | 手指蜜蜂 Bright Bugz |
| 2020/8/17 | 20-cv-4 804 | HSP | 瓦伦蒂诺·罗西 Valentino Rossi （9/16初步禁令） |
| 2020/8/17 | 20-cv-4 803 | GBC | 耐克 Nike |
| 2020/8/14 | 20-cv-6 | EPS | 感应仙子 Flutterbye Fairy |



**List of cases**     **Brand Library**

**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**     **other**

| 2020/8/14 | 775 | GBC | 蓝精灵 The Smurfs |
| 2020/8/14 | 20-cv-4 773 | HSP | 瓦伦蒂诺·罗西 Valentino Rossi |
| 2020/8/13 | 20-cv-6 1646 | SMG | 香奈儿 Chanel |
| 2020/8/13 | 20-cv-4 746 | HSP | 瓦伦蒂诺·罗西 Valentino Rossi （9/16初步禁令） |
| 2020/8/12 | 20-cv-4 736 | GBC | Supreme |
| 2020/8/12 | 20-cv-4 720 | HSP | Emoji 表情 （9/14初步禁令） |
| 2020/8/11 | 20-cv-4 707 | Keith | 布里托 阿斯蒙迪 Romero Britto |
| 2020/8/11 | 20-cv-4 701 | HSP | Emoji 表情 |
| 2020/8/10 | 20-cv-4 694 | GBC | Supreme |
| 2020/8/10 | 20-cv-4 686 | Keith | 连眉女人 Frida Kahlo （9/18初步禁令） |
| 2020/8/10 | 20-cv-4 | HSP | （未知，HSP没有公布品牌方公司名） |



List of cases     **Brand Library**

**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**     **other**

| 2020/8/5 | 580 | HSP | （未知，HSP沒有公布品牌方公司名） |
| 2020/8/4 | 20-cv-4 559 | NIXON PEABODY LLP | 百适乐 BESTWAY |
| 2020/8/4 | 20-cv-4 556 | HSP | 精灵独角兽 Anne Stokes （8/17案件关闭） |
| 2020/8/3 | 20-cv-4 518 | HSP | 精灵独角兽 Anne Stokes |
| 2020/7/31 | 20-cv-4 487 | GBC | 宝格丽 Bulgari |
| 2020/7/31 | 20-cv-4 486 | GBC | 汤美费格 Tommy Hilfiger |
| 2020/7/30 | 20-cv-4 464 | HSP | 斯坦李 Stan Lee |
| 2020/7/29 | 20-cv-6 112 | EPS | 黄金鹅 Golden Goose |
| 2020/7/29 | 20-cv-6 108 | EPS | Palace潮牌 |
| 2020/7/29 | 20-cv-6 103 | EPS | Palace潮牌 |
| 2020/7/29 | 20-cv-4 | Keith | PETS ROCK |



**List of cases**    **Brand Library**

**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**    **other**

| 2020/7/28 | 396 | HSP | 斯坦李 Stan Lee（9/14初步禁令） |
|---|---|---|---|
| 2020/7/27 | 20-cv-4 380 | GBC | 李维斯 Levis |
| 2020/7/27 | 20-cv-4 377 | HSP | 斯坦李 Stan Lee |
| 2020/7/27 | 20-cv-4 371 | GBC | Warhammer 战锤（已缺席） |
| 2020/7/27 | 20-cv-4 370 | GBC | 露露柠檬 Lululemon（已缺席） |
| 2020/7/24 | 20-cv-4 350 | HSP | 斯坦李 Stan Lee |
| 2020/7/23 | 20-cv-4 335 | AM Sullivan Law, LLC | 忍者神龟 TMNT（9/3PI初步禁令）（9/18缺席 motion）（9/23已缺席） |
| 2020/7/23 | 20-cv-4 320 | GBC | UGG |
| 2020/7/23 | 20-cv-4 317 | HSP | （未知，HSP没有公布品牌方公司名） |
| 2020/7/22 | 20-cv-4 302 | AM Sullivan Law, LLC | 惊喜娃娃 L.O.L. SURPRISE!（9/4PI初步禁令）（9/24已缺席） |
| 2020/7/22 | 20-cv-4 | Keith | 米菲兔 MIFFY |



