# EXHIBIT 2
# FILED UNDER SEAL



案件列表 品牌库 案件代理

律所资料 商标注册 常见问题

其他

# 案件列表

首页 / 案件列表

| 起诉时间 | 案件号 | 律所 | 品牌 |
|---|---|---|---|
| 2020/9/28 | 20-cv-5767 | Keith | 布里托 阿斯蒙迪 Romero Britto |
| 2020/9/28 | 20-cv-5762 | GBC | MCM |
| 2020/9/28 | 20-cv-5741 | HSP5 | Emoji 表情 |
| 2020/9/25 | 20-cv-5719 | BAKER McKENZIE | 戴森 Dyson |
| 2020/9/25 | 20-cv-5707 | HSP | Emoji 表情 |
| 2020/9/25 | 20-cv-5699 | HSP | Emoji 表情 |
| 2020/9/24 | 20-cv-5685 | Keith | Slap Chop碎菜器 |
| 2020/9/24 | 20-cv-5670 | HSP | Emoji 表情 |



| | | | |
|---|---|---|---|
| 2020/9/22 | 20-cv-5623 | HSP | Emoji 表情 |
| 2020/9/22 | 20-cv-5622 | Keith | 呼啦圈 Hula Hoop |
| 2020/9/22 | 20-cv-5610 | Keith4 | 牛头梗 JIMMY THE BULL |
| 2020/9/21 | 20-cv-61916 | SMG | 甲壳虫乐队 The Beatles |
| 2020/9/21 | 20-cv-61915 | SMG | 高雅德 Goyard |
| 2020/9/21 | 20-cv-5590 | GBC | Kendra Scott |
| 2020/9/21 | 20-cv-5589 | AM Sullivan Law, LLC | （未知，AMS没有公布品牌方公司名） |
| 2020/9/21 | 20-cv-5581 | GBC | 哈雷 Harley Davidson |
| 2020/9/18 | 20-cv-5540 | GBC | 美国职业体育联盟 NBA/MLB/NHL/NFL |
| 2020/9/17 | 20-cv-5517 | Keith | 平克弗洛伊德乐队 Pink Floyd |
| 2020/9/17 | 20-cv-5511 | GBC | 高田贤三 Kenzo |
| 2020/9/15 | 20-cv-3824 | THE SLADKUS LAW GROUP | 盟可睐 Moncler |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020/9/15 | 20-cv-5454 | GBC | 匡威 Converse |
|---|---|---|---|
| 2020/9/14 | 20-cv-5446 | GBC | Costa Del Mar 眼镜 |
| 2020/9/14 | 20-cv-5444 | GBC | 鬼爪 Monster Energy |
| 2020/9/11 | 20-cv-5417 | GBC | 迪奥 DIOR |
| 2020/9/11 | 20-cv-5414 | GBC | 鬼爪 Monster Energy |
| 2020/9/11 | 20-cv-5390 | GBC | 耐克 Nike |
| 2020/9/11 | 20-cv-5378 | Keener & Associates, P.C. | Mister Twister鱼饵 |
| 2020/9/11 | 20-cv-5377 | HSP | Emoji 表情 |
| 2020/9/11 | 20-cv-5376 | | Mister Twister鱼饵 |
| 2020/7/13 | 20-cv-61404 | SMG | 爱彼 Audermars Piguet |
| 2020/9/10 | 20-cv-5359 | GBC | 雷朋&欧克利 RayBan&Oakley |
| 2020/9/10 | 20-cv-5330 | HSP | Emoji 表情 |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020/9/8 | 20-cv-5278 | GBC | 纪梵希 Givenchy |
| 2020/9/4 | 20-cv-5256 | Keener & Associates, P.C. | （未知，Keener没有公布品牌方公司名） |
| 2020/9/4 | 20-cv-5251 | AM Sullivan Law, LLC | （未知，AMS没有公布品牌方公司名） |
| 2020/9/4 | 20-cv-5244 | GBC | 耐克 Nike |
| 2020/9/4 | 20-cv-5241 | GBC | UGG |
| 2020/9/3 | 20-cv-5223 | GBC | Twins Special拳击手套 |
| 2020/9/3 | 20-cv-5216 | HSP | Emoji 表情 |
| 2020/9/2 | 20-cv-5183 | GBC | 丽莉普利策 Lilly Pulitzer |
| 2020/9/2 | 20-cv-5182 | Keener & A4ssociates, P.C. | Happy Bee |
| 2020/9/1 | 20-cv-5152 | GBC | 耐克 Nike |
| 2020/8/31 | 20-cv-5117 | Keener & Associates, P.C | （未知，Keener没有公布品牌方公司名） |
| 2020/8/31 | 20-cv-5104 | HSP | Volbeat乐队 |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020/8/27 | 20-cv-5058 | AM Sullivan Law, LLC | 爱因斯坦 Einstein |
| 2020/8/27 | 20-cv-5049 | GBC | 欧克利 Oakley |
| 2020/8/27 | 20-cv-5047 | Keith | 蒙奇奇 Monchhichi |
| 2020/8/27 | 20-cv-5039 | SAPER LAW OFFICES, LLC | 雪花片 Brain Flakes |
| 2020/8/26 | 20-cv-5015 | HSP | 爱心熊 Care Bears |
| 2020/8/25 | 20-cv-5009 | Keener & Associates, P.C. | （未知，Keener没有公布品牌方公司名） |
| 2020/8/25 | 20-cv-5003 | Keener & Associates, P.C. | Magic Twisty魔术毛毛虫 |
| 2020/8/25 | 20-cv-4988 | HSP | 爱心熊 Care Bears |
| 2020/8/24 | 20-cv-61724 | SMG | 芬迪 Fendi |
| 2020/8/24 | 20-cv-1253 | FERENCE & ASSOCIATES LLC | FrogLog |
| 2020/8/24 | 20-cv-4956 | GBC | 克罗心 Chrome Hearts |
| 2020/8/24 | 20-cv-4951 | HSP | 卡娜赫拉 Kanahei |



