IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD. and UNICORN GLOBAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 20-cv-5905 |
| v. | ) ) ) | Judge Steven C. Seeger<br>Magistrate Judge M. David Weisman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) | **FILED UNDER SEAL** |
| Defendants. | ) ) ) | |

## **DECLARATION OF ARTHUR TAN-CHI YUAN**

I, Arthur Tan-Chi Yuan, declare as follows:

1. I am one of the attorneys for Plaintiffs Hangzhou Chic Intelligent Technology Co. and Unicorn Global, Inc. I am an attorney licensed in Illinois and a native speaker of Chinese.

2. I have personally reviewed all materials provided in the attached Exhibits. If called as a witness, I could and would testify to the statements made herein..

3. On October 8, 2020, one unit of the Infringing Products was purchased in Chicago, Illinois and sold by Defendant motopartssuperstore on eBay (#1 in Table "eBay" in Corrected Schedule A). True and correct copies of the confirmation email showing purchase order is attached as Exhibit 1.

4. On October 8, 2020, one unit of the Infringing Products was purchased in Chicago, Illinois and sold by Defendant XPRITINC on Amazon.com (#20 in Table "Amazon" in Corrected Schedule A). True and correct copies of the confirmation email showing purchase order is attached as Exhibit 2.

5. On October 8, 2020, one unit of the Infringing Products was purchased in Chicago, Illinois and sold by Defendant D.G.I. on Walmart.com (#58 in Table "Walmart" in Corrected Schedule A). True and correct copies of the confirmation email showing purchase order is attached as Exhibit 3.

6. I also conducted investigations into entities that serve as a "look-out" for online e-commerce sellers based in People's Republic of China.

7. In particular, this company, SellerDefense, who operates a website sellerdefense.cn, serves to alert online Chinese sellers, many of their readers sell products on various platforms, such as eBay, Amazon, etc. *See* Exhibit 4 (Copy of a Google-powered English translation of Exhibit 5) and Exhibit 5 (The Chinese original publication).

8. Moreover, SellerDefense has identified the present case as the latest updated on its website, based on the posting date of October 6, 2020. *See* Ex. 4 and 5

9. Upon selecting the hyperlink of the posting, SellerDefense also provided the first page of the complaint and the design patents asserted. *See* Exhibit 6 (Copy of a Google-powered English translation of Exhibit 7) and Exhibit 7 (The Chinese original publication).

10. In addition, Exhibit 8 provides a comparison chart comparing the claimed design patents to the one or more accused products:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2020 in Chicago, Illinois.

/s/ Arthur Tan-Chi Yuan
Arthur T. Yuan.