# EXHIBIT 1
# FILED UNDER SEAL



From: eBay <ebay@ebay.com>
Date: October 9, 2020 at 7:50:33 AM GMT+8
To:
Subject: ✓ ORDER CONFIRMED: Electric Balancing S…



# Thanks for another purchase, ▬! Your order is confirmed.

We'll let you know when it's on the way. In the meantime, we have more things you'll love at unbeatable prices!

**View order details**  **Browse deals**

## Order summary



**Electric Balancing Scooter 6.5" with Bluetooth Speaker LED Lights**

**SKU**: Model: Chrome Black
**Total**: $106.20
**Order number**: 14-05862-34924
**Item ID**: 283846689969
♡Save this seller

# Sponsored items to complement your purchase

   

| DOC Hoverboard Self Balancing… | DOC Flat Hoverboard Self Bala… | Adjustable Hoverboard Go Cart… | NHT Universal Hoverboard Hove… |
|---|---|---|---|
| $88.00 Free Shipping | $98.00 Free Shipping | $37.99 Free Shipping | $49.00 Free Shipping |

# Order details

 **Estimated delivery:**
Mon, Oct 19 - Tue, Oct 20

 **Your order will ship to:**

 **Seller: motopartssuperstore (26227)**

More from this seller →

 **eBay Bucks earnings:**
You earned $1.00 in eBay Bucks with this purchase!

Keep shopping to earn more →

 **Order total:**

| Price | $99.95 |
| Shipping | Free |

2

| | |
|---|---:|
| Sales tax | $6.25 |
| Total charged to PayPal | $106.20 |

## Sponsored items based on your recent views

   

| 4400mAh 6.5" High Speed Off R… | Used blue swagtron T1 hov… | 200 x 50 (8"x2") Scooter Tire… | 10 X 2 10" X 2" INNER… |
|---|---|---|---|
| $251.36 | $100.00 | $12.99 | $8.95 |
| Free Shipping | **Seller 99.5% positive** | Free Shipping | Free Shipping |
| **Last one** | | **Seller 99.3% positive** | **Almost gone** |

### Shop anywhere with the eBay app

 

   

Email reference id: [#c3c424652f2847d1b7a97fd7127e36a3#]

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Arthur Yuan (yuangongan). Learn more about account protection. eBay is committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2020 eBay Inc., 2025 Hamilton Avenue, San Jose, CA 95125



From: "service@paypal.com" <service@paypal.com>
Subject: **You have authorized a payment to eBay**
Date: October 9, 2020 at 7:44:53 AM GMT+8
To:



|  |  |
|---|---|
| Subtotal | $106.20 USD |
| Total | $106.20 USD |
| Payment | $106.20 USD |

Payment sent from ▮▮▮▮▮▮▮▮

The final payment amount may change when the merchant completes the order.

Invoice ID: 908f74b7-8d1f-471a-b567-c3cb851f0c8c

**Issues with this transaction?**
You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at www.paypal.com/help.

**ADDITIONAL INFORMATION**

You have the right to cancel a transaction for a full refund unless your designated recipient has already received the payment. However, since most PayPal payments are received within seconds, you may not be able to cancel your payment for a full refund once the payment is made. To determine whether your payment is eligible for cancellation, log in to PayPal.com, select the transaction in your transaction details, and select Cancel, or call PayPal Customer Service at 888-221-1161. Disputes related to purchases are addressed in PayPal's User Agreement.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page or please contact us toll free at 1-888-221-1161.
You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

Copyright © 1999-2020 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001066:1.1:1921a8c67dd05