# EXHIBIT 5
# FILED UNDER SEAL



案件列表    品牌库    案件代理

律所资料    商标注册    常见问题

其他

---

最新！平衡车被芝加哥律所代理并立案起诉！

十月 6, 2020 • 评论

阅读更多 ▶



警惕假期可能冻结的几十个品牌，鱼饵一案就起诉了600多个账号！

九月 30, 2020 • 评论

阅读更多 ▶



简单挂钩，却让一大批卖家面临侵权风险！

九月 29, 2020 • 评论

阅读更多 ▶

紧急！Dyson戴森突袭发案，多个隐藏商标被取证，马上冻结！

九月 26, 2020 • 评论

阅读更多 ▶



案件列表　　品牌库　　案件代理

律所资料　　商标注册　　常见问题

其他

### 一颗钉子引发的"惨案"！Ultimate Ground Anchor螺旋地钉秘密冻结，已有Shopify卖家中招！

九月 24, 2020 • 评论

阅读更多 ▸

### 单词Brandless"无商标"竟然也是商标，此坑千万别踩！

九月 22, 2020 • 评论

阅读更多 ▸

### 警惕！即将冻结的20多个品牌，预计破千家店铺被告！

九月 18, 2020 • 评论

阅读更多 ▸

### GBC新品牌！威豹乐队 Def Leppard取证已久，突发首案！

九月 17, 2020 • 评论

阅读更多 ▸



案件列表 品牌库 案件代理

律所资料 商标注册 常见问题

其他

| 1 | 2 | 3 | 4 | 5 | … | 52 | → |

输入并按回车键 …



SellerDefense微信公众号



美国律所案件和解代理

案件列表　　品牌库　　案件代理



律所资料　　商标注册　　常见问题

其他

微信：dearzhi2019

微信公众号：SellerDefense

### 律所代理品牌

GBC代理品牌大全
Keith代理品牌大全
EPS代理品牌大全
David代理品牌大全

### 实用链接

跨境卖家如何降低侵权被诉风险
速卖通知识产权专区
敦煌网知识产权专区
Ebay VERO
如何检索一个美国商标
如何检索一个中国商标
诉讼和解的基本知识

### 近期文章

最新！平衡车被芝加哥律所代理并立案起诉！

警惕假期可能冻结的几十个品牌，鱼饵一案就起诉了600多个账号！



案件列表　　　品牌库　　　案件代理

律所资料　　　商标注册　　　常见问题

其他

近期评论

admin发表在《侵权预警！新产品已被GBC购买，建议赶紧下架！》

Desislava发表在《侵权预警！新产品已被GBC购买，建议赶紧下架！》

admin发表在《匿名案突然冻结！果然是国内水上用品Bestway，小心专利！》

Sameh Talhamy发表在《匿名案突然冻结！果然是国内水上用品Bestway，小心专利！》

admin发表在《GBC钓鱼产品图文汇总（第二十一期）》

文章归档

2020年十月

2020年九月

2020年八月

2020年七月

2020年六月

2020年五月

2020年四月

2020年三月

2020年二月

2020年一月

2019年十二月

2019年十一月

2019年十月



案件列表　　　品牌库　　　案件代理

律所资料　　　商标注册　　　常见问题

其他

2019年三月

2019年二月

2019年一月

2018年十二月

2018年十一月

2018年十月

2018年九月

2018年八月

2018年七月

2018年六月

2018年五月

2018年四月

2018年三月

2018年二月

2018年一月

2017年十二月

2017年十一月

2017年十月

2017年九月

2017年六月

2017年五月



案件列表  品牌库  案件代理

律所资料  商标注册  常见问题

其他

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SMG

SpencePC

Uncategorized

其他律所

SellerDefense.cn 2017-2018

沪ICP备13015943号-1

沪公网安备 31011502012751号