IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD and UNICORN GLOBAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No.: 20-cv-5905 <br><br> Judge Steven C. Seeger <br> Magistrate Judge M. David Weisman <br><br> **FILED UNDER SEAL** |

**PLAINTIFFS' MOTION FOR ELECTRONIC
SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(f)(3)**

Plaintiffs Hangzhou Chic Intelligent Technology Co., and Unicorn Global, Inc. ("Plaintiffs") seek this Court's authorization to effectuate service of process by e-mail and electronic publication in this action arising under 35 U.S.C. §271. A Memorandum of Law in Support of this Motion is filed concurrently.

Date: October 9, 2020

Respectfully Submitted,

LOEB & LOEB LLP

By:  /s/ *Adam Kelly*
Adam Kelly
Doug Masters
Arthur Yuan
321 North Clark Street, Suite 2300
Chicago, Illinois  60654
Tel.: (312) 464-3100
Fax: (312) 464-3111
Email:  akelly@loeb.com
Email:  dmasters@loeb.com
Email:  ayuan@loeb.com

Christopher Binns (admitted *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Fax: (212) 407-4990
Email: cbinns@loeb.com

*Attorneys for Plaintiffs*