United States District Court
Northern District of Illinois

HANGZHOU CHIC INTELLIGENT
TECHNOLOGY CO., LTD and UNICORN
GLOBAL, INC.,

               Plaintiffs,

                             Case No.: 20-cv-5905

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

               Defendants.

## 3B TECH INC.'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

        **3B Tech Inc.** respectfully moves to dismiss Plaintiff's Complaint against it under Federal

Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. This Motion is being

accompanied by a supporting Brief as well as the Declaration of Brett Barbour.

                          Respectfully submitted,

                          MCCOY LEAVITT LASKEY LLC
                          Counsel for 3BTech, Inc.

Dated: October 27, 2020        By    /s/ Eugene M. LaFlamme
                          Eugene M. LaFlamme
                          ILND-GT-11876; ARDC No. 6304557
                          225 W. Washington Street
                          Suite 2200
                          Chicago, IL 60606
                          Telephone: 262-522-7000
                          Facsimile: 262-522-7020
                          elaflamme@MLLlaw.com

Nicholas D. Harken
ILND-6323356; ARDC No. 6323356
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
Phone: 262-522-7000
Fax: 262-522-7020
nharken@mlllaw.com

**CERTIFICATE OF SERVICE**

I certify that on October 27, 2020, I filed the foregoing with the supporting Brief Declaration of Brett Barbour electronically through the CM/ECF system, which caused the following counsel of record to be served electronically:

> **ATTORNEYS FOR PLAINTIFFS:**
> Adam G. Kelly, Esq.
> Arthur T. Yuan, Esq.
> Douglas N. Masters, Esq.
> Loeb & Loeb, LLP
> 321 N. Clark Street, Ste. 2300
> Chicago, IL 60654
> akelly@loeb.com
> ayuan@loeb.com
> dmasters@loeb.com

/s/ Eugene M. LaFlamme
Eugene M. LaFlamme
