United States District Court
Northern District of Illinois

HANGZHOU CHIC INTELLIGENT
TECHNOLOGY CO., LTD and UNICORN
GLOBAL, INC.,

           Plaintiffs,

                                                  Case No.: 20-cv-5905

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

           Defendants

## DECLARATION OF BRETT BARBOUR

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

    1. I am currently the Chief Executive Officer at 3BTech, Inc. I am competent to be a witness in this case and am more than eighteen years of age. I have personal knowledge of the following statements.

    2. 3BTech, Inc. is a corporation organized under the laws of Indiana with its principal place of business in South Bend, Indiana. 3BTech also does business as DealNinja, BetterChoice Online, and Claimthis.

    3. 3BTech is not an entity registered to do business with the Illinois Secretary of State.

    4. 3BTech does not own or lease any real property in Illinois, does not have an Illinois address or telephone number, does not pay Illinois taxes, has no bank accounts in Illinois, and has no employees who work in Illinois.

    5. 3BTech does not directly target business activities toward consumers in Illinois.

6. 3BTech does not design or manufacture hoverboards.

7. Although 3BTech distributes products, including hoverboards, though the internet, 3BTech has not directly contacted anyone in the State of Illinois regarding business, it has not traveled to the State of Illinois to solicit business, and it has not directly negotiated any sale or contract with anyone in the State of Illinois.

8. I hereby declare under penalty of perjury that the foregoing statements are true and correct.

                                                  Brett Barbour
                                                  Dated: October 2_, 2020