## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Hangzhou Chic Intelligent Technology Co., Ltd., et al.

                                                               Plaintiff,

v.                                                                                      Case No.: 1:20−cv−05905

                                                                                                Honorable Steven C. Seeger

Runchenyun, et al.

                                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 26, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for default judgment (Dckt. No. [84]) is hereby granted in part. The Court enters judgment against defendants CXMScooter, Babyee, YIZmo0, BESHGB, WangQingYu, and XTSP. Default Judgment Order to follow. Permanent Injunction Order to follow. Defendant Runchenyun remains in the case as a party. The Court reminds counsel of two things. First, Plaintiffs filed a motion for default judgment, and then attached a supporting memorandum as an exhibit. (Dckt. No. [84−1]) That is not the local practice. Counsel should file a motion and a supporting brief as separate docket entries. Second, Plaintiffs included an injunction in the draft default judgment. But the Seventh Circuit requires an injunction to be in a separate document. See, e.g., MillerCoors LLC v. Anheuser−Busch Companies, LLC, 940 F.3d 922 (7th Cir. 2019). Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.