# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Hangzhou Chic Intelligent Technology Co., Ltd. et al, <br><br> *Plaintiff*, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants*. | CASE NO. 1:20-cv-05905 <br><br> **Judge:** Honorable Steven C. Seeger |

## DEFENDANT RUNCHENYUN'S MOTION FOR PARTIAL SUMMARY JUDGEMENT OF NON-INFRINGEMENT

Comes Now, Defendant Runchenyun ("Defendant" or "Runchenyun") respectfully moves the Court to grant summary judgment of non-infringement of Defendant's Group B Accused Products.

In support of this Motion, Defendant herewith submits a Memorandum of Law.

Respectfully Submitted:

Date: 09/26/2022

/s/ *Na Zhang*
Na Zhang, Esq
GLACIER LAW LLP
506 Second Ave., Ste 1516
Seattle, WA 98104
queena.zhang@glacier.law
206-397-8633

GLACIER LAW PLLC
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
Ruoting Men, Esq.

ruoting.men@glacier.law
Tianyu Ju, Esq.
Iris.ju@glacier.law
312-270-0413


GLACIER LAW LLP
41 Madison Avenue, Ste 2529
New York, NY 10010
He Cheng, Esq.
Robin.cheng@glacier.law
Wei Wang, Esq.
wei.wang@glacier.law
332-777-7315

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this September 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

| | |
|---|---|
| Date: September 26, 2022 | /s/ *Na Zhang* |
| | Na Zhang, Esq |
| | GLACIER LAW LLP |
| | 506 Second Ave., Ste 1516 |
| | Seattle, WA 98104 |
| | queena.zhang@glacier.law |
| | 206-397-8633 |
| | ***Attorney for Defendant*** |