List of cases     Brand Library

Case representation

Law Firm Information

Trademark registration

common problem    other

| | | | |
|---|---|---|---|
| 2020/7/17 | 217 | HSP | Volbeat乐队 |
| 2020/2/26 | 18-cv-604 | CREEDON PLLC | 雪花片 Brain Flakes （已缺席） |
| 2020/7/16 | 20-cv-4202 | Keith | 飞盘 Frisbee |
| 2020/7/16 | 20-cv-4201 | Keith | 飞盘 Frisbee |
| 2020/7/16 | 20-cv-4196 | Keith | 飞盘 Frisbee （已缺席） |
| 2020/7/16 | 20-cv-4194 | Keith | 飞盘 Frisbee |
| 2020/7/16 | 20-cv-4191 | HSP | Volbeat乐队 |
| 2020/7/15 | 20-cv-4171 | GBC | 欧克利 Oakley |
| 2020/7/15 | 20-cv-4166 | GBC | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef |
| 2020/7/15 | 20-cv-4162 | GBC | 雷朋&欧克利 RayBan&Oakley （已缺席） |
| 2020/7/15 | 20-cv-4 | GBC | 耐克 Nike |



**List of cases**   **Brand Library**

**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**   **other**

| 2020/7/10 | 077 | AM Sullivan Law, LLC | 惊喜娃娃 L.O.L. SURPRISE! （已缺席） |
| 2020/7/8 | [20-cv-61367](#) | SMG | [卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef](#) （已缺席） |
| 2020/7/7 | 20-cv-5196 | EPS | [OFF-WHITE](#) |
| 2020/7/7 | 20-cv-5194 | EPS | [OFF-WHITE](#) |
| 2020/7/7 | 20-cv-5191 | EPS | [OFF-WHITE](#) |
| 2020/7/7 | [20-cv-3952](#) | Keith | [驼峰户外 CAMELBAK](#) （缺席motion） |
| 2020/7/7 | [20-cv-3951](#) | GBC | [小猪佩奇 Peppa Pig](#) （已缺席） |
| 2020/7/7 | [20-cv-3947](#) | Keith | [驼峰户外 CAMELBAK](#) （已缺席） |
| 2020/7/6 | [20-cv-5150](#) | MESTECHKIN LAW GROUP P.C | [3 Bees & Me](#) |
| 2020/7/6 | [20-cv-3935](#) | GBC | [迪奥 DIOR](#) （已缺席） |
| 2020/7/6 | [20-cv-3](#) | GBC | [耐克 Nike](#) （已缺席） |



Case representation

Law Firm Information

Trademark registration

common problem    other

| 2020/6/30 | 1296 | SMG | 博柏利 Burberry （9/21缺席motion) |
| 2020/6/30 | 20-cv-6 1283 | SMG | 劳力士 Rolex （9/18缺席motion) |
| 2020/6/30 | 20-cv-6 1281 | SMG | 香奈儿 Chanel （已缺席) |
| 2020/6/30 | 20-cv-3 838 | GBC | 哈雷 Harley Davidson |
| 2020/6/30 | 20-cv-3 837 | Keith | Razorbacks （已缺席) |
| 2020/6/30 | 20-cv-3 829 | HSP | Emoji 表情 |
| 2020/6/29 | 20-cv-2 720 | THE SLADKUS LAW GROUP | 多米尼克·威尔金斯 DOMINIQUE WILKINS （已缺席) |
| 2020/6/29 | 20-cv-3 799 | GBC | 丽莉普利策 Lilly Pulitzer （已缺席) |
| 2020/6/29 | 20-cv-3 798 | Keith | 敢死队 The Expendables |
| 2020/6/29 | 20-cv-3 789 | HSP | 巴博斯 Brabus |
| 2020/6/26 | 20-cv-3 | BAKER McKENZIE | 雨果博斯 HUGO BOSS |