| 2020/8/21 | 20-cv-4911 | HSP | Emoji 表情 |
| 2020/8/20 | 20-cv-61681 | SMG | 路易威登 Louis Vuitton |
| 2020/7/20 | 20-cv-697 | Grant,Konvalinka&Harrison,P.C | 狗轮椅 Dog Wheelchair |
| 2020/8/20 | 20-cv-4874 | HSP | Emoji 表情 （9/18初步禁令） |
| 2020/8/19 | 20-cv-4859 | GBC | 小猪佩奇 Peppa Pig |
| 2020/8/19 | 20-cv-4854 | HSP | 埃德·哈迪 ED HARDY |
| 2020/8/18 | 20-cv-4828 | HSP | 瓦伦蒂诺·罗西 Valentino Rossi |
| 2020/8/17 | 20-cv-4813 | Keener & Associates, P.C. | 手指蜜蜂 Bright Bugz |
| 2020/8/17 | 20-cv-4804 | HSP | 瓦伦蒂诺·罗西 Valentino Rossi （9/16初步禁令） |
| 2020/8/17 | 20-cv-4803 | GBC | 耐克 Nike |
| 2020/8/14 | 20-cv-6457 | EPS | 感应仙子 Flutterbye Fairy |
| 2020/8/14 | 20-cv-6456 | EPS | 感应仙子 Flutterbye Fairy |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020/8/14 | 20-cv-4775 | GBC | 蓝精灵 The Smurfs |
| 2020/8/14 | 20-cv-4773 | HSP | 瓦伦蒂诺·罗西 Valentino Rossi |
| 2020/8/13 | 20-cv-61646 | SMG | 香奈儿 Chanel |
| 2020/8/13 | 20-cv-4746 | HSP | 瓦伦蒂诺·罗西 Valentino Rossi （9/16初步禁令） |
| 2020/8/12 | 20-cv-4736 | GBC | Supreme |
| 2020/8/12 | 20-cv-4720 | HSP | Emoji 表情 （9/14初步禁令） |
| 2020/8/11 | 20-cv-4707 | Keith | 布里托 阿斯蒙迪 Romero Britto |
| 2020/8/11 | 20-cv-4701 | HSP | Emoji 表情 |
| 2020/8/10 | 20-cv-4694 | GBC | Supreme |
| 2020/8/10 | 20-cv-4686 | Keith | 连眉女人 Frida Kahlo （9/18初步禁令） |
| 2020/8/10 | 20-cv-4678 | HSP | （未知，HSP没有公布品牌方公司名） |
| 2020/8/7 | 20-cv-4645 | HSP | Emoji 表情 |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020/<br>8/5 | 20-cv-4<br>580 | HSP | （未知，HSP没有公布品牌方公司名） |
| 2020/<br>8/4 | 20-cv-4<br>559 | NIXON PEABODY LLP | 百适乐 BESTWAY |
| 2020/<br>8/4 | 20-cv-4<br>556 | HSP | 精灵独角兽 Anne Stokes （8/17案件关闭） |
| 2020/<br>8/3 | 20-cv-4<br>518 | HSP | 精灵独角兽 Anne Stokes |
| 2020/<br>7/31 | 20-cv-4<br>487 | GBC | 宝格丽 Bulgari |
| 2020/<br>7/31 | 20-cv-4<br>486 | GBC | 汤美费格 Tommy Hilfiger |
| 2020/<br>7/30 | 20-cv-4<br>464 | HSP | 斯坦李 Stan Lee |
| 2020/<br>7/29 | 20-cv-6<br>112 | EPS | 黄金鹅 Golden Goose |
| 2020/<br>7/29 | 20-cv-6<br>108 | EPS | Palace潮牌 |
| 2020/<br>7/29 | 20-cv-6<br>103 | EPS | Palace潮牌 |
| 2020/<br>7/29 | 20-cv-4<br>453 | Keith | PETS ROCK |
| 2020/<br>7/29 | 20-cv-4<br>433 | HSP | 斯坦李 Stan Lee |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020/7/28 | 20-cv-4396 | HSP | 斯坦李 Stan Lee （9/14初步禁令） |
| 2020/7/27 | 20-cv-4380 | GBC | 李维斯 Levis |
| 2020/7/27 | 20-cv-4377 | HSP | 斯坦李 Stan Lee |
| 2020/7/27 | 20-cv-4371 | GBC | Warhammer 战锤 （已缺席） |
| 2020/7/27 | 20-cv-4370 | GBC | 露露柠檬 Lululemon （已缺席） |
| 2020/7/24 | 20-cv-4350 | HSP | 斯坦李 Stan Lee |
| 2020/7/23 | 20-cv-4335 | AM Sullivan Law, LLC | 忍者神龟 TMNT （9/3PI初步禁令） （9/18缺席motion） （9/23已缺席） |
| 2020/7/23 | 20-cv-4320 | GBC | UGG |
| 2020/7/23 | 20-cv-4317 | HSP | （未知，HSP没有公布品牌方公司名） |
| 2020/7/22 | 20-cv-4302 | AM Sullivan Law, LLC | 惊喜娃娃 L.O.L. SURPRISE! （9/4PI初步禁令） （9/24已缺席） |
| 2020/7/22 | 20-cv-4293 | Keith | 米菲兔 MIFFY |
| 2020/7/20 | 20-cv-1084 | FERENCE & ASSOCIATES LLC | Bacon Bin 猪油罐 （7/6closed） |