Case representation

Law Firm Information

Trademark registration

common problem      other

| 2020/6/25 | [733](#) | GBC | 耐克 Nike （已缺席） |
| 2020/6/25 | [20-cv-3 726](#) | Keith | [Motorhead 摩托头乐队](#) （已缺席） |
| 2020/6/25 | [20-cv-3 725](#) | Keith | [平克弗洛伊德乐队 Pink Floyd](#) （已缺席） |
| 2020/6/25 | [20-cv-3 720](#) | HSP | [巴博斯 Brabus](#) |
| 2020/6/24 | [20-cv-3 714](#) | GBC | [鬼爪 Monster Energy](#) |
| 2020/6/24 | [20-cv-3 712](#) | GBC | [汤美费格 Tommy Hilfiger](#) （已缺席） |
| 2020/6/24 | [20-cv-3 708](#) | GBC | [耐克 Nike](#) （已缺席） |
| 2020/6/24 | [20-cv-3 699](#) | GBC | [欧克利 Oakley](#) （已缺席） |
| 2020/6/24 | [20-cv-3 688](#) | GBC | [哈雷 Harley Davidson](#) |
| 2020/6/24 | [20-cv-3 685](#) | HSP | [爱心熊 Care Bears](#) |
| 2020/6/23 | [20-cv-3](#) | Keith | SUSHEZI 寿司模具 （已缺席） |



**List of cases**      **Brand Library**

**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**      **other**

| 2020/6/18 | 558 | HSP | 发心熊 Care Bears （7730条件大闭） |
| 2020/6/17 | 20-cv-4 683 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-4 682 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-4 681 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-4 680 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-4 679 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-3 548 | GBC | 高田贤三 Kenzo |
| 2020/6/17 | 20-cv-3 547 | GBC | 欧克利 Oakley （已缺席） |
| 2020/6/17 | 20-cv-3 542 | GBC | 欧克利 Oakley （已缺席） |
| 2020/6/17 | 20-cv-3 531 | HSP | 卡娜赫拉 Kanahei |
| 2020/6/15 | 20-cv-3 | Barney & Karamanis, L | Pro-Wax100 融蜡机 （本案被撤销） |



List of cases    Brand Library

Case representation

Law Firm Information

Trademark registration

common problem    other

| 2020/6/15 | 478 | GBC | Supreme （已缺席） |
| 2020/6/15 | 20-cv-3 472 | HSP | 卡娜赫拉 Kanahei |
| 2020/6/12 | 20-cv-2 498 | THE SLADKUS LAW G ROUP | 盟可睐 Moncler |
| 2020/6/11 | 20-cv-6 1146 | SMG | 阿迪达斯 Adidas （已缺席） |
| 2020/6/11 | 20-cv-3 416 | HSP | 卡娜赫拉 Kanahei |
| 2020/6/9 | 20-cv-3 391 | David Gulbransen | （未知，David没有公布品牌方公司名） |
| 2020/6/9 | 20-cv-3 382 | GBC | 雷朋&欧克利 RayBan&Oakley （已缺席） |
| 2020/6/8 | 20-cv-3 363 | GBC | 鬼爪 Monster Energy （已缺席） |
| 2020/6/5 | 20-cv-3 343 | GBC | 赫宝 Hexbug （已缺席） |
| 2020/6/4 | 20-cv-3 298 | GBC | 丽莉普利策 Lilly Pulitzer （已缺席） |
| 2020/6/3 | 20-cv-3 | GBC | 丽莉普利策 Lilly Pulitzer （已缺席） |

List of cases      Brand Library



Case representation

Law Firm Information

Trademark registration

common problem      other

| 2020/6/2 | 239 | GBC | UGG （已缺席） |
| 2020/6/1 | 20-cv-3 236 | GBC | 闪迪 Sandisk （已缺席） |
| 2020/6/1 | 20-cv-3 220 | GBC | Costa Del Mar 眼镜 （已缺席） |
| 2020/6/1 | 20-cv-3 217 | GBC | 小猪佩奇 Peppa Pig （已缺席） |
| 2020/6/1 | 20-cv-3 215 | GBC | TrxTraining 阻力带 |
| 2020/5/29 | 20-cv-3 178 | Keith | 投篮手型矫正器 SHOTLOC （8/24缺席motion） |
| 2020/5/28 | 20-cv-3 151 | GBC | 哈雷 Harley Davidson （已缺席） |
| 2020/5/27 | 20-cv-3 131 | GBC | 大众系列 Volkswagen （6/1 TRO）（已缺席） |
| 2020/5/27 | 20-cv-3 128 | GBC | 大众系列 Volkswagen （已缺席） |
| 2020/5/26 | 20-cv-3 104 | GBC | 泰格豪雅 Tag Heuer （已缺席） |
| 2020/5/21 | 20-cv-3 | GBC | 欧克利 Oakley （已缺席） |