案件列表    品牌库    案件代理

律所资料    商标注册    常见问题

其他

| | | | |
|---|---|---|---|
| 2020/7/17 | 20-cv-4217 | HSP | Volbeat乐队 |
| 2020/2/26 | 18-cv-604 | CREEDON PLLC | 雪花片 Brain Flakes （已缺席） |
| 2020/7/16 | 20-cv-4202 | Keith | 飞盘 Frisbee |
| 2020/7/16 | 20-cv-4201 | Keith | 飞盘 Frisbee |
| 2020/7/16 | 20-cv-4196 | Keith | 飞盘 Frisbee （已缺席） |
| 2020/7/16 | 20-cv-4194 | Keith | 飞盘 Frisbee |
| 2020/7/16 | 20-cv-4191 | HSP | Volbeat乐队 |
| 2020/7/15 | 20-cv-4171 | GBC | 欧克利 Oakley |
| 2020/7/15 | 20-cv-4166 | GBC | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef |
| 2020/7/15 | 20-cv-4162 | GBC | 雷朋&欧克利 RayBan&Oakley （已缺席） |
| 2020/7/15 | 20-cv-4158 | GBC | 耐克 Nike |
| 2020/7/15 | 20-cv-4157 | HSP | Volbeat乐队 |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020/7/10 | 20-cv-4077 | AM Sullivan Law, LLC | 惊喜娃娃 L.O.L. SURPRISE! （已缺席） |
| 2020/7/8 | 20-cv-61367 | SMG | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （已缺席） |
| 2020/7/7 | 20-cv-5196 | EPS | OFF-WHITE |
| 2020/7/7 | 20-cv-5194 | EPS | OFF-WHITE |
| 2020/7/7 | 20-cv-5191 | EPS | OFF-WHITE |
| 2020/7/7 | 20-cv-3952 | Keith | 驼峰户外 CAMELBAK （缺席motion） |
| 2020/7/7 | 20-cv-3951 | GBC | 小猪佩奇 Peppa Pig （已缺席） |
| 2020/7/7 | 20-cv-3947 | Keith | 驼峰户外 CAMELBAK （已缺席） |
| 2020/7/6 | 20-cv-5150 | MESTECHKIN LAW GROUP P.C | 3 Bees & Me |
| 2020/7/6 | 20-cv-3935 | GBC | 迪奥 DIOR （已缺席） |
| 2020/7/6 | 20-cv-3923 | GBC | 耐克 Nike （已缺席） |
| 2020/7/2 | 20-cv-3892 | HSP | Emoji 表情 |