| | | | |
|---|---|---|---|
| 2020/5/21 | 018 | GBC | 赛琳 Celine （已缺席） |
| 2020/5/20 | 20-cv-2997 | Keith | Blackberry Smoke乐队 （5/21 TRO） （已缺席） |
| 2020/5/20 | 20-cv-2983 | GBC | Snap Circuits （已缺席） |
| 2020/5/15 | 20-cv-2095 | The Sladkus Law Group | 哈灵顿 Harrington （7/23closed） |
| 2020/5/19 | 20-cv-60982 | SMG | 甲壳虫乐队 The Beatles （已缺席） |
| 2020/5/19 | 20-cv-2970 | GBC | 欧克利 Oakley （5/22 TRO） |
| 2020/5/19 | 20-cv-2962 | GBC | 欧克利 Oakley |
| 2020/5/19 | 20-cv-2955 | GBC | 欧克利 Oakley （已缺席） |
| 2020/5/18 | 20-cv-2934 | GBC | Costa Del Mar 眼镜 （已缺席） |
| 2020/5/18 | 20-cv-2931 | GBC | UGG （已缺席） |
| 2020/5/18 | 20-cv-2 | GBC | UGG |



List of cases    Brand Library

Case representation

Law Firm Information

Trademark registration

common problem    other

| 2020/5/7 | 765 | GBC | Gold's Gym （已缺席） |
| 2020/5/6 | 20-cv-2 752 | GBC | 哈雷 Harley Davidson （已缺席） |
| 2020/5/5 | 20-cv-2 724 | GBC | 高田贤三 Kenzo （已缺席） |
| 2020/4/30 | 20-cv-2 640 | GBC | 折叠吸管 FinalStraw （已缺席） |
| 2020/4/30 | 20-cv-2 630 | GBC | 施华洛世奇 Swarovski （5/11 TRO） （已缺席） |
| 2020/4/30 | 20-cv-2 626 | GBC | 耐克 Nike （已缺席） |
| 2020/4/29 | 20-cv-2 619 | GBC | 耐克 Nike （已缺席） |
| 2020/4/29 | 20-cv-2 618 | GBC | 耐克 Nike （已缺席） |
| 2020/4/29 | 20-cv-2 617 | GBC | 耐克 Nike （已缺席） |
| 2020/4/29 | 20-cv-2 615 | GBC | 耐克 Nike （Paypal） （已缺席） |
| 2020/4/29 | 20-cv-2 | GBC | 耐克 Nike （已缺席） |



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem    other**

| 2020/4/27 | 556 | GBC | 欧克利 Oakley |
| 2020/4/27 | 20-cv-2 554 | GBC | 芝宝 Zippo （已缺席） |
| 2020/4/27 | 20-cv-2 552 | GBC | 贝玲妃 Benefit （已缺席） |
| 2020/4/27 | 20-cv-2 551 | GBC | 马克雅可布 Marc Jacobs （已缺席） |
| 2020/4/24 | 20-cv-2 522 | GBC | 巴塔哥尼亚 Patagonia （已缺席 ） |
| 2020/4/23 | 20-cv-2 501 | GBC | MCM （已缺席） |
| 2020/4/22 | 20-cv-2 476 | GBC | 博士 BOSE （已缺席） |
| 2020/4/22 | 20-cv-2 462 | GBC | 雷朋&欧克利 RayBan&Oakley （已缺席） |
| 2020/4/22 | 20-cv-2 455 | Keener & Associates, P.C. | Happy Bee （已撤案） |
| 2020/4/21 | 20-cv-2 444 | GBC | Supreme （已缺席） |
| 2020/4/21 | 20-cv-2 | GBC | 汤美费格 Tommy Hilfiger （已缺席） |