案件列表　　　品牌库　　　案件代理

律所资料　　　商标注册　　　常见问题

其他

| | | | |
|---|---|---|---|
| 2020/6/30 | 20-cv-6 1296 | SMG | 博柏利 Burberry　（9/21缺席motion） |
| 2020/6/30 | 20-cv-6 1283 | SMG | 劳力士 Rolex　（9/18缺席motion） |
| 2020/6/30 | 20-cv-6 1281 | SMG | 香奈儿 Chanel　（已缺席） |
| 2020/6/30 | 20-cv-3 838 | GBC | 哈雷 Harley Davidson |
| 2020/6/30 | 20-cv-3 837 | Keith | Razorbacks　（已缺席） |
| 2020/6/30 | 20-cv-3 829 | HSP | Emoji 表情 |
| 2020/6/29 | 20-cv-2 720 | THE SLADKUS LAW GROUP | 多米尼克·威尔金斯 DOMINIQUE WILKINS　（已缺席） |
| 2020/6/29 | 20-cv-3 799 | GBC | 丽莉普利策 Lilly Pulitzer　（已缺席） |
| 2020/6/29 | 20-cv-3 798 | Keith | 敢死队 The Expendables |
| 2020/6/29 | 20-cv-3 789 | HSP | 巴博斯 Brabus |
| 2020/6/26 | 20-cv-3 784 | BAKER McKENZIE | 雨果博斯 HUGO BOSS |
| 2020/6/26 | 20-cv-3 775 | GBC | 折叠吸管 FinalStraw |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020/6/25 | 20-cv-3733 | GBC | 耐克 Nike （已缺席） |
| 2020/6/25 | 20-cv-3726 | Keith | Motorhead 摩托头乐队 （已缺席） |
| 2020/6/25 | 20-cv-3725 | Keith | 平克弗洛伊德乐队 Pink Floyd （已缺席） |
| 2020/6/25 | 20-cv-3720 | HSP | 巴博斯 Brabus |
| 2020/6/24 | 20-cv-3714 | GBC | 鬼爪 Monster Energy |
| 2020/6/24 | 20-cv-3712 | GBC | 汤美费格 Tommy Hilfiger （已缺席） |
| 2020/6/24 | 20-cv-3708 | GBC | 耐克 Nike （已缺席） |
| 2020/6/24 | 20-cv-3699 | GBC | 欧克利 Oakley （已缺席） |
| 2020/6/24 | 20-cv-3688 | GBC | 哈雷 Harley Davidson |
| 2020/6/24 | 20-cv-3685 | HSP | 爱心熊 Care Bears |
| 2020/6/23 | 20-cv-3661 | Keith | SUSHEZI 寿司模具 （已缺席） |
| 2020/6/22 | 20-cv-3631 | HSP | 爱心熊 Care Bears |



| 2020/6/18 | 20-cv-3558 | HSP | 爱心熊 Care Bears　（7/30案件关闭） |
|---|---|---|---|
| 2020/6/17 | 20-cv-4683 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-4682 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-4681 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-4680 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-4679 | EPS | HD Vision 眼镜 |
| 2020/6/17 | 20-cv-3548 | GBC | 高田贤三 Kenzo |
| 2020/6/17 | 20-cv-3547 | GBC | 欧克利 Oakley　（已缺席） |
| 2020/6/17 | 20-cv-3542 | GBC | 欧克利 Oakley　（已缺席） |
| 2020/6/17 | 20-cv-3531 | HSP | 卡娜赫拉 Kanahei |
| 2020/6/15 | 20-cv-3492 | Barney & Karamanis, LLP | Pro-Wax100 融蜡机　（本案被撤销） |
| 2020/6/15 | 20-cv-3491 | Barney & Karamanis, LLP | Pro-Wax100 融蜡机 |



案件列表　品牌库　案件代理

律所资料　商标注册　常见问题

其他

| 2020/6/15 | 20-cv-3478 | GBC | Supreme （已缺席） |
| 2020/6/15 | 20-cv-3472 | HSP | 卡娜赫拉 Kanahei |
| 2020/6/12 | 20-cv-2498 | THE SLADKUS LAW GROUP | 盟可睐 Moncler |
| 2020/6/11 | 20-cv-61146 | SMG | 阿迪达斯 Adidas （已缺席） |
| 2020/6/11 | 20-cv-3416 | HSP | 卡娜赫拉 Kanahei |
| 2020/6/9 | 20-cv-3391 | David Gulbransen | （未知，David没有公布品牌方公司名） |
| 2020/6/9 | 20-cv-3382 | GBC | 雷朋&欧克利 RayBan&Oakley （已缺席） |
| 2020/6/8 | 20-cv-3363 | GBC | 鬼爪 Monster Energy （已缺席） |
| 2020/6/5 | 20-cv-3343 | GBC | 赫宝 Hexbug （已缺席） |
| 2020/6/4 | 20-cv-3298 | GBC | 丽莉普利策 Lilly Pulitzer （已缺席） |
| 2020/6/3 | 20-cv-3286 | GBC | 丽莉普利策 Lilly Pulitzer （已缺席） |
| 2020/6/3 | 20-cv-3281 | AM Sullivan Law, LLC | （未知，AMS没有公布品牌方公司名） （已缺席） |