List of cases    Brand Library

Case representation

Law Firm Information

Trademark registration

common problem    other

| 2020/4/20 | 421 | GBC | 迪奥 DIOR （已缺席） |
| 2020/4/17 | 20-cv-2 394 | GBC | 欧克利 Oakley （已缺席） |
| 2020/4/16 | 20-cv-2 363 | GBC | PopSockets 手机支架 （已缺席） |
| 2020/4/15 | 20-cv-2 336 | GBC | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （已缺席） |
| 2020/4/14 | 20-cv-2 309 | GBC | 卡地亚 Cartier （已缺席） |
| 2020/4/13 | 20-cv-2 302 | GBC | 加拿大鹅 Canada Goose （已缺席） |
| 2020/4/13 | 20-cv-2 297 | GBC | 雷朋&欧克利 RayBan&Oakley （已缺席） |
| 2020/4/13 | 20-cv-6 0751 | SMG | 高雅德 Goyard （已缺席） |
| 2020/4/8 | 20-cv-2 211 | GBC | 哈雷 Harley Davidson （已缺席） |
| 2020/4/7 | 20-cv-2 187 | GBC | 丽莉普利策 Lilly Pulitzer （已缺席） |
| 2020/4/7 | 20-cv-2 | GBC | 哈雷 Harley Davidson （已缺席） |



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem        other**

| 2020/3/26 | 0637 | SMG | n Cleef （已缺席） |
| 2020/3/26 | 20-cv-6 0634 | SMG | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （3/26closed） |
| 2020/3/26 | 20-cv-6 0631 | SMG | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （3/26Closed） |
| 2020/3/26 | 20-cv-6 0626 | SMG | 惠而浦 Whirlpool （已缺席） |
| 2020/3/24 | 20-cv-6 0618 | SMG | 范思哲 Versace |
| 2020/3/19 | 20-cv-1 885 | GBC | 美国职业体育联盟 NBA/MLB/NHL/NFL （已缺席） |
| 2020/3/18 | 20-cv-6 0587 | SMG | 甲壳虫乐队 The Beatles |
| 2020/3/18 | 20-cv-1 846 | GBC | 尿布扣 Snappi （已缺席） |
| 2020/3/18 | 20-cv-1 865 | GBC | 蒙面睡衣侠 PJ Masks （已缺席） |
| 2020/3/16 | 20-cv-6 0573 | SMG | 博柏利 Burberry |
| 2020/3/16 | 20-cv-6 | SMG | 香奈儿 Chanel （已缺席） |

List of cases    Brand Library



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**    **other**

| 2020-3-11 | 724 | GBC | Supreme （已缺席） |
| 2020-3-10 | 20-cv-60519 | SMG | 香奈儿 Chanel （已缺席） |
| 2020-3-10 | 20-cv-1710 | GBC | 小猪佩奇 Peppa Pig （已缺席） |
| 2020-3-9 | 20-cv-1690 | BAKER McKENZIE | 施华洛世奇 Swarovski （已缺席） |
| 2020-3-9 | 20-cv-1676 | GBC | 施华洛世奇 Swarovski （已缺席） |
| 2020-3-9 | 20-cv-1673 | GBC | 施华洛世奇 Swarovski （已缺席） |
| 2020-3-9 | 20-cv-1666 | HSP | 精灵独角兽 Anne Stokes （5/18closed） |
| 2020-3-6 | 20-cv-60491 | SMG | 北面户外 The North Face （已缺席） |
| 2020-3-6 | 20-cv-1622 | GBC | POLO 衣服 包 （已缺席） |
| 2020-3-4 | 20-cv-1590 | AM Sullivan Law, LLC | 铁娘子 Iron Maiden |
| 2020-3-4 | 20-cv-1 | AM Sullivan Law, LLC | 齐柏林飞艇乐队 Led Zeppelin （已缺席） |



**List of cases**      **Brand Library**

**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem      other**

| 2020-3-2 | [543](#) | Keith | 驼峰户外 CAMELBAK （已缺席） |
| 2020-3-2 | [20-cv-1 542](#) | Keith | 驼峰户外 CAMELBAK （已缺席） |
| 2020-3-2 | 20-cv-1 544 | Keith | 驼峰户外 CAMELBAK （已缺席） |
| 2020-3-2 | 20-cv-1 511 | GBC | 老鹰乐队 EAGLES （已缺席） |
| 2020-2-2 8 | [20-cv-1 494](#) | Keith | SIR PERKY 开瓶器 （已缺席） |
| 2020-2-2 8 | 20-cv-1 488 | Keith | MR.BANANA 酒瓶塞 （已缺席） |
| 2020-2-2 8 | [20-cv-1 483](#) | Keith | WALLET NINJA 万能工具卡牌 |
| 2020-2-2 8 | 20-cv-1 468 | Keith | KEY NINJIA 多功能钥匙收纳环 （已缺席） |
| 2020-2-2 8 | 20-cv-1 463 | GBC | 日默瓦 RIMOWA （已缺席） |
| 2020-2-2 7 | 20-cv-1 733 | EPS | 鲨鱼宝宝 Baby Shark / 碰碰狐 PINKFONG |
| 2020-2-2 | 20-cv-1 | EPS | OFF-WHITE |