| 2020/6/2 | 20-cv-3239 | GBC | UGG （已缺席） |
| 2020/6/1 | 20-cv-3236 | GBC | 闪迪 Sandisk （已缺席） |
| 2020/6/1 | 20-cv-3220 | GBC | Costa Del Mar 眼镜 （已缺席） |
| 2020/6/1 | 20-cv-3217 | GBC | 小猪佩奇 Peppa Pig （已缺席） |
| 2020/6/1 | 20-cv-3215 | GBC | TrxTraining 阻力带 |
| 2020/5/29 | 20-cv-3178 | Keith | 投篮手型矫正器 SHOTLOC （8/24缺席motion） |
| 2020/5/28 | 20-cv-3151 | GBC | 哈雷 Harley Davidson （已缺席） |
| 2020/5/27 | 20-cv-3131 | GBC | 大众系列 Volkswagen （6/1 TRO） （已缺席） |
| 2020/5/27 | 20-cv-3128 | GBC | 大众系列 Volkswagen （已缺席） |
| 2020/5/26 | 20-cv-3104 | GBC | 泰格豪雅 Tag Heuer （已缺席） |
| 2020/5/21 | 20-cv-3036 | GBC | 欧克利 Oakley （已缺席） |
| 2020/5/21 | 20-cv-3027 | GBC | 克罗心 Chrome Hearts （5/27 TRO） （已缺席） |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020/5/21 | 20-cv-3018 | GBC | 赛琳 Celine （已缺席） |
|---|---|---|---|
| 2020/5/20 | 20-cv-2997 | Keith | Blackberry Smoke乐队 （5/21 TRO） （已缺席） |
| 2020/5/20 | 20-cv-2983 | GBC | Snap Circuits （已缺席） |
| 2020/5/15 | 20-cv-2095 | The Sladkus Law Group | 哈灵顿 Harrington （7/23closed） |
| 2020/5/19 | 20-cv-60982 | SMG | 甲壳虫乐队 The Beatles （已缺席） |
| 2020/5/19 | 20-cv-2970 | GBC | 欧克利 Oakley （5/22 TRO） |
| 2020/5/19 | 20-cv-2962 | GBC | 欧克利 Oakley |
| 2020/5/19 | 20-cv-2955 | GBC | 欧克利 Oakley （已缺席） |
| 2020/5/18 | 20-cv-2934 | GBC | Costa Del Mar 眼镜 （已缺席） |
| 2020/5/18 | 20-cv-2931 | GBC | UGG （已缺席） |
| 2020/5/18 | 20-cv-2930 | GBC | UGG |
| 2020/5/13 | 20-cv-2876 | GBC | Supreme （已缺席） |



| 2020/5/7 | 20-cv-2765 | GBC | Gold's Gym （已缺席） |
| 2020/5/6 | 20-cv-2752 | GBC | 哈雷 Harley Davidson （已缺席） |
| 2020/5/5 | 20-cv-2724 | GBC | 高田贤三 Kenzo （已缺席） |
| 2020/4/30 | 20-cv-2640 | GBC | 折叠吸管 FinalStraw （已缺席） |
| 2020/4/30 | 20-cv-2630 | GBC | 施华洛世奇 Swarovski （5/11 TRO）（已缺席） |
| 2020/4/30 | 20-cv-2626 | GBC | 耐克 Nike （已缺席） |
| 2020/4/29 | 20-cv-2619 | GBC | 耐克 Nike （已缺席） |
| 2020/4/29 | 20-cv-2618 | GBC | 耐克 Nike （已缺席） |
| 2020/4/29 | 20-cv-2617 | GBC | 耐克 Nike （已缺席） |
| 2020/4/29 | 20-cv-2615 | GBC | 耐克 Nike （Paypal）（已缺席） |
| 2020/4/29 | 20-cv-2613 | GBC | 耐克 Nike （已缺席） |
| 2020/4/29 | 20-cv-2611 | GBC | Grid it 收纳包 （已缺席） |

案件列表　　品牌库　　案件代理

 SellerDefense

律所资料　　商标注册　　常见问题

其他

| 2020/4/27 | 20-cv-2556 | GBC | 欧克利 Oakley |
|---|---|---|---|
| 2020/4/27 | 20-cv-2554 | GBC | 芝宝 Zippo （已缺席） |
| 2020/4/27 | 20-cv-2552 | GBC | 贝玲妃 Benefit （已缺席） |
| 2020/4/27 | 20-cv-2551 | GBC | 马克雅可布 Marc Jacobs （已缺席） |
| 2020/4/24 | 20-cv-2522 | GBC | 巴塔哥尼亚 Patagonia （已缺席） |
| 2020/4/23 | 20-cv-2501 | GBC | MCM （已缺席） |
| 2020/4/22 | 20-cv-2476 | GBC | 博士 BOSE （已缺席） |
| 2020/4/22 | 20-cv-2462 | GBC | 雷朋&欧克利 RayBan&Oakley （已缺席） |
| 2020/4/22 | 20-cv-2455 | Keener & Associates, P. C. | Happy Bee （已撤案） |
| 2020/4/21 | 20-cv-2444 | GBC | Supreme （已缺席） |
| 2020/4/21 | 20-cv-2441 | GBC | 汤美费格 Tommy Hilfiger （已缺席） |
| 2020/4/21 | 20-cv-2440 | GBC | 小猪佩奇 Peppa Pig （已缺席） |