List of cases      Brand Library



Case representation

Law Firm Information

Trademark registration

common problem      other

| 6 | 386 | Keith | 与怀高尔夫 POTTY PUTTER |
| 2020-2-2 6 | 20-cv-2 84 | Ference | NEGG 剥蛋器 （已缺席） |
| 2020-2-2 5 | 20-cv-1 361 | GBC | TrxTraining 阻力带 （已缺席） |
| 2020-2-2 5 | 20-cv-1 360 | David Gulbransen | 60秒沙拉碗 60 SECOND SALAD （已缺席） |
| 2020-2-2 5 | 20-cv-1 348 | GBC | 雷朋&欧克利 RayBan & Oakley （已缺席） |
| 2020-2-2 5 | 20-cv-1 338 | GBC | 雷朋&欧克利 RayBan & Oakley （已缺席） |
| 2020-2-2 4 | 20-cv-6 0397 | SMG | 古驰 Gucci （已缺席） |
| 2020-2-2 4 | 20-cv-1 342 | GBC | 汤美费格 Tommy Hilfiger |
| 2020-2-2 4 | 20-cv-1 324 | HSP | 斯坦李 Stan Lee （已缺席） |
| 2020-2-1 8 | 20-cv-1 186 | GBC | 宝格丽 Bulgari （已缺席） |
| 2020-2-1 | 20-cv-1 | GBC | 宝格丽 Bulgari （已缺席） |



Case representation

Law Firm Information

Trademark registration

common problem    other

| 2020-2-1 3 | 058 | GBC | 寇爪 Monster Energy （已缺席） |
| 2020-2-1 2 | 20-cv-6 0299 | SMG | 蒂芙尼 Tiffany （已缺席） |
| 2020-2-1 2 | 20-cv-1 036 | Keith | Angle-izer 测量尺 |
| 2020-2-1 2 | 20-cv-1 028 | BAKER McKENZIE | 大卫·雅曼 David Yurman （已缺席） |
| 2020-2-11 | 20-cv-9 93 | GBC | 博柏利 Burberry （已缺席） |
| 2020-2-7 | 20-cv-5 64 | THE SLADKUS LAW | 盟可睐 Moncler （已缺席） |
| 2020-2-1 0 | 20-cv-9 46 | GBC | 大众系列 Volkswagen （已缺席） |
| 2020-2-7 | 20-cv-9 01 | GBC | 欧克利 Oakley |
| 2020-2-6 | 20-cv-8 79 | GBC | Kendra Scott （已缺席） |
| 2020-2-5 | 20-cv-8 45 | GBC | 魅可 MAC （已缺席） |
| 2020-2-4 | 20-cv-8 | GBC | 露露柠檬 Lululemon （已缺席） |



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem    other**

| 2020-2-3 | 88 | GBC | 与兄雅可布 Marc Jacobs （已缺席） |
| 2020-2-3 | 20-cv-7 80 | GBC | Nectar 电子烟硅胶烟管 （已缺席） |
| 2020-2-3 | 20-cv-7 76 | GBC | 巴塔哥尼亚 Patagonia （已缺席） |
| 2020-2-3 | 20-cv-7 69 | GBC | 耐克 Nike （已缺席） |
| 2020-2-3 | 20-cv-7 68 | GBC | 耐克 Nike （已缺席） |
| 2020-1-3 1 | 20-cv-7 36 | GBC | 哈雷 Harley Davidson （已缺席） |
| 2020-1-3 1 | 20-cv-7 33 | AM Sullivan Law, LLC | 鲁比克 RUBIK'S Cube |
| 2020-1-3 1 | 20-cv-7 27 | Keith | Angle-izer 测量尺 |
| 2020-1-3 1 | 20-cv-7 28 | GBC | 小猪佩奇 Peppa Pig （已缺席） |
| 2020-1-3 1 | 20-cv-7 15 | GBC | 耐克 Nike （已缺席） |
| 2020-1-3 | 20-cv-7 | GBC | 耐克 Nike （已缺席） |