| 2020/4/20 | 20-cv-2421 | GBC | 迪奥 DIOR （已缺席） |
| 2020/4/17 | 20-cv-2394 | GBC | 欧克利 Oakley （已缺席） |
| 2020/4/16 | 20-cv-2363 | GBC | PopSockets 手机支架 （已缺席） |
| 2020/4/15 | 20-cv-2336 | GBC | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （已缺席） |
| 2020/4/14 | 20-cv-2309 | GBC | 卡地亚 Cartier （已缺席） |
| 2020/4/13 | 20-cv-2302 | GBC | 加拿大鹅 Canada Goose （已缺席） |
| 2020/4/13 | 20-cv-2297 | GBC | 雷朋&欧克利 RayBan&Oakley （已缺席） |
| 2020/4/13 | 20-cv-60751 | SMG | 高雅德 Goyard （已缺席） |
| 2020/4/8 | 20-cv-2211 | GBC | 哈雷 Harley Davidson （已缺席） |
| 2020/4/7 | 20-cv-2187 | GBC | 丽莉普利策 Lilly Pulitzer （已缺席） |
| 2020/4/7 | 20-cv-2169 | GBC | 哈雷 Harley Davidson （已缺席） |
| 2020/4/6 | 20-cv-60708 | SMG | 路易威登 LV / 伯尔鲁帝 BERLUTI （已缺席） |



| 2020/3/26 | 20-cv-60637 | SMG | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （已缺席） |
| 2020/3/26 | 20-cv-60634 | SMG | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （3/26closed） |
| 2020/3/26 | 20-cv-60631 | SMG | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （3/26Closed） |
| 2020/3/26 | 20-cv-60626 | SMG | 惠而浦 Whirlpool （已缺席） |
| 2020/3/24 | 20-cv-60618 | SMG | 范思哲 Versace |
| 2020/3/19 | 20-cv-1885 | GBC | 美国职业体育联盟 NBA/MLB/NHL/NFL （已缺席） |
| 2020/3/18 | 20-cv-60587 | SMG | 甲壳虫乐队 The Beatles |
| 2020/3/18 | 20-cv-1846 | GBC | 尿布扣 Snappi （已缺席） |
| 2020/3/18 | 20-cv-1865 | GBC | 蒙面睡衣侠 PJ Masks （已缺席） |
| 2020/3/16 | 20-cv-60573 | SMG | 博柏利 Burberry |
| 2020/3/16 | 20-cv-60568 | SMG | 香奈儿 Chanel （已缺席） |
| 2020/3/10 | 20-cv-2122 | EPS | 黄金鹅 Golden Goose |