List of cases    Brand Library



Case representation

Law Firm Information

Trademark registration

common problem    other

| 0 | 88 | GBC | 耐克 Nike （已缺席） |
| 2020-1-2 9 | 20-cv-6 49 | GBC | Calvin Klein （已缺席） |
| 2020-1-2 8 | 20-cv-6 28 | GBC | 汪汪队立大功 Paw Patrol （已缺席） |
| 2020-1-2 7 | 20-cv-6 0167 | SMG | Abercrombie & Fitch （已缺席） |
| 2020-1-2 3 | 20-cv-5 35 | GBC | 汤美费格 Tommy Hilfiger （已缺席） |
| 2020-1-2 3 | 20-cv-5 34 | GBC | 施华洛世奇 Swarovski （已缺席） |
| 2020-1-2 3 | 20-cv-5 32 | GBC | Supreme （已缺席） |
| 2020-1-2 3 | 20-cv-5 30 | GBC | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （已缺席） |
| 2020-1-2 3 | 20-cv-5 26 | GBC | UGG （已缺席） |
| 2020-1-2 3 | 20-cv-5 24 | GBC | Gold's Gym （已缺席） |
| 2020-1-1 | 20-cv-3 | GBC | 欧克利 Oakley |



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem      other**

| | | GBC | Nectar 电子烟症胶烟管 （已缺席） |
|---|---|---|---|
| 2020-1-15 | 20-cv-60086 | SMG | 迈克高仕 Michael Kors （已缺席） |
| 2020-1-15 | 20-cv-60085 | SMG | 阿迪达斯 Adidas （已缺席） |
| 2020-1-15 | 20-cv-304 | Keith | POWER FLOSS dental scaler (absent) |
| 2020-1-14 | 20-cv-277 | GBC | Oakley (absent) |
| 2020-1-14 | 20-cv-268 | GBC | Harley Davidson (absent) |
| 2019-10-22 | 19-cv-62622 | SMG | RayBan & Oakley |
| 2020-1-13 | 20-cv-221 | FORD BANISTER IP | Chenyan Sun |
| 2020-1-13 | 20-cv-220 | FORD BANISTER IP | Chenyan Sun |
| 2020-1-10 | 20-cv-189 | GBC | Levis (absent) |
| 2020-1-1 | 20-cv-1 | DLA PIPER LLP Qubu | D'Addario (absent) |



List of cases     **Brand Library**



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**     **other**

Type and press Enter...

SellerDefense WeChat Official Account



U.S. law firm case settlement agent



**List of cases**     **Brand Library**



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**     **other**

## 律所代理品牌

GBC代理品牌大全

Keith代理品牌大全

EPS代理品牌大全

David代理品牌大全

## 实用链接

跨境卖家如何降低侵权被诉风险

速卖通知识产权专区

敦煌网知识产权专区

Ebay VERO

如何检索一个美国商标

如何检索一个中国商标

诉讼和解的基本知识

## 近期文章

List of cases     Brand Library



Case representation

Law Firm Information

Trademark registration

common problem     other

Desislava发表在《侵权预警！新产品已被GBC购买，建议赶紧下架！》

admin发表在《匿名案突然冻结！果然是国内水上用品Bestway，小心专利！》

Sameh Talhamy published in " Anonymous Case Suddenly Frozen! Sure enough, it is the Bestway domestic water product, be careful of the patent! 》

admin published in " GBC fishing product graphic summary (21st issue ) "

---

**Article archive**

October 2020

September 2020

August 2020

July 2020

June 2020

May 2020

April 2020

March 2020

February 2020

January 2020

December 2019

List of cases      Brand Library



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**      **other**

March 2019

February 2019

January 2019

December 2018

November 2018

October 2018

September 2018

August 2018

July 2018

June 2018

May 2018

April 2018

March 2018

February 2018

January 2018

December 2017

November 2017

October 2017

September 2017

List of cases    Brand Library



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**    **other**

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SMG

SpencePC

Uncategorized

Other law firms

SellerDefense.cn 2017-2018

Shanghai ICP No. 13015943-1

List of cases     **Brand Library**



**Case representation**

**Law Firm Information**

**Trademark registration**

**common problem**     **other**