| 2020-3-11 | 20-cv-1724 | GBC | Supreme （已缺席） |
| 2020-3-10 | 20-cv-60519 | SMG | 香奈儿 Chanel （已缺席） |
| 2020-3-10 | 20-cv-1710 | GBC | 小猪佩奇 Peppa Pig （已缺席） |
| 2020-3-9 | 20-cv-1690 | BAKER McKENZIE | 施华洛世奇 Swarovski （已缺席） |
| 2020-3-9 | 20-cv-1676 | GBC | 施华洛世奇 Swarovski （已缺席） |
| 2020-3-9 | 20-cv-1673 | GBC | 施华洛世奇 Swarovski （已缺席） |
| 2020-3-9 | 20-cv-1666 | HSP | 精灵独角兽 Anne Stokes （5/18closed） |
| 2020-3-6 | 20-cv-60491 | SMG | 北面户外 The North Face （已缺席） |
| 2020-3-6 | 20-cv-1622 | GBC | POLO 衣服 包 （已缺席） |
| 2020-3-4 | 20-cv-1590 | AM Sullivan Law, LLC | 铁娘子 Iron Maiden |
| 2020-3-4 | 20-cv-1589 | AM Sullivan Law, LLC | 齐柏林飞艇乐队 Led Zeppelin （已缺席） |
| 2020-3-3 | 20-cv-60468 | SMG | PXG等高尔夫用具品牌 |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020-3-2 | 20-cv-1543 | Keith | 驼峰户外 CAMELBAK（已缺席） |
| 2020-3-2 | 20-cv-1542 | Keith | 驼峰户外 CAMELBAK（已缺席） |
| 2020-3-2 | 20-cv-1544 | Keith | 驼峰户外 CAMELBAK（已缺席） |
| 2020-3-2 | 20-cv-1511 | GBC | 老鹰乐队 EAGLES（已缺席） |
| 2020-2-28 | 20-cv-1494 | Keith | SIR PERKY 开瓶器（已缺席） |
| 2020-2-28 | 20-cv-1488 | Keith | MR.BANANA 酒瓶塞（已缺席） |
| 2020-2-28 | 20-cv-1483 | Keith | WALLET NINJA 万能工具卡牌 |
| 2020-2-28 | 20-cv-1468 | Keith | KEY NINJA 多功能钥匙收纳环（已缺席） |
| 2020-2-28 | 20-cv-1463 | GBC | 日默瓦 RIMOWA（已缺席） |
| 2020-2-27 | 20-cv-1733 | EPS | 鲨鱼宝宝 Baby Shark / 碰碰狐 PINKFONG |
| 2020-2-27 | 20-cv-1731 | EPS | OFF-WHITE |
| 2020-2-27 | 20-cv-1448 | Keith | 米菲兔 MIFFY（已缺席） |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020-2-26 | 20-cv-1386 | Keith | 马桶高尔夫 POTTY PUTTER |
| 2020-2-26 | 20-cv-284 | Ference | NEGG 剥蛋器 （已缺席） |
| 2020-2-25 | 20-cv-1361 | GBC | TrxTraining 阻力带 （已缺席） |
| 2020-2-25 | 20-cv-1360 | David Gulbransen | 60秒沙拉碗 60 SECOND SALAD （已缺席） |
| 2020-2-25 | 20-cv-1348 | GBC | 雷朋&欧克利 RayBan & Oakley （已缺席） |
| 2020-2-25 | 20-cv-1338 | GBC | 雷朋&欧克利 RayBan & Oakley （已缺席） |
| 2020-2-24 | 20-cv-60397 | SMG | 古驰 Gucci （已缺席） |
| 2020-2-24 | 20-cv-1342 | GBC | 汤美费格 Tommy Hilfiger |
| 2020-2-24 | 20-cv-1324 | HSP | 斯坦李 Stan Lee （已缺席） |
| 2020-2-18 | 20-cv-1186 | GBC | 宝格丽 Bulgari （已缺席） |
| 2020-2-18 | 20-cv-1185 | GBC | 宝格丽 Bulgari （已缺席） |
| 2020-2-14 | 20-cv-1098 | NIXON PEABODY LLP | 百适乐 BESTWAY （已缺席） |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020-2-13 | 20-cv-1058 | GBC | 鬼爪 Monster Energy （已缺席） |
| 2020-2-12 | 20-cv-60299 | SMG | 蒂芙尼 Tiffany （已缺席） |
| 2020-2-12 | 20-cv-1036 | Keith | Angle-izer 测量尺 |
| 2020-2-12 | 20-cv-1028 | BAKER McKENZIE | 大卫·雅曼 David Yurman （已缺席） |
| 2020-2-11 | 20-cv-993 | GBC | 博柏利 Burberry （已缺席） |
| 2020-2-7 | 20-cv-564 | THE SLADKUS LAW | 盟可睐 Moncler （已缺席） |
| 2020-2-10 | 20-cv-946 | GBC | 大众系列 Volkswagen （已缺席） |
| 2020-2-7 | 20-cv-901 | GBC | 欧克利 Oakley |
| 2020-2-6 | 20-cv-879 | GBC | Kendra Scott （已缺席） |
| 2020-2-5 | 20-cv-845 | GBC | 魅可 MAC （已缺席） |
| 2020-2-4 | 20-cv-825 | GBC | 露露柠檬 Lululemon （已缺席） |
| 2020-2-4 | 20-cv-820 | GBC | 魅可 MAC |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020-2-3 | 20-cv-788 | GBC | 马克雅可布 Marc Jacobs（已缺席） |
| 2020-2-3 | 20-cv-780 | GBC | Nectar 电子烟硅胶烟管（已缺席） |
| 2020-2-3 | 20-cv-776 | GBC | 巴塔哥尼亚 Patagonia（已缺席） |
| 2020-2-3 | 20-cv-769 | GBC | 耐克 Nike（已缺席） |
| 2020-2-3 | 20-cv-768 | GBC | 耐克 Nike（已缺席） |
| 2020-1-31 | 20-cv-736 | GBC | 哈雷 Harley Davidson（已缺席） |
| 2020-1-31 | 20-cv-733 | AM Sullivan Law, LLC | 鲁比克 RUBIK'S Cube |
| 2020-1-31 | 20-cv-727 | Keith | Angle-izer 测量尺 |
| 2020-1-31 | 20-cv-728 | GBC | 小猪佩奇 Peppa Pig（已缺席） |
| 2020-1-31 | 20-cv-715 | GBC | 耐克 Nike（已缺席） |
| 2020-1-31 | 20-cv-714 | GBC | 耐克 Nike（已缺席） |
| 2020-1-30 | 20-cv-709 | AM Sullivan Law, LLC | 瓢虫少女 MIRACULOUS（已缺席） |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020-1-30 | 20-cv-688 | GBC | 耐克 Nike （已缺席） |
| 2020-1-29 | 20-cv-649 | GBC | Calvin Klein （已缺席） |
| 2020-1-28 | 20-cv-628 | GBC | 汪汪队立大功 Paw Patrol （已缺席） |
| 2020-1-27 | 20-cv-60167 | SMG | Abercrombie & Fitch （已缺席） |
| 2020-1-23 | 20-cv-535 | GBC | 汤美费格 Tommy Hilfiger （已缺席） |
| 2020-1-23 | 20-cv-534 | GBC | 施华洛世奇 Swarovski （已缺席） |
| 2020-1-23 | 20-cv-532 | GBC | Supreme （已缺席） |
| 2020-1-23 | 20-cv-530 | GBC | 卡地亚 Cartier/万宝龙 Montblanc/ 梵克雅宝 Van Cleef （已缺席 ） |
| 2020-1-23 | 20-cv-526 | GBC | UGG （已缺席） |
| 2020-1-23 | 20-cv-524 | GBC | Gold's Gym （已缺席） |
| 2020-1-17 | 20-cv-396 | GBC | 欧克利 Oakley |
| 2020-1-17 | 20-cv-385 | GBC | 欧克利 Oakley |



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

| 2020-1-15 | 20-cv-325 | GBC | Nectar 电子烟硅胶烟管 （已缺席） |
| 2020-1-15 | 20-cv-60086 | SMG | 迈克高仕 Michael Kors （已缺席） |
| 2020-1-15 | 20-cv-60085 | SMG | 阿迪达斯 Adidas （已缺席） |
| 2020-1-15 | 20-cv-304 | Keith | POWER FLOSS 洗牙器 （已缺席） |
| 2020-1-14 | 20-cv-277 | GBC | 欧克利 Oakley （已缺席） |
| 2020-1-14 | 20-cv-268 | GBC | 哈雷 Harley Davidson （已缺席） |
| 2019-10-22 | 19-cv-62622 | SMG | 雷朋&欧克利 RayBan & Oakley |
| 2020-1-13 | 20-cv-221 | FORD BANISTER IP | Chenyan Sun |
| 2020-1-13 | 20-cv-220 | FORD BANISTER IP | Chenyan Sun |
| 2020-1-10 | 20-cv-189 | GBC | 李维斯 Levis （已缺席） |
| 2020-1-10 | 20-cv-185 | DLA PIPER LLP 欧华 | 达达里奥 D'Addario （已缺席） |
| 2020-1-7 | 20-cv-121 | Keith | TORQBAR 指尖陀螺 （已缺席） |

案件列表　　品牌库　　案件代理

 SellerDefense

律所资料　　商标注册　　常见问题

其他

输入并按回车键 …



SellerDefense微信公众号



美国律所案件和解代理

QQ 1群：295380184（已满）

QQ 2群：672085077（已满）

QQ 3群：866864037（已满）



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

## 律所代理品牌

GBC代理品牌大全

Keith代理品牌大全

EPS代理品牌大全

David代理品牌大全

## 实用链接

跨境卖家如何降低侵权被诉风险

速卖通知识产权专区

敦煌网知识产权专区

Ebay VERO

如何检索一个美国商标

如何检索一个中国商标

诉讼和解的基本知识

## 近期文章

最新！平衡车被芝加哥律所代理并立案起诉！

警惕假期可能冻结的几十个品牌，鱼饵一案就起诉了600多个账号！

简单挂钩，却让一大批卖家面临侵权风险！

紧急！Dyson戴森突袭发案，多个隐藏商标被取证，马上冻结！



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

Desislava发表在《侵权预警！新产品已被GBC购买，建议赶紧下架！》

admin发表在《匿名案突然冻结！果然是国内水上用品Bestway，小心专利！》

Sameh Talhamy发表在《匿名案突然冻结！果然是国内水上用品Bestway，小心专利！》

admin发表在《GBC钓鱼产品图文汇总（第二十一期）》

---

## 文章归档

2020年十月

2020年九月

2020年八月

2020年七月

2020年六月

2020年五月

2020年四月

2020年三月

2020年二月

2020年一月

2019年十二月

2019年十一月

2019年十月

2019年九月

2019年八月



2019年一月

2018年十二月

2018年十一月

2018年十月

2018年九月

2018年八月

2018年七月

2018年六月

2018年五月

2018年四月

2018年三月

2018年二月

2018年一月

2017年十二月

2017年十一月

2017年十月

2017年九月

2017年六月

2017年五月

**分类目录**



HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SMG

SpencePC

Uncategorized

其他律所